IN THE U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Jacqueline Huskey, on behalf of herself and all others similarly situated,**<br><br>*Plaintiff*,<br><br>v.<br><br>**State Farm Fire & Casualty Company,**<br><br>*Defendant*. | Case No.: 22-cv-07014<br><br>**ATTACHMENT TO MOTION FOR LEAVE TO APPEAR PRO HAC VICE** |

## EXPLANATORY ATTACHMENT

1. I, Aisha Rich, am one of the attorneys who represents Jacqueline Huskey in the above identified proceeding. I work for Fairmark Partners, LLP.

2. I am filing a motion for leave to appear pro hac vice in this proceeding. In the attached form motion, I was asked to state whether I have ever "transferred to inactive status, voluntarily withdrawn, or resigned from the bar of any court?" and if yes, explain.

3. I checked "yes" because I voluntarily retired from the Pennsylvania bar in July of 2021. I no longer live in Pennsylvania nor do I regularly practice in Pennsylvania—and I am admitted elsewhere—so I decided to relinquish that bar membership. While in active status in Pennsylvania (October 2018 to July 2021), I was in good standing with the Pennsylvania bar.

DATED: December 15, 2022

Respectfully submitted,

/s/ *Aisha Rich*
Aisha Rich
1825 7th St NW, #821
Washington, DC 20001
Phone: (301) 458-0564
aisha@fairmarklaw.com