UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Jacqueline Huskey

Plaintiff,

v.

Case No.: 1:22−cv−07014
Honorable Virginia M. Kendall

State Farm Fire & Casualty Company

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 22, 2022:

MINUTE entry before the Honorable Virginia M. Kendall. Attorneys Deborah Archer, Alexander Rose, James Crooks and Aisha Rich's Motions to appear pro hac vice [4], [5], [6] and [7] are granted.Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.