

February 9th, 2023

To whom it may concern:

On my pro hac vice application, I marked "yes" to "transferring to inactive status, voluntarily withdrawing, or resigning from the bar of any court." To provide a brief description of the incident, I chose not to renew my Louisiana law license as I had left the state and did not plan to return.

Thank you very much,

**Jason D. Williamson**
The Center on Race, Inequality and the Law
New York University School of Law
139 MacDougal Street, 4th Floor
New York, NY 10012

---

| JASON D. WILLIAMSON | Executive Director | E: jason.williamson@nyu.edu<br>O: (212) 998-6452<br>C: (646) 269-3933 | New York University School of Law<br>139 MacDougal Street, 416<br>New York, NY 10012 |