**IN THE U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **Jacqueline Huskey, on behalf of herself and all others similarly situated,**<br><br>    *Plaintiff*,<br><br>    v.<br><br>**State Farm Fire & Casualty Company,**<br><br>    *Defendant*. | Case No.: 22-cv-7014<br><br>**UNOPPOSED MOTION TO ESTABLISH AMENDED PLEADINGS AND RESPONSIVE BRIEFING SCHEDULE AND TO RESCHEDULE INITIAL STATUS CONFERENCE**<br><br>Hon. Virginia M. Kendall |

**UNOPPOSED MOTION TO ESTABLISH AMENDED PLEADINGS
SCHEDULE AND TO RESCHEDULE INITIAL STATUS CONFERENCE**

Plaintiff Jaqueline Huskey ("Plaintiff"), by and through undersigned counsel, respectfully files this Unopposed Motion to Establish an Amended Pleadings and Responsive Briefing Schedule and to Reschedule the Initial Status Conference, such that Plaintiff will file an Amended Complaint by March 31, 2023; Defendants' Answer or Motion to Dismiss will be due by May 15, 2023; Plaintiff's Opposition to any Motion to Dismiss will be due by June 29, 2023; Defendant's reply thereto will be due by July 31, 2023; and the Court will hold an Initial Status Conference on August 14, 2023, or a date thereafter that is convenient for the Court, with the Parties filing a Joint Status Report one week before the Initial Status Conference. In support of this Motion, Plaintiff states as follows:

1. Plaintiff filed her Complaint in this putative class action on December 14, 2022. Dkt. 1. Defendant waived service of process, and its deadline to answer or otherwise plead to the Complaint is March 13, 2023. Dkt. 11.

1

2. On January 3, 2023, the Court set this matter for an Initial Status Conference on March 23, 2023, and ordered the Parties to file a Joint Status Report by March 20, 2023. Dkt. 10.

3. Plaintiff has since informed Defendant that she intends to file an Amended Complaint. The Parties conferred and have agreed on a proposed amended pleadings and responsive briefing schedule, as follows:

    a. Plaintiff will file her Amended Complaint by March 31, 2023;

    b. Defendant will file its Answer or Motion to Dismiss by May 15, 2023;

    c. Plaintiff will file her opposition to any Motion to Dismiss by June 29, 2023[1]; and

    d. Defendant will file its reply in support of any Motion to Dismiss by July 31, 2023.

4. In light of the proposed amended pleadings schedule and Plaintiff's forthcoming amended complaint, Plaintiff respectfully submits that it would also be appropriate to reschedule the Initial Status Conference and deadline to file a Joint Status Report. Plaintiff's Amended Complaint and Defendant's response thereto will likely affect various issues that the Parties will be required to address in their Joint Status Report and at the Initial Status Conference. The Parties thus submit that rescheduling the Initial Status Conference to August 14, 2023, or a date thereafter convenient for the Court, would conserve both the Court's and the Parties' time and resources. Plaintiff further proposes that the Parties submit a Joint Status Report to the Court one week before the Initial Status Conference. Plaintiff consulted with Defendant regarding this proposal, and Defendant agrees that the Initial Status Conference and Joint Status Report should be rescheduled

---

[1] Plaintiff reserves her right to amend as a matter of course pursuant to Fed. R. Civ. P. 15(a)(1)(B); if such an amendment is necessary, Plaintiff will promptly submit a new proposed briefing schedule to the Court. (By its non-opposition to this motion, State Farm does not concede the appropriateness of this reservation.)

to August 14, 2023 (or a date thereafter convenient for the Court, by which point its Motion to Dismiss will be fully briefed).

5. This is the first motion for an extension of time filed by Plaintiff in this litigation.

6. Plaintiff consulted Defendant in the creation of this proposed amended pleadings and responsive pleading schedule and Defendant does not oppose Plaintiff's motion.

WHEREFORE, Plaintiff respectfully requests that the Court establish an amended schedule as follows: (1) Plaintiff will file her Amended Complaint by March 31, 2023; (2) Defendant will respond to the Amended Complaint by May 15, 2023; (3) Plaintiff will file her opposition to any Motion to Dismiss by June 29, 2023; (4) Defendant will file its reply in support of any Motion to Dismiss by July 31, 2023; (5) the Court will hold an Initial Status Hearing on August 14, 2023, or as soon thereafter as is convenient for the Court; and (6) the Parties will file a Joint Status Report one week before the Initial Status Conference.

//

//

//

DATED: February 14, 2023

        Respectfully submitted,

        By: */s/ Aisha Rich*

        **FAIRMARK PARTNERS, LLP**
        Aisha Rich (*Pro Hac Vice*)
        Alexander Rose (*Pro Hac Vice*)
        Jamie Crooks (*Pro Hac Vice*)
        1825 7th St NW, #821
        Washington, DC 20001
        Phone: (301) 458-0564
        aisha@fairmarklaw.com
        alex@fairmarklaw.com
        jamie@fairmarklaw.com

        **CENTER ON RACE, INEQUALITY, AND THE LAW AT NEW YORK UNIVERSITY SCHOOL OF LAW**
        Deborah N. Archer (*Pro Hac Vice*)
        Jason D. Williamson (*Pro Hac Vice* Pending)
        139 MacDougal Street
        New York, NY 10012
        Phone: (212) 998-6882
        deborah.archer@nyu.edu
        jason.williamson@nyu.edu

        *Counsel for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

    I, Aisha Rich, an attorney, hereby certify that on the 14th day of February 2023, I caused a copy of the foregoing ***Unopposed Motion to Establish an Amended Pleadings and Responsive Briefing Schedule and to Reschedule the Initial Status Conference*** to be filed with the CM/ECF electronic filing system, which will serve all counsel of record.

        */s/ Aisha Rich*
        Aisha Rich