# IN THE U.S. DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **Jacqueline Huskey, on behalf of herself and all others similarly situated,**<br><br>*Plaintiff*,<br><br>v.<br><br>**State Farm Fire & Casualty Company,**<br><br>*Defendant*. | Case No.: 22-cv-7014<br><br>**NOTICE OF UNOPPOSED MOTION TO ESTABLISH AMENDED PLEADINGS AND RESPONSIVE BRIEFING SCHEDULE AND TO RESCHEDULE INITIAL STATUS CONFERENCE**<br><br>Hon. Virginia M. Kendall |

## **NOTICE OF MOTION**

To: Sondra A. Hemeryck
Joseph A. Cancila
Patricia B. Holmes
Sarah E. Finch
Riley Safer Holmes & Cancila LLP
Three First National Plaza
70 W. Madison St., Suite 2900
Chicago, IL 60602

PLEASE TAKE NOTICE that on February 28, 2023 at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Virginia M. Kendall, or any other judge sitting in her stead, in Room 2503 of the Everett M. Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present **Plaintiff's Unopposed Motion to Establish Amended Pleadings and Responsive Briefing Schedule and to Reschedule Initial Status Conference**, a copy of which is hereby served upon you.

//
//
//

1

Respectfully submitted,

By: */s/ Aisha Rich*
**FAIRMARK PARTNERS, LLP**
Aisha Rich (*Pro Hac Vice*)
Alexander Rose (*Pro Hac Vice*)
Jamie Crooks (*Pro Hac Vice*)
1825 7th St NW, #821
Washington, DC 20001
Phone: (301) 458-0564
aisha@fairmarklaw.com
alex@fairmarklaw.com
jamie@fairmarklaw.com

**CENTER ON RACE, INEQUALITY, AND THE LAW AT NEW YORK UNIVERSITY SCHOOL OF LAW**
Deborah N. Archer (*Pro Hac Vice*)
Jason D. Williamson (*Pro Hac Vice* Pending)
139 MacDougal Street
New York, NY 10012
Phone: (212) 998-6882
deborah.archer@nyu.edu
jason.williamson@nyu.edu

*Counsel for Plaintiff and the Proposed Class*

### CERTIFICATE OF SERVICE

I, Aisha Rich, an attorney, hereby certify that on the 14th day of February 2023, I caused a copy of the foregoing *Notice of Motion* to be filed with the CM/ECF electronic filing system, which will serve all counsel of record.

*/s/ Aisha Rich*
Aisha Rich