## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Jacqueline Huskey

                Plaintiff,

v.                                    Case No.: 1:22−cv−07014
                                    Honorable Virginia M. Kendall

State Farm Fire & Casualty Company

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 22, 2023:

      MINUTE entry before the Honorable Virginia M. Kendall. Plaintiff's Unopposed Motion to set briefing schedule [19] is granted. Amended Pleadings shall be filed by 3/31/2023. Answer or Motion to Dismiss shall be filed by 5/15/2023. Response to Motion to Dismiss due by 6/29/2023; Reply due by 7/31/2023. Status hearing is reset for 9/11/2023 at 9:00 AM. Status hearing set for 3/23/2023 and Motion hearing set for 2/28/2023 are stricken. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.