# EXHIBIT A

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JACQUELINE HUSKEY and RIIAN WYNN, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>STATE FARM FIRE & CASUALTY COMPANY,<br><br>　　　　Defendant. | Case No. 22-cv-7014<br><br>Hon. Virginia M. Kendall |

## DECLARATION OF CHRISTOPHER CLARK

I, Christopher L Clark, do hereby declare pursuant to 28 U.S.C. § 1746:

1. I am employed as an Underwriting Team Manager with responsibilities for State Farm Fire and Casualty Company ("State Farm") products. I have knowledge of the matters asserted herein.

2. As part of my responsibilities as an Underwriting Team Manager, I am familiar with the State Farm underwriting records existing for and pertaining to the issuance and cancellation of homeowners insurance policies by State Farm, including the issuance and cancellation of Policy Number 73-K2-G454-4, which State Farm issued to Plaintiff Jacqueline Huskey.

3. I have reviewed State Farm's underwriting records for Ms. Huskey's Policy Number 73-K2-G454-4, and have confirmed by my review of those records that the policy was first issued with an effective date of September 22, 2020, and was cancelled, at the insured's request, on April 26, 2022. State Farm's underwriting records also confirm that Ms. Huskey did

not thereafter insure her Matteson, Illinois property under a homeowners policy issued by State Farm, and that Ms. Huskey is no longer a State Farm insured.

 I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Date: May 09, 2023            _____
                      Christopher L Clark