# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JACQUELINE HUSKEY and RIIAN WYNN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE & CASUALTY COMPANY,<br><br>Defendant. | Case No. 22-cv-7014<br><br>Hon. Virginia M. Kendall |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on June 14, 2023, at 9:00 a.m. or as soon thereafter as counsel may be heard, the undersigned counsel will appear before Judge Virginia M. Kendall, or any judge sitting in her stead in Room 2503 of the United States District Court, Northern District of Illinois, Eastern Division, at 219 South Dearborn Street, Chicago, Illinois, and there present Defendant's Motion to Dismiss Plaintiffs' Amended Complaint (Dkt. 24). Please be advised that the Court has set a briefing schedule for this Motion as follows:

- Plaintiffs' response in opposition to Defendant's Motion is due June 29, 2023;
- Defendant's reply in support of its Motion is due July 31, 2023.

(Dkt. 22.) A status hearing in this matter has been set for September 11, 2023, at 9:00 a.m. (*Id.*)

Dated: May 15, 2023

Respectfully submitted,

/s/ Patricia Brown Holmes
Patricia Brown Holmes
Joseph A. Cancila, Jr.
Sondra A. Hemeryck
Sarah E. Finch

        RILEY SAFER HOLMES & CANCILA LLP
        70 W. Madison St., Suite 2900
        Chicago, IL 60602
        Tel: 312-471-8700
        pholmes@rshc-law.com
        jcancila@rshc-law.com
        shemeryck@rshc-law.com
        sfinch@rshc-law.com

*Attorneys for Defendant State Farm Fire & Casualty*