# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JACQUELINE HUSKEY and RIIAN WYNN, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>STATE FARM FIRE & CASUALTY COMPANY,<br><br>    Defendant. | Case No. 22-cv-7014<br><br>Hon. Virginia M. Kendall |

## STATE FARM FIRE AND CASUALTY COMPANY'S RULE 7.1 DISCLOSURE STATEMENT AND LOCAL RULE 3.2 NOTIFICATION OF AFFILIATES

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Northern District of Illinois Local Rule 3.2, the undersigned counsel for Defendant State Farm Fire & Casualty Company ("State Farm Fire") certifies that State Farm Fire is a wholly-owned subsidiary of State Farm Mutual Automobile Insurance Company ("State Farm Mutual"). State Farm Mutual has no parent company, and neither State Farm Fire nor State Farm Mutual has any publicly traded stock.

Dated: May 16, 2023

Respectfully submitted,

/s/ Patricia Brown Holmes
Patricia Brown Holmes
Joseph A. Cancila, Jr.
Sondra A. Hemeryck
Sarah E. Finch
RILEY SAFER HOLMES & CANCILA LLP
70 W. Madison St., Suite 2900
Chicago, IL 60602
Tel: 312-471-8700
Fax: 312-471-8701
pholmes@rshc-law.com
jcancila@rshc-law.com

shemeryck@rshc-law.com
sfinch@rshc-law.com

*Attorneys for Defendant State Farm Fire & Casualty Company*