# IN THE U.S. DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **Jacqueline Huskey and Riian Wynn, on behalf of themselves and all others similarly situated,** <br><br> *Plaintiffs*, <br><br> v. <br><br> **State Farm Fire & Casualty Company,** <br><br> *Defendant*. | Case No.: 22-cv-7014 <br><br> **PLAINTIFFS' MOTION FOR LEAVE TO FILE AN OVERSIZED BRIEF** <br><br> Hon. Virginia M. Kendall |

### PLAINTIFFS' MOTION FOR LEAVE TO FILE AN OVERSIZED BRIEF

Plaintiffs Jaqueline Huskey and Riian Wynn (together "Plaintiffs"), by and through undersigned counsel, respectfully move this Court to allow them to exceed the Local Rule 7.1 limit of fifteen (15) double-spaced pages for their Memorandum in Opposition to Motion to Dismiss of Defendant State Farm Fire & Casualty Company ("State Farm"). Granting this motion will enable Plaintiffs to adequately address each of the discrete arguments State Farm raised in its Motion to Dismiss. In support of this motion, Plaintiffs state as follows:

1. On May 15, 2023, State Farm filed its Memorandum in Support of its Motion to Dismiss. (ECF No. 25.) Plaintiffs' Opposition is due on June 29, 2023. (ECF No. 22.)

2. In its Motion to Dismiss, State Farm raises numerous discrete arguments in opposition to Plaintiffs' First Amended Complaint, including that: (1) Plaintiffs have failed to state a claim for relief under three different provisions of the Fair Housing Act; (2) Plaintiffs have failed to adequately assert claims of disparate impact for three separate reasons; (3) Plaintiffs' Fair

1

Housing Act claims are preempted by the McCarran-Ferguson Act; and (4) Plaintiff Jacqueline Huskey's request for injunctive relief should be dismissed for lack of standing.

3. Local Rule 7.1 provides that briefs in support of any motion shall not exceed fifteen (15) pages without prior court approval.

4. Plaintiffs have diligently attempted to keep their Opposition to State Farm's Motion to Dismiss as succinct as possible, valuing efficiency and the time of all parties involved. However, to sufficiently address the numerous disparate arguments raised by State Farm, Plaintiffs seek leave to file excess pages, not to exceed twenty-five (25) pages.

5. Should the Court grant this request, Plaintiffs will comply with Local Rule 7.1's requirement that briefs in excess of fifteen pages have a table of contents and a table of authorities.

6. On June 8, 2023, Plaintiffs' Counsel wrote to State Farm's Counsel to ask whether State Farm would consent to the enlargement of Plaintiffs' brief. On June 12, 2023, State Farm's Counsel declined to take a position on Plaintiffs' request.

//
//
//
//
//
//
//
//
//
//

WHEREFORE, Plaintiffs respectfully request that the Court enter an Order granting them leave to file an oversized brief totaling no more than twenty-five (25) pages.

DATED: June 13, 2023

Respectfully submitted,

By: */s/ Aisha Rich*

**FAIRMARK PARTNERS, LLP**
Aisha Rich (*Pro Hac Vice*)
Alexander Rose (*Pro Hac Vice*)
Jamie Crooks (*Pro Hac Vice*)
1825 7th St NW, #821
Washington, DC 20001
Phone: (301) 458-0564
aisha@fairmarklaw.com
alex@fairmarklaw.com
jamie@fairmarklaw.com

**CENTER ON RACE, INEQUALITY, AND THE LAW AT NEW YORK UNIVERSITY SCHOOL OF LAW**
Deborah N. Archer (*Pro Hac Vice*)
Jason D. Williamson (*Pro Hac Vice* Pending)
139 MacDougal Street
New York, NY 10012
Phone: (212) 998-6882
deborah.archer@nyu.edu
jason.williamson@nyu.edu

*Counsel for Plaintiff and the Proposed Class*

## **CERTIFICATE OF SERVICE**

    I, Aisha Rich, an attorney, hereby certify that on the 13th day of June 2023, I caused a copy of the foregoing *Motion for Leave to File an Oversized Brief* to be filed with the CM/ECF electronic filing system, which will serve all counsel of record.

                                                          */s/ Aisha Rich*
                                                          Aisha Rich