Attachment A

APPLICATION/AFFIDAVIT FOR PRO HAC VICE ADMISSION (Attachment regarding Yes response to: Has the applicant ever been sanctioned, censured, suspended, disbarred, or otherwise disciplined by any court?). My current status is Active.

| Action | Start Date | Reinstated Date |
| --- | --- | --- |
| Administrative Suspension for failure to pay the Client Security Fund fee in accordance with Practice Book Section 2-70 | 6/1/2010 | 7/6/2018 |
| Administrative Suspension for failure to pay the Client Security Fund fee in accordance with Practice Book Section 2-70 | 5/31/2011 | 7/6/2018 |
| Administrative Suspension for failure to pay the Client Security Fund fee in accordance with Practice Book Section 2-70 | 5/8/2012 | 7/6/2018 |
| Administrative Suspension for failure to pay the Client Security Fund fee in accordance with Practice Book Section 2-70 | 6/17/2014 | 7/6/2018 |
| Administrative Suspension for failure to pay the Client Security Fund fee in accordance with Practice Book Section 2-70 | 5/26/2015 | 7/6/2018 |
| Administrative Suspension for failure to pay the Client Security Fund fee in accordance with Practice Book Section 2-70 | 5/24/2016 | 7/6/2018 |

*/s/Albert Powell*

Albert Powell