ATTACHMENT A

APPLICATION / AFFIDAVIT FOR PRO HAC VICE ADMISSION (Attachment regarding Additional Bar Membership)

I, David Tracey, am a member in good standing and eligible to practice before the following courts:

| **Title of Court** | **Date Admitted** |
| --- | --- |
| Federal Court Admissions: | |
| U.S. Court of Appeals for the Fourth Circuit | 3/10/2023 |
| U.S. Court of Appeals for the Eleventh Circuit | 10/20/2022 |
| U.S. Court of Appeals for the Second Circuit | 3/24/2021 |
| U.S. District Court for the Eastern District of New York | 4/16/2015 |
| U.S. District Court for the Southern District of New York | 3/24/2015 |
| U.S. District Court for the District of New Jersey | 11/24/2014 |
| State Court Admissions: | |
| New Jersey State Court | 12/16/2013 |
| New York State Court | 5/12/2014 |

*/s/David Tracey*

David Tracey