# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JACQUELINE HUSKEY and RIIAN WYNN, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>STATE FARM FIRE & CASUALTY COMPANY,<br><br>        Defendant. | Case No. 22-cv-7014<br><br>Hon. Virginia M. Kendall |

## STATE FARM FIRE AND CASUALTY COMPANY'S
## UNOPPOSED MOTION FOR LEAVE TO FILE AN OVERSIZED REPLY BRIEF

Pursuant to Local Rule 7.1, Defendant State Farm Fire and Casualty Company ("State Farm"), through its undersigned attorneys, respectfully moves this Court for leave to file a reply brief in support of its Motion to Dismiss Plaintiffs' Amended Complaint (Dkt. 24) that exceeds the 15-page limit set forth in the Rule. In support of this motion, State Farm states as follows:

1. State Farm filed its Motion to Dismiss, and its memorandum of law in support thereof, on May 15, 2023. (Dkts. 24–25.)

2. In June 2023, Plaintiffs sought and were granted leave to file an oversized brief in opposition to State Farm's Motion to Dismiss, not to exceed 25 pages, to address the arguments raised by State Farm in its Motion. (Dkts. 30, 32.)

3. On June 29, 2023, pursuant to the Court's order granting leave to file an oversized opposition brief, Plaintiffs filed a 25-page opposition to State Farm's Motion to Dismiss. (Dkt. 33.)

4. In preparing its reply brief in support of its Motion to Dismiss, State Farm has diligently attempted to adhere to the 15-page limit set forth in Local Rule 7.1. In order to

adequately respond to the arguments raised in Plaintiffs' 25-page opposition, however, State Farm respectfully seeks leave to file an oversized reply brief, not to exceed 20 pages.

5. On July 24, 2023, State Farm's counsel contacted Plaintiffs' counsel by email regarding Plaintiffs' position as to this request. Plaintiffs' counsel responded that Plaintiffs have no objection to the relief requested in this motion.

WHEREFORE, State Farm respectfully requests that the Court grant it leave to file an oversized reply brief in support of its Motion to Dismiss, not to exceed 20 pages.

Dated: July 24, 2023

Respectfully submitted,

/s/ Patricia Brown Holmes
Patricia Brown Holmes
Joseph A. Cancila, Jr.
Sondra A. Hemeryck
Sarah E. Finch
Lauren Abendshien
RILEY SAFER HOLMES & CANCILA LLP
70 W. Madison St., Suite 2900
Chicago, IL 60602
Tel: 312-471-8700
pholmes@rshc-law.com
jcancila@rshc-law.com
shemeryck@rshc-law.com
sfinch@rshc-law.com
labendshien@rshc-law.com

*Attorneys for Defendant State Farm Fire & Casualty*

2