# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JACQUELINE HUSKEY and RIIAN WYNN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE & CASUALTY COMPANY,<br><br>Defendant. | Case No. 22-cv-7014<br><br>Hon. Virginia M. Kendall |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on July 27, 2023, at 9:00 a.m. or as soon thereafter as counsel may be heard, the undersigned counsel will appear before Judge Virginia M. Kendall, or any judge sitting in her stead in Room 2503 of the United States District Court, Northern District of Illinois, Eastern Division, at 219 South Dearborn Street, Chicago, Illinois, and there present Defendant's Unopposed Motion for Leave to File an Oversized Reply Brief in support of its Motion to Dismiss (Dkt. 37).

Dated: July 24, 2023

Respectfully submitted,

/s/ Patricia Brown Holmes
Patricia Brown Holmes
Joseph A. Cancila, Jr.
Sondra A. Hemeryck
Sarah E. Finch
Lauren Abendshien
RILEY SAFER HOLMES & CANCILA LLP
70 W. Madison St., Suite 2900
Chicago, IL 60602
Tel: 312-471-8700
pholmes@rshc-law.com

2

jcancila@rshc-law.com
shemeryck@rshc-law.com
sfinch@rshc-law.com
labendshien@rshc-law.com

*Attorneys for Defendant State Farm Fire & Casualty*