**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Jacqueline Huskey
            Plaintiff,

v.                 Case No.: 1:22−cv−07014
                Honorable Virginia M. Kendall

State Farm Fire & Casualty Company
            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 26, 2023:

   MINUTE entry before the Honorable Virginia M. Kendall. Attorneys David Tracey and Albert Powell's Motions to appear pro hac vice [35] and [34] are granted. Mailed notice(lk, )A

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.