# IN THE U.S. DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **Jacqueline Huskey and Riian Wynn, on behalf of themselves and all others similarly situated,**<br><br>*Plaintiffs*,<br><br>v.<br><br>**State Farm Fire & Casualty Company,**<br><br>*Defendant*. | Case No.: 22-cv-7014<br><br>**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD**<br><br>Hon. Virginia M. Kendall |

## UNOPPOSED MOTION TO WITHDRAW ATTORNEY AISHA RICH AS COUNSEL OF RECORD

Aisha Rich of Fairmark Partners, LLP hereby seeks leave of Court to withdraw as counsel of record for Plaintiffs Jacqueline Huskey and Riian Wynn in this matter. Ms. Rich is leaving Fairmark Partners effective August 17, 2023. Plaintiffs have been informed of Ms. Rich's departure from Fairmark Partners and her intended withdrawal from the case. All of Plaintiffs' other attorneys of record will continue to represent Plaintiffs in this litigation. State Farm has consented to this request.

Aisha Rich respectfully requests an Order from this Court withdrawing her as counsel of record for Plaintiffs Jacqueline Huskey and Riian Wynn in this proceeding.

//

//

//

//

//

DATED: July 31, 2023

Respectfully submitted,

By: */s/ Aisha Rich*

**FAIRMARK PARTNERS, LLP**
Aisha Rich (*Pro Hac Vice*)
Alexander Rose (*Pro Hac Vice*)
Jamie Crooks (*Pro Hac Vice*)
Michael Lieberman (*Pro Hac Vice* Forthcoming)
1825 7th St NW, #821
Washington, DC 20001
Phone: (301) 458-0564
aisha@fairmarklaw.com
alex@fairmarklaw.com
jamie@fairmarklaw.com
michael@fairmarklaw.com

**SANFORD HEISLER SHARP, LLP**
David Tracey (*Pro Hac Vice*)
Albert Powell (*Pro Hac Vice*)
1350 Avenue of the Americas, 31st Floor
New York, NY 10019
Phone: (646) 402-5667
dtracey@sanfordheisler.com
apowell@sanfordheisler.com

**CENTER ON RACE, INEQUALITY, AND THE LAW AT NEW YORK UNIVERSITY SCHOOL OF LAW**
Deborah N. Archer (*Pro Hac Vice*)
Jason D. Williamson (*Pro Hac Vice*)
139 MacDougal Street
New York, NY 10012
Phone: (212) 998-6882
deborah.archer@nyu.edu
jason.williamson@nyu.edu

*Counsel for Plaintiff and the Proposed Class*

## **CERTIFICATE OF SERVICE**

      I, Aisha Rich, an attorney, hereby certify that on the 31st day of July 2023, I caused a copy of the foregoing *Unopposed Motion to Withdraw as Counsel of Record* to be filed with the CM/ECF electronic filing system, which will serve all counsel of record.

                                            */s/ Aisha Rich*
                                            Aisha Rich