IN THE U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Jacqueline Huskey and Riian Wynn, on behalf of themselves and all others similarly situated,**<br><br>*Plaintiffs*,<br><br>v.<br><br>**State Farm Fire & Casualty Company,**<br><br>*Defendant*. | Case No.: 22-cv-7014<br><br>**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD**<br><br>Hon. Virginia M. Kendall |

### NOTICE OF MOTION

To: Sondra A. Hemeryck
Joseph A. Cancila
Patricia B. Holmes
Sarah E. Finch
Lauren Abendshien
Riley Safer Holmes & Cancila LLP
Three First National Plaza
70 W. Madison St., Suite 2900
Chicago, IL 60602

PLEASE TAKE NOTICE that on August 7, 2023 at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Virginia M. Kendall, or any other judge sitting in her stead, in Room 2503 of the Everett M. Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present this **Unopposed Motion to Withdraw as Counsel of Record**, a copy of which is hereby served upon you.

//
//
//

1

Respectfully submitted,

By: */s/ Aisha Rich*

**FAIRMARK PARTNERS, LLP**
Aisha Rich (*Pro Hac Vice*)
Alexander Rose (*Pro Hac Vice*)
Jamie Crooks (*Pro Hac Vice*)
Michael Lieberman (*Pro Hac Vice*
Forthcoming)
1825 7th St NW, #821
Washington, DC 20001
Phone: (301) 458-0564
aisha@fairmarklaw.com
alex@fairmarklaw.com
jamie@fairmarklaw.com
michael@fairmarklaw.com

**SANFORD HEISLER SHARP, LLP**
David Tracey (*Pro Hac Vice*)
Albert Powell (*Pro Hac Vice*)
1350 Avenue of the Americas, 31st Floor
New York, NY 10019
Phone: (646) 402-5667
dtracey@sanfordheisler.com
apowell@sanfordheisler.com

**CENTER ON RACE, INEQUALITY, AND THE LAW AT NEW YORK UNIVERSITY SCHOOL OF LAW**
Deborah N. Archer (*Pro Hac Vice*)
Jason D. Williamson (*Pro Hac Vice*)
139 MacDougal Street
New York, NY 10012
Phone: (212) 998-6882
deborah.archer@nyu.edu
jason.williamson@nyu.edu

*Counsel for Plaintiff and the Proposed Class*

## **CERTIFICATE OF SERVICE**

    I, Aisha Rich, an attorney, hereby certify that on the 31st day of July 2023, I caused a copy of the foregoing *Notice of Motion* to be filed with the CM/ECF electronic filing system, which will serve all counsel of record.

                                                   */s/ Aisha Rich*
                                                   Aisha Rich