## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Jacqueline Huskey

                                              Plaintiff,

v.                                                     Case No.: 1:22−cv−07014
                                                             Honorable Virginia M. Kendall

State Farm Fire & Casualty Company

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 1, 2023:

      MINUTE entry before the Honorable Virginia M. Kendall. Attorney Aisha Rich'sMotion to withdraw as attorney [42] is granted. Motion hearing set for 8/7/2023 is stricken. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.