IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JACQUELINE HUSKEY and RIIAN WYNN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE & CASUALTY COMPANY,<br><br>Defendant. | Case No. 22-cv-7014<br><br>Hon. Virginia M. Kendall<br><br>Magistrate Judge Sheila M. Finnegan |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on September 11, 2023, at 9:00 a.m. or as soon thereafter as counsel may be heard, the undersigned counsel will appear before Judge Virginia M. Kendall, or any judge sitting in her stead in Room 2503 of the United States District Court, Northern District of Illinois, Eastern Division, at 219 South Dearborn Street, Chicago, Illinois, and there present State Farm's Unopposed Motion to Stay Discovery. (Dkt. 47.)

Dated: September 5, 2023

Respectfully submitted,

/s/ Sondra A. Hemeryck
Sondra A. Hemeryck
Patricia Brown Holmes
Joseph A. Cancila, Jr.
Sarah E. Finch
Lauren Abendshein
RILEY SAFER HOLMES & CANCILA LLP
70 W. Madison St., Suite 2900
Chicago, IL 60602
Tel: 312-471-8700
Fax: 312-471-8701
shemeryck@rshc-law.com
pholmes@rshc-law.com

jcancila@rshc-law.com
sfinch@rshc-law.com
labendshein@rshc-law.com

*Attorneys for Defendant State Farm Fire & Casualty Company*