## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Jacqueline Huskey

                                Plaintiff,

v.                                                        Case No.: 1:22−cv−07014
                                                                Honorable Virginia M. Kendall

State Farm Fire & Casualty Company

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 11, 2023:

      MINUTE entry before the Honorable Virginia M. Kendall. Status hearing held on 9/11/2023. The Court orally addressed the Motion to Dismiss [24] on the record in open Court indicating a written Opinion is forthcoming. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.