```
1                    IN THE UNITED STATES DISTRICT COURT
                    FOR THE NORTHERN DISTRICT OF ILLINOIS
2                              EASTERN DIVISION

3    JACQUELINE HUSKEY and RIIAN      )  Docket No. 22 C 07014
     WYNN, on behalf of themselves    )
4    and all others similarly         )
     situated,                        )
5                                     )
                     Plaintiffs,      )  Chicago, Illinois
6                                     )  September 11, 2023
             v.                       )  9:14 a.m.
7                                     )
     STATE FARM FIRE & CASUALTY       )
8    COMPANY,                         )
                                      )
9                    Defendant.       )

10                       TRANSCRIPT OF PROCEEDINGS
11            BEFORE THE HONORABLE VIRGINIA M. KENDALL

12
     APPEARANCES:
13

14   For the Plaintiffs:      SANFORD HEISLER SHARP LLP by
                              MR. DAVID HAHN TRACEY
15                            1350 Avenue of the Americas, 31st Floor
                              New York, NY  10019
16

17   For the Defendant:       RILEY SAFER HOLMES
                                 & CANCILA LLP by
18                            MS. PATRICIA BROWN HOLMES
                              MS. SONDRA A. HEMERYCK
19                            70 West Madison Street, Suite 2900
                              Chicago, IL  60602
20

21
     Court Reporter:          GAYLE A. McGUIGAN, CSR, RMR, CRR
22                            Official Court Reporter
                              219 S. Dearborn Street, Room 2504
23                            Chicago, IL 60604
                              312.435.6047
24                            gayle_mcguigan@ilnd.uscourts.gov

25
```

1    (In open court.)

2         MR. TRACEY:  Good morning, your Honor.  David Tracey

3    for the plaintiffs.

4         THE COURT:  Good morning.

5         MS. BROWN HOLMES:  Patricia Brown Holmes and Sondra --

6         THE COURT:  There's a microphone right there.

7         MS. BROWN HOLMES:  Patricia Brown Holmes and Sondra

8    Hemeryck for the defendant State Farm Casualty.

9         THE COURT:  Good morning to all of you.

10        Folks, so I have a draft -- not a draft, I have an

11   opinion for you that will go online today.

12        You are moving forward, but I have dismissed without

13   prejudice Count 1 and the claim -- plaintiffs' claim under 3605

14   in Count 2, and your claim for injunctive relief is dismissed

15   for lack of subject matter jurisdiction.  So your remaining

16   claim in Count 1 still survives.

17        So what you're going to need to do is you're going to

18   need to read this, digest it, and then you can choose whether

19   you can replead.  If you can based upon my opinion, then please

20   do so within three weeks of today.  And then you can replead if

21   you would like or answer three weeks thereafter.

22        What is -- today's date is the 11th -- oh, yes.  Three

23   weeks from today is October 2nd for your repleading.  And then

24   your response would be the 23rd or your new motion to dismiss.

25        So you'll get this today.  It's not worth having

1    substantive discussion until you get a chance to digest this.

2    So it will be online today.  Okay?

3        (Concluded at 9:16 a.m.)

4                    C E R T I F I C A T E

5        I certify that the foregoing is a correct transcript of the

6    record of proceedings in the above-entitled matter.

7

8    /s/ GAYLE A. McGUIGAN                    September 12, 2023
     GAYLE A. McGUIGAN, CSR, RMR, CRR
9    Official Court Reporter

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25