UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JACQUELINE HUSKEY and RIIAN WYNN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE & CASUALTY COMPANY,<br><br>Defendant. | Case No. 22-cv-7014<br><br>Hon. Virginia M. Kendall<br><br>Magistrate Judge Sheila M. Finnegan |

**STATE FARM'S UNOPPOSED MOTION TO SET SCHEDULE
FOR ITS RESPONSE TO PLAINTIFFS' PLEADING**

State Farm Fire and Casualty Company ("State Farm"), by its undersigned attorneys, respectfully requests that the Court enter an order setting a schedule for State Farm's response to Plaintiffs' pleading. In support of this motion, State Farm states as follows:

1. Plaintiffs filed their putative class action Complaint in this case in December 2022. (Dkt. 1.)

2. Plaintiffs thereafter filed an Amended Complaint on March 31, 2023. (Dkt. 23.) Plaintiffs' Amended Complaint alleged that State Farm's claim-handling methods disparately impact Black policyholders in violation of §§ 3604(a), 3604(b) and 3605 of the Fair Housing Act (FHA), 42 U.S.C. § 3601, et seq.

3. On May 15, 2023, State Farm moved to dismiss the Amended Complaint in its entirety. (Dkt. 24.)

4. On September 11, 2023, the Court issued a Memorandum Opinion and Order (Dkt. 52) that dismissed Plaintiffs' claims under §§ 3604(a) and 3605, without prejudice; dismissed

Plaintiff Jacqueline Huskey's injunctive relief claim for lack of subject-matter jurisdiction; and denied State Farm's motion to dismiss Plaintiffs' claim under § 3604(b). The Court's Opinion states that Plaintiffs "may amend their Complaint, consistent with this Opinion, by October 2, 2023." (Dkt. 52 at 24.)

5.   During the September 11, 2023 status hearing, prior to issuance of the Opinion, the Court stated that if Plaintiffs choose to file a further amended complaint, State Farm will have until October 23, 2023 to respond to that pleading. (*See* Tr. of Sept. 11, 2023 Hearing, attached as Exhibit A.)

6.   Federal Rule of Civil Procedure 12(a)(4)(A) provides that, when a motion to dismiss has been filed, "if the court denies the motion or postpones its disposition until trial, the responsive pleading must be served within 14 days after notice of the court's action." The Rule does not expressly address a circumstance where a motion to dismiss has been partially granted, with leave to amend, and partially denied.

7.   Because Rule 12(a)(4)(A) could potentially be read to require State Farm to file a response to the existing Amended Complaint by September 25, 2023—before the deadline for Plaintiffs to file a further amended pleading—and to avoid piecemeal pleading, State Farm requests that the Court enter an order providing:

> a. If Plaintiffs choose not to file a further amended complaint by October 2, 2023, State Farm will respond to the existing Amended Complaint (Dkt. 23), as narrowed by the Court's September 11, 2023 Memorandum Opinion and Order, by October 9, 2023;
>
> b. State Farm is not required to respond to the existing Amended Complaint prior to October 9, 2023; and

      c. If Plaintiffs do file a further amended complaint by October 2, 2023, State Farm will respond to that further amended pleading by October 23, 2023.

8. State Farm's counsel has conferred with Plaintiffs' counsel regarding the relief requested in this motion, and Plaintiffs' counsel have advised that Plaintiffs do not oppose the request.

WHEREFORE, State Farm respectfully requests that the Court enter an order that: (a) if Plaintiffs choose not to file a further amended complaint by October 2, 2023, State Farm will respond to the existing Amended Complaint (Dkt. 23), as narrowed by the Court's September 11, 2023 Memorandum Opinion and Order, by October 9, 2023; (b) State Farm is not required to respond to the existing Amended Complaint prior to October 9, 2023; and (c) if Plaintiffs do file a further amended complaint by October 2, 2023, State Farm will respond to that further amended pleading by October 23, 2023.

Dated: September 14, 2023

Respectfully submitted,

/s/ Sondra A. Hemeryck
Sondra A. Hemeryck
Patricia Brown Holmes
Joseph A. Cancila, Jr.
Sarah E. Finch
Lauren Abendshien
RILEY SAFER HOLMES & CANCILA LLP
70 W. Madison St., Suite 2900
Chicago, IL 60602
Tel: 312-471-8700
Fax: 312-471-8701
shemeryck@rshc-law.com
pholmes@rshc-law.com
jcancila@rshc-law.com
sfinch@rshc-law.com
labendshien@rshc-law.com

*Attorneys for Defendant State Farm Fire & Casualty Company*