# EXHIBIT A

```
 1                 IN THE UNITED STATES DISTRICT COURT
                  FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                          EASTERN DIVISION

 3    JACQUELINE HUSKEY and RIIAN        )   Docket No. 22 C 07014
      WYNN, on behalf of themselves      )
 4    and all others similarly           )
      situated,                          )
 5                                       )
                      Plaintiffs,        )   Chicago, Illinois
 6                                       )   September 11, 2023
                 v.                      )   9:14 a.m.
 7                                       )
      STATE FARM FIRE & CASUALTY         )
 8    COMPANY,                           )
                                         )
 9                    Defendant.         )

10
                          TRANSCRIPT OF PROCEEDINGS
11                BEFORE THE HONORABLE VIRGINIA M. KENDALL

12
      APPEARANCES:
13

14    For the Plaintiffs:       SANFORD HEISLER SHARP LLP by
                                MR. DAVID HAHN TRACEY
15                              1350 Avenue of the Americas, 31st Floor
                                New York, NY  10019
16

17    For the Defendant:        RILEY SAFER HOLMES
                                  & CANCILA LLP by
18                              MS. PATRICIA BROWN HOLMES
                                MS. SONDRA A. HEMERYCK
19                              70 West Madison Street, Suite 2900
                                Chicago, IL  60602
20

21
      Court Reporter:           GAYLE A. McGUIGAN, CSR, RMR, CRR
22                              Official Court Reporter
                                219 S. Dearborn Street, Room 2504
23                              Chicago, IL 60604
                                312.435.6047
24                              gayle_mcguigan@ilnd.uscourts.gov

25
```

1    (In open court.)
2        MR. TRACEY: Good morning, your Honor. David Tracey
3    for the plaintiffs.
4        THE COURT: Good morning.
5        MS. BROWN HOLMES: Patricia Brown Holmes and Sondra --
6        THE COURT: There's a microphone right there.
7        MS. BROWN HOLMES: Patricia Brown Holmes and Sondra
8    Hemeryck for the defendant State Farm Casualty.
9        THE COURT: Good morning to all of you.
10       Folks, so I have a draft -- not a draft, I have an
11   opinion for you that will go online today.
12       You are moving forward, but I have dismissed without
13   prejudice Count 1 and the claim -- plaintiffs' claim under 3605
14   in Count 2, and your claim for injunctive relief is dismissed
15   for lack of subject matter jurisdiction. So your remaining
16   claim in Count 1 still survives.
17       So what you're going to need to do is you're going to
18   need to read this, digest it, and then you can choose whether
19   you can replead. If you can based upon my opinion, then please
20   do so within three weeks of today. And then you can replead if
21   you would like or answer three weeks thereafter.
22       What is -- today's date is the 11th -- oh, yes. Three
23   weeks from today is October 2nd for your repleading. And then
24   your response would be the 23rd or your new motion to dismiss.
25       So you'll get this today. It's not worth having

1  substantive discussion until you get a chance to digest this.
2  So it will be online today.  Okay?
3       (Concluded at 9:16 a.m.)
4                    C E R T I F I C A T E
5     I certify that the foregoing is a correct transcript of the
6  record of proceedings in the above-entitled matter.
7
8  */s/ GAYLE A. McGUIGAN*                          *September 12, 2023*
   GAYLE A. McGUIGAN, CSR, RMR, CRR
9  Official Court Reporter