# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JACQUELINE HUSKEY and RIIAN WYNN, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>STATE FARM FIRE & CASUALTY COMPANY,<br><br>    Defendant. | Case No. 22-cv-7014<br><br>Hon. Virginia M. Kendall<br><br>Magistrate Judge Sheila M. Finnegan |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on September 19, 2023, at 9:00 a.m. or as soon thereafter as counsel may be heard, the undersigned counsel will appear before Judge Virginia M. Kendall, or any judge sitting in her stead in Room 2503 of the United States District Court, Northern District of Illinois, Eastern Division, at 219 South Dearborn Street, Chicago, Illinois, and there present Defendant's Unopposed Motion to Set Schedule for Its Response to Plaintiffs' Pleading (Dkt. 54).

Dated: September 14, 2023

Respectfully submitted,

/s/ Sondra A. Hemeryck
Sondra A. Hemeryck
Patricia Brown Holmes
Joseph A. Cancila, Jr.
Sarah E. Finch
Lauren Abendshien
RILEY SAFER HOLMES & CANCILA LLP
70 W. Madison St., Suite 2900
Chicago, IL 60602
Tel: 312-471-8700
Fax: 312-471-8701
shemeryck@rshc-law.com
pholmes@rshc-law.com

jcancila@rshc-law.com
sfinch@rshc-law.com
labendshien@rshc-law.com

*Attorneys for Defendant State Farm Fire & Casualty Company*