# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Jacqueline Huskey

                                  Plaintiff,

v.                                                                Case No.: 1:22–cv–07014
                                                                Honorable Virginia M. Kendall

State Farm Fire & Casualty Company

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 18, 2023:

       MINUTE entry before the Honorable Virginia M. Kendall. Defendant's Unopposed Motion to set schedule for Its Response to Plaintiffs' Pleadings [54] is granted. If Plaintiffs do not file an Amended Complaint by 10/2/2023, Defendant shall respond to existing Amended Complaint [23] by 10/9/2023. If Plaintiffs do file an Amended Complaint by 10/2/2023, Defendant shall Respond to the Amended Complaint by 10/23/2023. Motion hearing set for 9/19/2023 is stricken. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.