

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

# NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name   Albert St. George Powell

Firm   Sanford Heisler Sharp, LLP

Street Address   17 State Street Fl 37

City/State/Zip Code   New York, NY 10004

Phone Number   646-402-5648

Email address   apowell@sanfordheisler.com

ARDC (Illinois State Bar members, only)

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
| --- | --- | --- |
| 1:22-cv-07014 | Huskey v. State Farm | Hon. Virginia M. Kendall |
| | | |
| | | |
| | | |
| | | |
| | | |

/s/ Albert Powell                             09/18/2023
_____     _____
Signature of Attorney                        Date

Rev. 01272016