# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JACQUELINE HUSKEY and RIIAN WYNN, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>STATE FARM FIRE & CASUALTY COMPANY,<br><br>　　　　　Defendant. | Case No. 22-cv-7014<br><br>Hon. Jeffrey I. Cummings<br><br>Magistrate Judge Sheila M. Finnegan |

## AGREED MOTION FOR ENTRY OF CONFIDENTIALITY ORDER

Defendant State Farm Fire and Casualty Company ("State Farm"), by its undersigned counsel, respectfully moves this Court pursuant to Federal Rule of Civil Procedure 26(c) for entry of the Agreed Confidentiality Order attached hereto as Exhibit 1. All parties of record have agreed to the Agreed Confidentiality Order attached as Exhibit 1. Pursuant to the Court's standing order concerning proposed orders, State Farm has also submitted a copy of the proposed Agreed Confidentiality Order to the Court via e-mail. In addition, pursuant to the instructions contained in the Court's Model Confidentiality Order, Form L.R. 26.2, a redline showing the parties' proposed modifications to the Model Order, as appropriate for the circumstances of this case, is attached hereto as Exhibit 2.

Dated: November 7, 2023　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/　　Sarah E. Finch
　　　　　　　　　　　　　　　　　　　　　　Sarah E. Finch
　　　　　　　　　　　　　　　　　　　　　　Patricia Brown Holmes
　　　　　　　　　　　　　　　　　　　　　　Joseph A. Cancila, Jr.
　　　　　　　　　　　　　　　　　　　　　　Lauren Abendshien
　　　　　　　　　　　　　　　　　　　　　　RILEY SAFER HOLMES & CANCILA LLP

2

        70 W. Madison St., Suite 2900
        Chicago, IL 60602
        Tel: 312-471-8700
        Fax: 312-471-8701
        shemeryck@rshc-law.com
        pholmes@rshc-law.com
        jcancila@rshc-law.com
        sfinch@rshc-law.com
        labendshien@rshc-law.com

        *Attorneys for Defendant State Farm Fire &*
        *Casualty Company*