ATTACHMENT A

APPLICATION / AFFIDAVIT FOR PRO HAC VICE ADMISSION (Attachment regarding Additional Bar Membership)

I, Sharon Kim, am a member in good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
|---|---|
| Federal Court Admissions: | |
| U.S. District Court for the Southern District of New York | 3/7/2017 |
| U.S. District Court for the Eastern District of New York | 3/16/2017 |
| U.S. District Court for the Southern District of Illinois | 4/7/2022 |
| U.S. District Court for the Central District of Illinois | 4/29/2022 |
| U.S. District Court for the Eastern District of Wisconsin | 8/11/2022 |
| State Court Admissions: | |
| New York State Court | 1/11/2017 |

*/s/Sharon Kim*
Sharon Kim