**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
Eastern Division**

Jacqueline Huskey

               Plaintiff,

v.                      Case No.: 1:22−cv−07014
                      Honorable Jeffrey I Cummings

State Farm Fire & Casualty Company

               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, December 18, 2023:

   MINUTE entry before the Honorable Jeffrey I Cummings: Attorney Sharon Kim's motion for leave to appear pro hac vice [67] is granted. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.