**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Jacqueline Huskey, et al.

                              Plaintiff,

v.                                           Case No.: 1:22–cv–07014
                                                  Honorable Jeffrey I Cummings

State Farm Fire & Casualty Company

                              Defendant.

**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Sheila M. Finnegan for the purpose of holding proceedings related to: discovery supervision and settlement conference.(cc, )Mailed notice.

Dated: February 6, 2024

                                                                     /s/ Jeffrey I Cummings

                                                               United States District Judge