

**United States District Court**
**Northern District of Illinois**

In the Matter of

Jacqueline Huskey, et al

v.

State Farm Fire & Casualty Company

Magistrate Judge Sunil R. Harjani

Case No. 22-CV-7014

### TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE FOR A REFERRAL TO MAGISTRATE JUDGE

The above captioned case is currently pending on my calendar. The designated magistrate judge is participating in the periodic calendar adjustment program pursuant to Internal Operating Procedure 19. I recommend to the Executive Committee that this case be assigned by lot to the calendar of another magistrate judge of this Court, and that this case be referred to the newly assigned magistrate judge pursuant to Local Rule 72.1. The reasons for my recommendation are indicated on the reverse of this form.

**Judge Jeffrey Cummings**

Date: Thursday, February 8, 2024

---

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be referred by lot to a magistrate judge of this Court in accordance with the Rules.

**ENTER**

**FOR THE EXECUTIVE COMMITTEE**

**Chief Judge Rebecca R. Pallmeyer**

Dated: Thursday, February 8, 2024

District Referral - By Lot IOP 19

## CIVIL PROCEDURES

**Conduct hearings and enter appropriate orders on the following pretrial motion/matter:**

- All Discovery Motions

- Discovery Supervision

- Settlement Conference

...........................................................................................................................................................................................................................................................
EXCEPTIONS OR ADDITIONS: