## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Jacqueline Huskey, et al.

                                        Plaintiff,

v.                                                              Case No.: 1:22–cv–07014
                                                                Honorable Jeffrey I Cummings

State Farm Fire & Casualty Company

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 21, 2024:

      MINUTE entry before the Honorable Sunil R. Harjani: Status hearing set for 2/22/2024 is amended to begin at 9:30 a.m. via video conference. Time Change Only. Members of the public and media will be able to call in to listen to this hearing but will be placed on mute. The call–in number is (855) 244–8681 and the access code is 2307 363 1799##. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. The Court does not permit the use of cell phones for the video conference. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.