UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Jacqueline Huskey, et al.
                                      Plaintiff,

v.                                                                                   Case No.: 1:22–cv–07014
                                                                                    Honorable Jeffrey I Cummings

State Farm Fire & Casualty Company
                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, February 22, 2024:

        MINUTE entry before the Honorable Sunil R. Harjani: Telephonic status hearing held. The Court will issue a written order on the dispute over the scope of Phase I discovery. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.