UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Jacqueline Huskey, et al.

                        Plaintiff,

v.                                                    Case No.: 1:22−cv−07014
                                                               Honorable Jeffrey I Cummings

State Farm Fire & Casualty Company

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 5, 2024:

      MINUTE entry before the Honorable Sunil R. Harjani: Status hearing set for 3/6/2024 is stricken and reset to 5/23/2024 at 9:15 a.m. by telephone. By 5/20/2024 the parties should file a Joint Status Report with an update on discovery and settlement discussions. The Court has reviewed the proposed discovery schedule included in the Joint Status Report [80]. The Court enters the following discovery schedule for the preliminary focus of Phase I discovery: (1) Written discovery focused on the algorithmic decision−making tools employed by State Farm to screen out potentially fraudulent or complex claims from straightforward claims shall issue by March 27, 2024; (2) Agreed topics for Rule 30(b)(6) deposition shall issue by May 24, 2024; (3) agreed dates for the Rule 30(b)(6) deposition shall be reached by June 14, 2024; and (4) Rule 30(b)(6) deposition shall be completed by August 9, 2024. After the Rule 30(b)(6) deposition, the parties shall meet and confer for a schedule to complete Phase I discovery. Members of the public and media will be able to call in to listen to this hearing but will be placed on mute. The call−in number is (855) 244−8681 and the access code is 172 628 1276##. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.