UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
GENERAL ORDER 24-0009

IT APPEARING THAT Sunil R. Harjani has been appointed as a United States District Judge for the Northern District of Illinois; and

IT FURTHER APPEARING THAT Judge Harjani is no longer sitting as a magistrate judge in the Eastern Division of this Court; and

IT FURTHER APPEARING THAT the civil consent, civil referrals, and miscellaneous cases previously pending before Judge Harjani as a U.S. magistrate judge requires reassignment; therefore

IT IS HEREBY ORDERED THAT the cases in the attached list are to be reassigned accordingly to the magistrate judge listed. It is also ordered that subsequent referrals where Judge Harjani was the designated magistrate judge, the Clerk shall randomly reassign to another magistrate judge of this Court pursuant to Local Rule 40.1.

ENTER:
FOR THE EXECUTIVE COMMITTEE

_____
Hon. Rebecca R. Pallmeyer, Chief Judge

Dated at Chicago, Illinois this 2nd day of April, 2024

**Civil Consent Cases Reassigned to Magistrate Judge Appenteng**

| | |
|---|---|
| 1:23-cv-00866 | Madden v. O'Malley |
| 1:23-cv-15004 | Sammak v. O'Malley |
| 1:24-cv-01797 | Karlo v. O'Malley |

**Civil Consent Cases Reassigned to Magistrate Judge Cole**

| | |
|---|---|
| 1:22-cv-06749 | Noble v. O'Malley |
| 1:23-cv-04136 | Rioton SRL et al v. Supplybit |
| 1:24-cv-01041 | Vortes v. O'Malley |

**Civil Consent Cases Reassigned to Magistrate Judge Finnegan**

| | |
|---|---|
| 1:23-cv-05854 | Torres v. Kohl's Inc |

**Civil Consent Cases Reassigned to Magistrate Judge Fuentes**

| | |
|---|---|
| 1:23-cv-03896 | Lewis v. O'Malley |
| 1:23-cv-14225 | Zuo v. O'Malley |

**Civil Consent Cases Reassigned to Magistrate Judge Gilbert**

| | |
|---|---|
| 1:23-cv-02165 | Haynes v. O'Malley |
| 1:23-cv-03934 | Rinehart v. O'Malley |

**Civil Consent Cases Reassigned to Magistrate Judge Holleb Hotaling**

| | |
|---|---|
| 1:22-cv-02463 | Alvarez v. Palatine Police Department et al |
| 1:23-cv-02328 | Gonzales v. O'Malley |
| 1:23-cv-16194 | Kwiatkowski v. O'Malley |

**Civil Consent Cases Reassigned to Magistrate Judge Jantz**

| | |
|---|---|
| 1:22-cv-02779 | Sheffiled Square Townhome Owner Association, LLC v. Greater New York Mutual Insurance Company |
| 1:23-cv-02786 | Villalobos v. O'Malley |
| 1:24-cv-00209 | Thomas v. O'Malley |

**Civil Consent Cases Reassigned to Magistrate Judge Kim**

| | |
|---|---|
| 1:20-cv-02348 | Solis et al v. Hilco Redevelopment LLC et al |
| 1:23-cv-09216 | Kelly v. O'Malley |
| 1:23-cv-15826 | Gutierrez v. O'Malley |

**Civil Consent Cases Reassigned to Magistrate Judge McShain**

| | |
|---|---|
| 1:23-cv-07370 | White v. Sky Hospitality, Inc. |
| 1:23-cv-14944 | Horwath v. Martin O'Malley, Commissioner of the Social Security |

1

## Civil Consent Cases Reassigned to Magistrate Judge Valdez

| | |
|---|---|
| 1:23-cv-04959 | Lane v. Menard Inc |
| 1:23-cv-09127 | Ensslin v. O'Malley |

## Civil Consent Cases Reassigned to Magistrate Judge Weisman

| | |
|---|---|
| 1:22-cv-06455 | Bell et al v. Petco Animal Supplies Stores, Inc. |
| 1:23-cv-01731 | Harrison v. O'Malley |
| 1:24-cv-00974 | Satala v. O'Malley |

## Civil Referral Cases Reassigned to Magistrate Judge Appenteng

| | |
|---|---|
| 1:20-cv-00421 | Doorage Inc. v. Blue Crates LLC |
| 1:20-cv-04948 | Pajoje Development, LLC v. CTC, LLC, et al |
| 1:22-cv-01203 | Shen Zhen Wo Nuo De Zhi Neng Ji Shu You Xian Gong Si v. 365 fair Store et al |
| 1:22-cv-06115 | Powell v. Digby's Detective and Security Agency, Inc. |
| 1:23-cv-01464 | Sika Corporation et al v. Hoefflin et al |
| 1:23-cv-03893 | Baxter v. American Honda Motor Co., Inc. |
| 1:23-cv-04434 | Wade v. Progressive Northern Insurance Company |
| 1:23-cv-06112 | T. et al v. Bluecross Blueshield of Illinois |

## Civil Referral Cases Reassigned to Magistrate Judge Cole

| | |
|---|---|
| 1:18-cv-00387 | Gregory v. Randy Pfister |
| 1:21-cv-00569 | Plumbers' Pension Fund Local 130, U.A. et al v. Chicago Pool's Inc et al |
| 1:21-cv-03166 | LKQ Corporation et al v. Kia America, Inc. et al |
| 1:22-cv-06637 | King v. State of Illinois Office of Comptroller |
| 1:22-cv-07000 | Taylor v. Bridgford Foods Processing Corp. |
| 1:23-cv-04616 | Lawrence House Property Cedar LLC v. Greater New York Mutual Insurance Company |
| 1:23-cv-16423 | Washington v. Chicago Hotel Services, LLC |
| 1:23-cv-16906 | Dochee v. Mount Sinai Hospital |

## Civil Referral Cases Reassigned to Magistrate Judge Finnegan

| | |
|---|---|
| 1:20-cv-01514 | Johnson v. Statewide Investigative Services, Inc. |
| 1:20-cv-04947 | Kessev Tov, LLC. v. CTC, LLC and Optiver US, LLC |
| 1:22-cv-00645 | Orrington et al v. HumanaDental Insurance Company et al |
| 1:23-cv-00472 | Hilliard v. Larry et al |
| 1:23-cv-01155 | Cim Express, Inc. et al v. Trucking Circle Consultants, LLC et al |
| 1:23-cv-03320 | Su v. Bistro Wasabi, L.L.C. et al |
| 1:23-cv-05691 | Fordyce et al v. Climate Pros LLC et al |
| 1:23-cv-16814 | Weeber v. United Airlines, Inc. |

## Civil Referral Cases Reassigned to Magistrate Judge Fuentes

| | |
|---|---|
| 1:19-cv-04547 | City Of Chicago v. Smollett |
| 1:21-cv-06277 | Gibbs v. ABT Electronics, Inc. et al |
| 1:22-cv-03774 | Mason v. Martin et al |
| 1:22-cv-06891 | Mattson v. Zimmer Biomet Holdings, Inc. et al |
| 1:23-cv-00616 | Coyote Logistics, LLC v. Mountain Truck Lines Inc. |
| 1:23-cv-03056 | Everlake Life Insurance Company v. Miller et al |
| 1:23-cv-05401 | Midwest Operating Engineers Welfare Fund et al v. Industrial Resources |
| 1:23-cv-15871 | Lackland v. Walmart Inc. |

## Civil Referral Cases Reassigned to Magistrate Judge Gilbert

| | |
|---|---|
| 1:21-cv-04777 | Hawkins v. City of Harvey |
| 1:22-cv-05046 | American General Life Insurance Company v. Scaccia-Coyne et al |
| 1:22-cv-05297 | Blackwood v. Menard Inc |
| 1:22-cv-07014 | Huskey, et al v. State Farm Fire & Casualty Company |
| 1:23-cv-05029 | NuWave, LLC v. Associated Industries Insurance Co., Inc. et al |
| 1:23-cv-16107 | Bona v. Czernek et al |
| 1:23-cv-17053 | Shenzhen Lai Xing Cheng Furnishings Co., Ltd, v. Shenzhen Chenbei Tech Co., Ltd et al |

## Civil Referral Cases Reassigned to Magistrate Judge Holleb Hotaling

| | |
|---|---|
| 1:22-cv-00594 | Pipe Fitters' Retirement Fund et al v. Diversified General Contractors, Inc. et al |
| 1:22-cv-03744 | Souza v. Erie Insurance Company |
| 1:23-cv-00977 | Stacey v. AT&T Corp. et al |
| 1:23-cv-02413 | Ortiz v. Michael Robert Enterprises, Inc. d/b/a Chicago Northside Toyota |
| 1:23-cv-02968 | Middlesex Insurance Company aso General Beverage Sales Co. v. Cobalt Transport Services, Inc. et al |
| 1:23-cv-05660 | Stamper v. Manus Dental of Hyde Park, LLC |
| 1:23-cv-07948 | AmGuard Insurance Company v. Estate of Lorraine Foucher et al |
| 1:23-cv-16758 | Green v. Howard Brown Health Center |

## Civil Referral Cases Reassigned to Magistrate Judge Jantz

| | |
|---|---|
| 1:20-cv-02561 | Saint Anthony Hospital v. Eagleson |
| 1:20-cv-07083 | Thieben v. Wolf |
| 1:21-cv-05040 | United States Securities and Exchange Commission v. Collins et al |
| 1:22-cv-06141 | Rodriguez v. Guevara et al |
| 1:23-cv-04470 | Linen v. LVNV Funding LLC et al |
| 1:23-cv-05071 | Harris v. Discover Products Inc. |
| 1:23-cv-16659 | Arzola v. ALDI, Inc. |
| 1:24-cv-00191 | Bakhtiari v. Kahn et al |

## Civil Referral Cases Reassigned to Magistrate Judge Kim

| | |
|---|---|
| 1:21-cv-00305 | In re Outpatient Medical Center Employee Antitrust Litigation |
| 1:21-cv-02253 | Patel v. YRC, Inc. et al |
| 1:22-cv-03252 | Mason et al v. Warden Terry et al |

| | |
|---|---|
| 1:22-cv-06430 | Polk v. City of Chicago et al |
| 1:23-cv-02888 | Montenegro v. Roseland Community Hospital Association |
| 1:23-cv-04537 | Nicholson v. Wider Group, Inc. |
| 1:23-cv-07710 | Palmer v. Magrabar LLC |
| 1:23-cv-16472 | Annan v. AbbVie Inc. |

## Civil Referral Cases Reassigned to Magistrate Judge McShain

| | |
|---|---|
| 1:19-cv-04082 | Brown et al v. City of Chicago et al |
| 1:20-cv-03667 | Gevas v. Sheehy et al |
| 1:22-cv-02771 | Riley, et al v. Schick et al |
| 1:22-cv-05652 | Lee et al v. AAA Freight Inc. et al |
| 1:23-cv-01743 | Rivera v. Guevara et al |
| 1:23-cv-03772 | Credit Union Trust as Trustee of the Jeannette P. Osborn Trust under Trust Agreement dated December 23, 1974 et al |
| 1:23-cv-06549 | Carter v. Santander Consumer USA et al |
| 1:23-cv-06627 | Herrera v. Target Corporation |

## Civil Referral Cases Reassigned to Magistrate Judge Valdez

| | |
|---|---|
| 1:19-cv-05287 | Consolidated Chassis Management LLC et al v. Northland Insurance Company |
| 1:19-cv-08293 | Thomas v. Baldwin et al |
| 1:22-cv-05277 | Katz v. Allied First Bank, SB |
| 1:22-cv-05757 | Architectural Iron Workers' Local No. 63 Welfare Fund et al v. Legna Installers, Inc. et al |
| 1:23-cv-03069 | Gardner v. The Board of Trustees of The University of Illinois et al |
| 1:23-cv-03979 | Moore et al v. United States of America |
| 1:23-cv-15904 | Blackwell v. Experian Information Solutions, Inc. et al |
| 1:23-cv-16134 | Blair v. Origami Risk, LLC et al |

## Civil Referral Cases Reassigned to Magistrate Judge Weisman

| | |
|---|---|
| 1:20-cv-01121 | Williams et al v. State Farm Mutual Automobile Insurance Co. et al |
| 1:22-cv-02886 | Franklin et al v. Godinez et al |
| 1:22-cv-05527 | Capsa Solutions LLC v. Simplifi Medical, LLC |
| 1:23-cv-02650 | Putianshi Lichengqu Zengchangpai E-commerce Co., Ltd. v. Shuangfeng County Shuangwei Electronic Technology Co., Ltd. |
| 1:23-cv-03301 | ABC Corporation v. The Partnerships and Unincorporated Associations Identified on Schedule A |
| 1:23-cv-07090 | Draper v. McDonald Restaurants. Inc. |
| 1:23-cv-15579 | Spin Master Ltd. et al v. The Partnerships and Unincorporated Associations Identified on Schedule A |
| 1:23-cv-16003 | Joe Hand Promotions, Inc. v. Parlor Sports, Inc. et al |

**Miscellaneous Cases Reassigned to Magistrate Judge Appenteng**

1:21-mc-00678
1:23-mc-00087
1:23-mc-00711
1:23-mc-00923
1:23-mc-01046
1:24-mc-00010
1:24-mc-00009

**Miscellaneous Cases Reassigned to Magistrate Judge Cole**

1:22-mc-00621
1:22-mc-00624
1:23-mc-00725
1:23-mc-00917
1:23-mc-00920
1:23-mc-01047
1:24-mc-00007

**Miscellaneous Cases Reassigned to Magistrate Judge Finnegan**

1:22-mc-00183
1:22-mc-00410
1:23-mc-00091
1:23-mc-00104
1:23-mc-00717
1:23-mc-00719
1:23-mc-00930
1:23-mc-00931

**Miscellaneous Cases Reassigned to Magistrate Judge Fuentes**

1:22-mc-00414
1:22-mc-00844
1:23-mc-00721
1:23-mc-00723
1:23-mc-00925
1:23-mc-01044
1:24-mc-00013

**Miscellaneous Cases Reassigned to Magistrate Judge Gilbert**

1:19-mc-00160
1:22-mc-00619
1:23-mc-00367
1:23-mc-00384
1:23-mc-00921
1:23-mc-01037
1:24-mc-00008

**Miscellaneous Cases Reassigned to Magistrate Judge Holleb Hotaling**

1:22-mc-00001
1:22-mc-00620
1:23-mc-00712
1:23-mc-00724
1:23-mc-00919
1:23-mc-01039
1:24-mc-00006

**Miscellaneous Cases Reassigned to Magistrate Judge Jantz**

1:20-mc-00574
1:22-mc-00411
1:23-mc-00090
1:23-mc-00706
1:23-mc-00720
1:23-mc-00929
1:23-mc-01040

**Miscellaneous Cases Reassigned to Magistrate Judge Kim**

1:21-mc-00267
1:22-mc-00409
1:23-mc-00709
1:23-mc-00718
1:23-mc-00918
1:23-mc-00922
1:23-mc-00926

**Miscellaneous Cases Reassigned to Magistrate Judge McShain**

1:20-mc-00573
1:22-mc-00002
1:23-mc-00107
1:23-mc-00704
1:23-mc-00716
1:23-mc-01036
1:23-mc-01041

**Miscellaneous Cases Reassigned to Magistrate Judge Valdez**

1:18-mc-00406
1:22-mc-00622
1:23-mc-00373
1:23-mc-00856
1:23-mc-01038
1:23-mc-01045
1:24-mc-00005

## Miscellaneous Cases Reassigned to Magistrate Judge Weisman

1:19-mc-00161
1:22-mc-00623
1:23-mc-00369
1:23-mc-00406
1:23-mc-00857
1:23-mc-00924
1:24-mc-00012