UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Jacqueline Huskey, et al.

                                  Plaintiff,

v.                                                 Case No.: 1:22–cv–07014
                                                         Honorable Jeffrey I Cummings

State Farm Fire & Casualty Company

                                  Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Monday, April 8, 2024:

        MINUTE entry before the Honorable Jeffrey T. Gilbert: This case has been reassigned to Magistrate Judge Gilbert. The 5/20/24 deadline for the filing of an updated status report on discovery and settlement discussions [81] shall stand. A telephone status hearing is set for 5/23/24 at 10:00 a.m. The call–in number for the status hearing is 650–479–3207 and the access code is 180 946 2499#. Press # to bypass the Attendee ID number. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Mailed notice(ber, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.