# **EXHIBIT 10**

| | |
|---|---|
| **From:** | David Tracey |
| **To:** | Sondra Hemeryck; Albert Powell; Joseph Cancila; Patricia Holmes; Lauren Abendshien; Sarah Finch |
| **Cc:** | Huskey v. State Farm |
| **Subject:** | RE: [EXTERNAL EMAIL] Third-Party Subpoenas |
| **Date:** | Tuesday, April 2, 2024 3:58:34 PM |
| **Attachments:** | image001.png |

Sondra:

The subpoenas are entirely appropriate. We disagree with your objections to and characterizations of them.

We are available to meet and confer on Friday, April 5 from 10:30-11:30pm CT or 1-2pm CT. Please let us know what works on your end.

Best,

David

## David Tracey (he/him/his)

***Firm Managing Partner and Public Interest Litigation Practice Group Co-Chair, bio***

17 State Street, 37th Floor, New York, NY 10004
**DIRECT:** 646-402-5667 | **MAIN:** 646-402-5650



**New York**
**Washington, DC**
**San Francisco**
**Palo Alto**
**Baltimore**
**Nashville**
**San Diego**

**DISCLAIMER**: The email above is intended only for the professional and/or personal use of the recipient(s) identified. This email may include attorney-work product and may be an attorney-client communication and as such privileged and confidential. If you have received this email in error, delete the original email and any copies of it and please notify me immediately. You may not review, copy, or distribute this email if you are not an intended recipient.

**From:** Sondra Hemeryck <Shemeryck@rshc-law.com>
**Sent:** Tuesday, April 2, 2024 2:27 PM
**To:** Albert Powell <apowell@sanfordheisler.com>; Joseph Cancila <jcancila@rshc-law.com>; Patricia Holmes <pholmes@rshc-law.com>; Lauren Abendshien <LAbendshien@rshc-law.com>; Sarah Finch <SFinch@rshc-law.com>
**Cc:** Huskey v. State Farm <HuskeyMatter@sanfordheisler.com>
**Subject:** RE: [EXTERNAL EMAIL] Third-Party Subpoenas

―――*EXTERNAL EMAIL*―――

Counsel,

Please be advised that State Farm objects to Plaintiffs' subpoenas on the grounds that they directly violate the Court's order on phased discovery, are unreasonably cumulative and duplicative, and infringe upon State Farm's legitimate interests. Please provide us with times on April 4 or 5 when you are available to meet and confer regarding the subpoenas.

Sincerely,

Sondra


Sondra A. Hemeryck
**Riley Safer Holmes & Cancila LLP**
Three First National Plaza
70 W. Madison Street, Suite 2900
Chicago, Illinois 60602
(312) 471-8724
shemeryck@rshc-law.com
www.rshc-law.com



**From:** Albert Powell <apowell@sanfordheisler.com>
**Sent:** Wednesday, March 27, 2024 11:21 AM
**To:** Sondra Hemeryck <Shemeryck@rshc-law.com>; Joseph Cancila <jcancila@rshc-law.com>; Patricia Holmes <pholmes@rshc-law.com>; Lauren Abendshien <LAbendshien@rshc-law.com>; Sarah Finch <SFinch@rshc-law.com>
**Cc:** Huskey v. State Farm <HuskeyMatter@sanfordheisler.com>
**Subject:** [EXTERNAL EMAIL] Third-Party Subpoenas

Counsel,
Please see attached copies of third-party subpoenas to: Crawford & Company, Duck Creek Tech., Eberl Claims Services, E.A. Renfroe & Company, Salesforce Inc., Symbility Solutions Corp., and Verisk Analytics, Inc.

## Albert Powell

*Staff Attorney,* *bio*

17 State Street, 37th Floor, New York, NY 10004
**DIRECT:** 646-402-5648 | **MAIN:** 646-402-5650

> **New York**
> **Washington, DC**
> **San Francisco**



**Palo Alto**

**Baltimore**

**Nashville**

**San Diego**

**DISCLAIMER**: The email above is intended only for the professional and/or personal use of the recipient(s) identified. This email may include attorney-work product and may be an attorney-client communication and as such privileged and confidential. If you have received this email in error, delete the original email and any copies of it and please notify me immediately. You may not review, copy, or distribute this email if you are not an intended recipient.

CONFIDENTIALITY NOTE: This e-mail is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this e-mail message is not the intended recipient, or the employee or agent responsible for delivery of the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is prohibited. If you have received this e-mail in error, please notify us immediately by telephone at (312) 471-8700 and also indicate the sender's name. Thank you.