# EXHIBIT 11

| Discovery Request to State Farm | Include Documents Requested In |
|---|---|
| RFP 4 - All Documents, Communications, and Information concerning State Farm's use of any product or service provided by Verisk – including but not limited to Insurance Service Office (ISO), Xactware, ClaimXperience, ClaimSearch, XactAnalysis, Xactimate – to identify, sort, screen, label, route, track, estimate, or categorize Homeowners Insurance policyholders or claims in any manner that affects or influences how State Farm processes Homeowners Insurance claims, including the speed with which State Farm processes and/or adjusts such claims; the amount and nature of Documentation or proof State Farm requests in connection with such claims; the number of interactions State Farm employees or agents have with the claimant; and the likelihood that such claim is identified as "high touch," complex, potentially fraudulent, or directed to Special Investigation Unit (SIU) or law enforcement. | Verisk Subpoena Request Nos. 2-7. (Exhibit 7.) |
| RFP 5 - All contracts, Agreements, understandings, and/or Memoranda concerning State Farm's use of Verisk's products or services – including but not limited to Insurance Service Office (ISO), Xactware, ClaimSearch, ClaimXperience, XactAnalysis, Xactimate – to sort, screen, label, route, track, or categorize Homeowners Insurance policyholders or claims in any manner that affects or influences how State Farm processes Homeowners Insurance claims. | Verisk Subpoena Request No. 1. (Exhibit 7.) |
| RFP 6 - All Documents, Communications, and Information concerning State Farm's operation, management, and/or use of any product or service offered by Verisk – including but not limited to Insurance Service Office (ISO), Xactware, ClaimSearch, ClaimXperience, XactAnalysis, Xactimate – to  assist in the identification of claims as "high touch," complex, potentially fraudulent or for direction to the SIU or law enforcement. | Verisk Subpoena Request Nos. 6-7. (Exhibit 7.) |
| RFP 7 – All Documents, Communications, and Information concerning any product or service offered by Verisk – including but not limited to Insurance Service Office (ISO), Xactware, ClaimSearch, ClaimXperience, XactAnalysis, Xactimate – that has any influence on the amount of review, Documentation, investigation, and/or evaluation that State Farm conducts on a given claim. | Verisk Subpoena Request Nos. 6-7. (Exhibit 7.) |
| RFP 8 - All Documents, Communications, and Information concerning State Farm's use of any product or service offered by Duck Creek– including but not limited to claim management, fraud-detection, data enrichment, and rule-driven automation,– to identify, sort, screen, label, route, track, estimate, or categorize Homeowners Insurance policyholders or claims in any manner that affects or influences how State Farm processes Homeowners Insurance claims, including the speed with which State Farm processes and/or adjusts such claims; the amount and nature of Documentation or proof State Farm requests in connection with such claims; the number of interactions State Farm employees or agents have | Duck Creek Subpoena Request Nos. 2-7. (Exhibit 2.) |

| | |
|---|---|
| with the claimant; and the likelihood that such claim is identified as "high touch," complex, potentially fraudulent, or directed to Special Investigation Unit (SIU) or law enforcement. | |
| RFP 9 - All contracts, Agreements, understandings, and/or Memoranda concerning State Farm's use of any product or service provided by Duck Creek– including but not limited to claim management, fraud-detection, data enrichment, and rule-driven automation – to identify, sort, screen, label, route, track, estimate, or categorize Homeowners Insurance policyholders or claims in any manner that affects or influences how State Farm processes Homeowners Insurance claims. | Duck Creek Subpoena Request No. 1. (Exhibit 2.) |
| RFP 10 -All Documents, Communications, and Information concerning State Farm's operation, management, and/or use of any product or service offered by Duck Creek to assist in the identification of claims as "high touch," complex, potentially fraudulent, or for direction to the SIU or law enforcement. | Duck Creek Subpoena Request Nos. 6-7. (Exhibit 2.) |
| RFP 11 - All Documents, Communications, and Information concerning any product or service offered by Duck Creek that has any influence on the amount of review, Documentation, investigation, and/or evaluation that State Farm conducts on a given claim. | Duck Creek Subpoena Request Nos. 6-7. (Exhibit 2.) |
| RFP 12 - All Documents, Communications, and Information concerning State Farm's use of any product or service offered by Salesforce to identify, sort, screen, label, route, track, estimate, or categorize Homeowners Insurance policyholders or claims in any manner that affects or influences how State Farm processes Homeowners Insurance claims, including the speed with which State Farm processes and/or adjusts such claims; the amount and nature of Documentation or proof State Farm requests in connection with such claims; the number of interactions State Farm employees or agents have with the claimant; and the likelihood that such claim is identified as "high touch," complex, potentially fraudulent, or directed to Special Investigation Unit (SIU) or law enforcement. | Sales Force Subpoena Request Nos. 2-7. (Exhibit 5.) |
| RFP 13 - All contracts, Agreements, understandings, and/or Memoranda concerning State Farm's use of any product or service provided by Salesforce to identify, sort, screen, label, route, track, estimate, or categorize Homeowners Insurance policyholders or claims in any manner that affects or influences how State Farm processes Homeowners Insurance claims. | Sales Force Subpoena Request No. 1. (Exhibit 5.) |
| RFP 14 - All Documents, Communications, and Information concerning State Farm's operation, management, and/or use of any product or service offered by Salesforce to assist in the identification of claims as "high touch," complex, potentially fraudulent, or for direction to the SIU or law enforcement. | Sales Force Subpoena Request Nos. 6-7. (Exhibit 5.) |
| RFP 15 - All Documents, Communications, and Information concerning any product or service offered by Salesforce that has any influence on the amount of review, Documentation, investigation, and/or evaluation that State Farm conducts on a given claim | Sales Force Subpoena Request Nos. 6-7. (Exhibit 5.) |

| | |
|---|---|
| RFP 16 - All Documents, Communications, and Information concerning State Farm's use of Crawford & Company's claims adjusting system, including but not limited to its Trulook system, to identify, sort, screen, label, route, track, estimate, or categorize Homeowners Insurance policyholders or claims in any manner that affects or influences how State Farm processes Homeowners Insurance claims, including the speed with which State Farm processes and/or adjusts such claims; the amount and nature of Documentation or proof State Farm requests in connection with such claims; the number of interactions State Farm employees or agents have with the claimant; and the likelihood that such claim is identified as "high touch," complex, potentially fraudulent, or directed to Special Investigation Unit (SIU) or law enforcement. | Crawford & Co. Subpoena Request Nos. 2-7. (Exhibit 1.) |
| RFP 17 - Any Documents, contracts, Agreements, understandings, and/or Memoranda concerning State Farm's use of Crawford & Company's claims adjusting system, including but not limited to its Trulook system, to identify, sort, screen, label, route, track, estimate, or categorize Homeowners Insurance policyholders or claims in any manner that affects or influences how State Farm processes Homeowners Insurance claims | Crawford & Co. Subpoena Request No. 1. (Exhibit 1.) |
| RFP 18 - All Documents, Communications, and Information concerning State Farm's operation, management, and use of any product or service offered by Crawford & Company's claims adjusting system, including but not limited to its Trulook system, to assist in the identification of claims as "high touch," complex, potentially fraudulent, or for direction to the SIU or law enforcement. | Crawford & Co. Subpoena Request Nos. 6-7. (Exhibit 1.) |
| RFP 19 - All Documents, Communications, and Information concerning any product or service offered by Crawford & Company's claims adjusting system, including but not limited to its Trulook system, that has any influence on the amount of review, Documentation, investigation, and/or evaluation that State Farm conducts on a given claim. | Crawford & Co. Subpoena Request Nos. 6-7. (Exhibit 1.) |
| RFP 20 - All Documents, Communications, and Information concerning State Farm's use of any product or service provided by Eberl—including but not limited to catastrophe response, daily claims, desk adjusting solutions, training services, managed repair program, and customized solutions—to identify, sort, screen, label, route, track, estimate, or categorize Homeowners Insurance policyholders or claims in any manner that affects or influences how State Farm processes Homeowners Insurance claims, including the speed with which State Farm processes and/or adjusts such claims; the amount and nature of Documentation or proof State Farm requests in connection with such claims; the number of interactions State Farm employees or agents have with the claimant; and the likelihood that such claim is identified as "high touch," complex, potentially fraudulent, or directed to Special Investigation Unit (SIU) or law enforcement. | Eberl Subpoena Request Nos. 2-7. (Exhibit 3.) |
| RFP 21 - Any Documents, contracts, Agreements, understandings, and/or Memoranda concerning State Farm's use of any product or service provided by Eberl to provide claims services including but not limited to | Eberl Subpoena Request No. 1. (Exhibit 3.) |

| | |
|---|---|
| – catastrophe response, daily claims, desk adjusting solutions, training services, managed repair program, and customized solutions – to identify, sort, screen, label, route, track, estimate, or categorize Homeowners Insurance policyholders or claims in any manner that affects or influences how State Farm processes Homeowners Insurance claims. | |
| RFP 22 - All Documents, Communications, and Information concerning State Farm's operation, management, and use of any product or service afforded by Eberl to assist in the identification of claims as "high touch," complex, potentially fraudulent, or for direction to the SIU or law enforcement. | Eberl Subpoena Request Nos. 6-7. (Exhibit 3.) |
| RFP 23 - All Documents, Communications, and Information concerning any product or service offered by Eberl that has any influence on the amount of review, Documentation, investigation, and/or evaluation that State Farm conducts on a given claim. | Eberl Subpoena Nos. 6-7. (Exhibit 3.) |
| RFP 24 - All Documents, Communications, and Information concerning State Farm's use of any product or service provided by Renfroe, including but not limited to its ClaimSentinel Program, to identify, sort, screen, label, route, track, estimate, or categorize Homeowners Insurance policyholders or claims in any manner that affects or influences how State Farm processes Homeowners Insurance claims, including the speed with which State Farm processes and/or adjusts such claims; the amount and nature of Documentation or proof State Farm requests in connection with such claims; the number of interactions State Farm employees or agents have with the claimant; and the likelihood that such claim is identified as "high touch," complex, potentially fraudulent, or directed to Special Investigation Unit (SIU) or law enforcement. | Renfroe Subpoena Request Nos. 2-7. (Exhibit 4.) |
| RFP 25 - All contracts, Agreements, understandings, and/or Memoranda concerning State Farm's use of any product or service provided by Renfroe, including but not limited to its ClaimSentinel Program, to identify, sort, screen, label, route, track, estimate, or categorize Homeowners Insurance policyholders or claims in any manner that affects or influences how State Farm processes Homeowners Insurance claims. | Renfroe Subpoena Request No. 1. (Exhibit 4.) |
| RFP 26 - All Documents, Communications, and Information concerning State Farm's operation, management, and use of any product or service offered by Renfroe, including but not limited to its ClaimSentinel Program, to assist in the identification of claims as "high touch," complex, potentially fraudulent, or for direction to the SIU or law enforcement. | Renfroe Subpoena Request Nos. 6-7. (Exhibit 4.) |
| RFP 27 - All Documents, Communications, and Information concerning any product or service offered by Renfroe, including but not limited to its ClaimSentinel Program, that has any influence on the amount of review, Documentation, investigation, and/or evaluation that State Farm conducts on a given claim. | Renfroe Subpoena Request Nos. 6-7. (Exhibit 4.) |