# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Jacqueline Huskey, et al.

                              Plaintiff,

v.                                                           Case No.: 1:22–cv–07014

                                                                       Honorable Jeffrey I Cummings

State Farm Fire & Casualty Company

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 11, 2024:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: The Court sets the following briefing schedule on Defendant's Motion for Protective Order [84]: Plaintiffs' response is due 4/25/24; and Defendant's reply is due 5/6/24. The third–party subpoenas that Plaintiffs have served on Crawford & Company, Duck Creek Technologies Inc., Eberl Claims Service LLC, E.A. Renfroe & Company, Inc., Salesforce Inc., Symbility Solutions Corp., and Verisk Analytics, Inc. are temporarily stayed pending ruling on Defendant's Motion for Protective Order [84]. The third–party subpoena recipients need not respond to the subpoenas until further order of the Court, and Plaintiffs shall provide Crawford & Company, Duck Creek Technologies Inc., Eberl Claims Service LLC, E.A. Renfroe & Company, Inc., Salesforce Inc., Symbility Solutions Corp., and Verisk Analytics, Inc. with a copy of this Order by 4:00 pm on 4/12/24. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.