# EXHIBIT A

## CHART OF EQUIVOCATIONS



| State Farm Denies Using Algorithmic Tools … | … But Discovery Shows State Farm Uses Algorithmic Vendors and Tools … | …The Algorithmic Vendors Provide (At Least) the Following Services |
|---|---|---|
| ➔ At a status hearing before Judge Harjani<br><br>"There is **no algorithmic decision-making tool**, no machine learning, no artificial intelligence, that State Farm uses to screen claims to decide are they potentially fraudulent, are they high touch, are they low touch, are they – there's no such thing. It's a complete fiction."[1]<br><br>➔ In responses to Plaintiffs' discovery requests<br><br>"State Farm **did not use** in connection with Plaintiffs' | ▇▇▇▇▇▇▇ is referenced:<br>• 88 times in Plaintiff Huskey's claim file;<br>• 466 times in Plaintiff Wynn's claim file; and<br>• 339 times in ▇▇▇▇▇'s[8] claim file.<br><br>▇▇▇▇▇▇▇ is referenced:<br>• 10 times in Huskey's file;<br>• 21 times in Wynn's file; and<br>• 14 times in ▇▇▇▇▇ file.<br><br>Each claim file contains a ▇▇▇▇▇▇. | ▇▇▇▇▇▇▇ "Searches on name and address use **sophisticated algorithms** to identify related claims" and create ▇▇▇▇▇▇[11]<br><br>"Information from ▇▇▇▇▇ speeds payment of meritorious claims while providing a defense against fraud and can lead to . . . further investigation."[12]<br><br>"If claim status is green, consider fast-tracking. Yellow claims with matches may need a quick review—or more. . . . Red claims with alerts may need to be slowed down for evaluation and possibly referred to SIU [for fraud investigation]."[13] |

---

[1] Feb. 22, 2024 Status Hearing, Dkt. 85-8, 16:5-16:9.
[8] ▇▇▇▇▇ is Plaintiff Wynn's white neighbor. She filed a claim with State Farm for similar damage to her home resulting from the same storm that damaged Plaintiff Wynn's home, and her claim was resolved approximately three months earlier. Pl's First Amend. Compl. ("FAC"), Dkt. 23, at ¶ 12.
[11] ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ (last visited Apr. 25, 2024). The tool can also "run claimants' information" through "other data sources" (for example, foreclosure databases, weather reports, vehicle databases, social media services)." *Id.*
[12] ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
[13] ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ (last visited Apr. 22, 2024).

1

| | | |
|---|---|---|
| insurance claims that are the subject of this case any computer-based or automated tool that uses statistics, data analytics, machine learning, deep learning, natural language processing, artificial intelligence, or any other data science tools or concepts to predict outcomes or assist with decision-making."[2]<br><br>"Plaintiffs' lawsuit alleges (**albeit incorrectly**) that State Farm uses "algorithmic decision-making tools" in its Homeowners Insurance claim handling."[3]<br><br>"State Farm further objects . . . on the ground that **there were no "tools"** used in connection with the insurance claims of Plaintiffs that the subject of this case that were 'trained' as State Farm | ▇▇▇▇▇▇ is referenced:<br>• 3 times in Wynn's file.<br><br><br><br>▇▇▇▇▇▇ is referenced:<br>• Once in Huskey's file and<br>• 4 times in Wynn's file.<br><br><br><br>▇▇▇▇▇▇ is referenced:<br>• 33 times in Huskey's file;<br>• 114 times in Wynn's file;<br>• 92 times in ▇▇▇▇▇▇ file. | ▇▇▇▇▇▇ Enables insurers to "track the entire lifecycle of a claim."[14] ▇▇▇▇▇▇ employs "**AI and machine learning** to help [insurers] search for and discover crucial data patterns."[15]<br><br>▇▇▇▇▇▇ Uses "image analytics and **automation**" to "analyze images (including metadata) to indicate instances of possible fraudulent activity."[16] Integrates with ▇▇▇▇▇▇ to "**set up rules** [and] alert[s]" and "tailor the rules for different [ ] claims."[17]<br><br>▇▇▇▇▇▇ "With comprehensive and flexible features, ▇▇▇▇▇▇ makes estimating property claims more efficient."[18] |

---

[2] Ex. D, Excerpted Resp. to Pls' Second RFPs, Reqs. 4-5.
[3] *Id.* at Reqs. 4-6 and 8-10.
[14] ▇▇▇▇▇▇ (last visited Apr. 25, 2024).
[15] ▇▇▇▇▇▇ (Aug. 31, 2020).
[16] ▇▇▇▇▇▇ (last visited Apr. 24, 2024).
[17] ▇▇▇▇▇▇ (last visited Apr. 24, 2024).
[18] ▇▇▇▇▇▇ (last visited Apr. 24, 2024).

| | | |
|---|---|---|
| understands Plaintiffs to be using that term."[4] | • 101 times in Wynn's file and<br>• 7 times in ▇▇▇ file. | "▇▇▇ uses **AI and machine learning** in multiple ways, including to examine first notice of loss (FNOL) data, which [ ] can result in a better triage of claims."[19] |
| ➔ **In its Answer to Plaintiffs' First Amended Complaint**<br><br>"State Farm . . . **denies that it uses algorithmic decision-making tools** in claims handling as alleged by Plaintiffs . . . ."[5]<br><br>"State Farm . . . **denies that it uses algorithmic decision-making** tools to triage and process homeowners insurance claims . . . ."[6] | • 29 times in Wynn's file.<br><br>• 137 times in ▇▇▇ file.<br><br>▇▇▇ **(integrates with** ▇▇▇**)**<br>• 42 times in Wynn's file and<br>• 4 times in Huskey's file. | Offers "**advanced metrics reporting and data analysis capabilities**."[20]<br><br>Offers "[t]echnology & data-driven, **customized automation**, & robust reporting dashboards."[21]<br><br>▇▇▇ **AI Capabilities**: Uses a "**rules based engine**" to "automatically prioritize[ ] and surface[ ] important information and next steps, as they're needed, for each individual helping to resolve a claim."[22]<br><br>**Integration with** ▇▇▇ "Rapid, Seamless Integration: Alacrity reporting systems integrate with all major claims platforms, including [ ] ▇▇▇[23] |

---

[4] Ex. D, Excerpted Resp. to Pls' Second RFPs, Reqs. 4.
[5] Answer to Pls' First Amend. Compl. ("Def's Answer"), Dkt. 59, at ¶¶ 45-47, 53-55.
[6] *Id.* at ¶ 62.
[19] ▇▇▇
[20] ▇▇▇ last visited Apr. 24, 2024).
[21] ▇▇▇ (last visited Apr. 24, 2024).
[22] ▇▇▇ (last visited Apr. 25, 2024).
[23] ▇▇▇ (last visited Apr. 25, 2024).

3

| | **Salesforce** | **Salesforce** |
|---|---|---|
| "State Farm admits that it utilizes certain applications provided by **Salesforce's** Financial Services Cloud but **denies** that any of those applications involve **'insurance claims automation.'**"[7] | Salesforce announced in 2018 that State Farm would use Salesforce services including the **Financial Services Cloud**, and **Service Cloud** to give State Farm agents "a complete view of the customer and **automatically create an intelligent action plan** that helps them prioritize their tasks."[9] | **Financial Services Cloud:** "[U]nlocks data from core banking, wealth, and insurance platforms" and allows users to "[a]ctivate data to personalize engagement using purpose-built automation with **industry-specific AI**."[24] <br><br> **Service Cloud:** Empowers customers to "[r]eimagine service with **trusted AI**."[25] Built on the Einstein 1 platform, which "empowers IT, admins, and developers with an extensible **AI platform**, facilitating fast development of generative apps and **automation**."[26] |
| | **Duck Creek** <br> "State Farm states that it previously utilized a first notice of loss data collection tool licensed from Duck Creek but it has not had any relationship with Duck Creek since 2020."[10] | **Duck Creek** <br> Offers "comprehensive insurance claims management software" that offers "**rule-driven automation**," uses "data enrichment to automate processes," and "deploy[s] **predictive models** or rules-based decisioning to support low- or no-touch claims processing."[27] <br><br> **Salesforce/Duck Creek Integration:** "Duck Creek core insurance processes and pre-built content to be delivered natively into a Salesforce user interface, enabling carriers to take advantage of . . . **end-to-end automation**."[28] |

---

[7] *Id.* at ¶ 37.
[9] *State Farm Collaborates with Salesforce to Transform Customer Experience and Empower Customers to Communicate on Their Terms*, SALESFORCE INC. (last visited Apr. 25, 2024).
[10] Def's Answer at ¶ 37.
[24] *Financial Services Cloud*, SALESFORCE INC. (last visited Apr. 25, 2024).
[25] *Reimagine service with trusted AI*, SALESFORCE INC. (last visited Apr. 24, 2024).
[26] *Introducing the Einstein 1 Platform*, SALESFORCE INC. (last visited Apr. 24, 2024).
[27] *Duck Creek Claims*, DUCK CREEK TECH. INC. (last visited Apr. 24, 2024).
[28] *Duck Creek Technologies Announces Duck Creek for Salesforce on Salesforce AppExchange, the World's Leading Enterprise Apps Marketplace*, GLOBAL NEWSWIRE (last visited Apr. 24, 2024).