# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **Jacqueline Huskey and Riian Wynn, on behalf of themselves and all others similarly situated,** <br><br> *Plaintiffs*, <br><br> v. <br><br> **State Farm Fire & Casualty Company,** *Defendant*. | Case No.: 22-cv-7014 <br><br> Hon. Jeffrey I. Cummings <br><br> Magistrate Judge Jeffrey T. Gilbert |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE REDACTED DOCUMENTS

Plaintiffs, by and through undersigned counsel, hereby move for leave to file redacted versions of (1) their Memorandum of Law in Opposition to Defendants' Motion for Protective Order (Dkt.84), and (2) certain documents in support, for the reasons set forth below.

1. In connection with their Opposition, Plaintiffs submit a Memorandum of Law and Exhibits.

2. The Memorandum of Law cites information from discovery responses and certain documents produced in discovery that Defendant State Farm Fire and Casualty Company ("State Farm") has designated as Confidential.

3. Pursuant to paragraph 7 of the Confidentiality Order agreed to by parties and entered by this Court on November 13, 2023 (Dkt. 65), "Any party wishing to file a document designated as Confidential Information in connection with a motion, brief or other submission to the Court must comply with Local Rule 26.2."

4. Due to State Farm's above-referenced confidentiality designations, Plaintiffs file the following redacted document contemporaneous with their Opposition to Defendant's Motion

for a Protective Order: a redacted Memorandum of Law, a redacted Exhibit A, and a redacted Exhibit E.

5. In accordance with the Confidentiality Order and Local Rule 26.2, Plaintiffs are provisionally filing under seal unredacted versions of Plaintiff's Memorandum of Law, Exhibit A, and Exhibit E, thereto.

6. Except for the name of a non-party (Plaintiff Huskey's neighbor), Plaintiffs do not take the position that information contained in the above-cited materials meets the criteria for sealing of materials in connection with motions before the Court, as set forth in Paragraph 7 of the Confidentiality Order. Dkt. 65. As for the name of Plaintiff Huskey's neighbor, Plaintiffs submit that it is appropriate for privacy reasons to protect her name from public disclosure at the time. *Id.* at ¶ 2 (noting that "information relating to individual State Farm policyholders" can be marked as Confidential).

7. Apart from the name of Plaintiff Huskey's neighbor, State Farm bears the burden to establish good cause as to why the remaining information should be remain redacted and sealed. *Citizens First Nat'l Bank v. Cincinnati Ins. Co.*, 178 F.3d 943 (7th Cir. 1999).

8. However, pursuant to the Confidentiality Order's instruction to file such documents provisionally under seal (Dkt. 65 ¶ 7), Plaintiffs submit this motion for leave to file under seal.

Dated: April 25, 2024

/s/ David Tracey

**SANFORD HEISLER SHARP, LLP**
David Tracey (*Pro Hac Vice*)
Albert Powell (*Pro Hac Vice*)
Sharon Kim (*Pro Hac Vice*)
17 State Street, 37th Floor
New York, NY 10004
Phone: (646) 402-5667

dtracey@sanfordheisler.com
apowell@sanfordheisler.com
sharonkim@sanfordheisler.com

**FAIRMARK PARTNERS, LLP**
Alexander Rose (*Pro Hac Vice*)
Jamie Crooks (*Pro Hac Vice*)
Michael Lieberman (*Pro Hac Vice*)
1001 G Street, NW, Ste. 400E
Washington, DC 20001
Phone: (301) 458-0564
alexander@fairmarklaw.com
jamie@fairmarklaw.com
michael@fairmarklaw.com

**CENTER ON RACE, INEQUALITY, AND THE LAW AT NEW YORK UNIVERSITY SCHOOL OF LAW**
Deborah N. Archer (*Pro Hac Vice*)
Jason D. Williamson (*Pro Hac Vice*)
139 MacDougal Street
New York, NY 10012
Phone: (212) 998-6882
deborah.archer@nyu.edu
jason.williamson@nyu.edu

*Counsel for Plaintiffs and the Proposed Class*