## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Jacqueline Huskey, et al.

                                        Plaintiff,

v.                                                          Case No.: 1:22–cv–07014
                                                            Honorable Jeffrey I Cummings

State Farm Fire & Casualty Company

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 26, 2024:

    MINUTE entry before the Honorable Jeffrey T. Gilbert: Plaintiffs' Motion for Leave to File Redacted Documents [89] is granted. Plaintiffs are given leave to file their Memorandum of Law in Opposition to Defendants' Motion for Protective Order (Dkt.84), and certain documents in support under seal. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.