# EXHIBIT C



**State Farm**

RBZ00015
State Farm Fire and Casualty Company

# Fire Claim File Print
# General Information

Route To:

## BASIC CLAIM INFORMATION

Claim Number: 13-22M0-03F
Date of Loss: 06-12-2021
Policy Number: 73-K2-G454-4
Named Insured: HUSKEY, JACQUELINE

## REPORTING INFORMATION

Function/Area/Environment
Determined By: Rules Engine
FAE: WCCS Property Ownership

Recorded By
Name: Pearl Gay (VAB9DU)
Phone:
User Type: LIT

Reporting Agent
Name:
Agent Code:
Phone:

Reporting Method
System: HAART
Workflow: Catastrophe

## FACTS OF LOSS

Date of Loss: 06-12-2021
Time of Loss:
Date Reported: 07-22-2021
Date/Time Recorded: 07-22-2021 - 11:40 AM CDT
Facts of Loss: Final: Hail and wind damaged roof, gutters. interior leaks in 2 bathrooms. One bathroom has damage to ceiling and wall, the 2nd bathroom has damage to ceiling only. There are no damages to siding. Damage to detached garage roof.
Probable Cause: Hail
Stolen Property:
Severity: 2 : Moderate Damage

Claim Group
Claim Group: Catastrophe LH, Wind - IL, PA

Location of Loss
Location Description:
Street(s): ███████
City: MATTESON
County:
State/Prov: Illinois
Zip/Postal: 60443-2883
Country: United States

## CLAIM DETAILS

Product Line: Fire
Fatality Exists:
Liability:
Policy Type: Mobile/Manufactured Homeowners
Record Only:
AMR/ISO: Yes
Claim File Type: Regular
SIU:
TIPP:

Date: 01-06-2023
Page 1
STATE FARM CONFIDENTIAL INFORMATION
Distribution on a Business Need to Know Basis Only
SFHUSKEY_CF00000002PROD
CONFIDENTIAL

FIRE  Claim Number: 13-22M0-03F  RBZ00015

```
Named Insured(s)
  37 / 001 Wtr/Frz Bldg
    CH -    WCCS Stewardship Office              Status:  Complete - 08-12-2021
    CSA -   Fire Claims Support Unit
    MGR -   MGR WCCS Stwd Shared Manager Team
    ACH -   Joshua R Smith (VAAZKU)
    ACHMGR - Kosior, Carol IL ECR Alacrity WD Manager Team
  JACQUELINE HUSKEY(Named Insured)
```

## POLICY DETAILS

### Policy Information

| | |
|---|---|
| Policy Region: 01-ILLINOIS | Effective Date: 09-22-2020 |
| Company: State Farm Fire and Casualty Company | Expiration Date: 09-22-2021 |
| Policy Number: 73-K2-G454-4 | Cancel Effective Date: |
| Policy Type: MANUF HOME | Coverage Cease Date: |
| Policy Source: PMR/FMR | ReinstateDate: |
| Agent Name: WEISSENHOFER, RICHARD A | Agent Code: 6532 |
| Preferred Name: RICK | Phone: (630) 554-5277 |

### Messages

Status:
Regional: MDT 10/30/20 CDT 12/08/20 EPD DUE TO LOUI

### Insured Information

Insured Name: HUSKEY, JACQUELINE
Address: ■ ■
MATTESON IL 604432883                            Location:

## ADDITIONAL POLICY DETAILS

### Claim History

| Claim Number | Date of Loss | COL | Catastrophe | Comment Cd | RCB Paid |
|---|---|---|---|---|---|

### Additional Details

| | | |
|---|---|---|
| PACE: -444.6 | Trans: +8 | Policy Assigned Date: |
| City: 041 | Reinsurance: | Self Retained: |
| County: 016 | Coinsurance %: | Activity Date: 11-09-2020 |
| Year Issued: 2020 | FEIN: | Insurance to Value Rate %: |
| Year Built: 2000 | SEIN: | IV: |
| Term: 98 | Wood/Coal: No | Underlying Auto Liability: |

### Roof Information

Type:
Coverage Code:
Hail Resistive Class:                 Installation Date: 01 - 2000

## ADDITIONAL INTERESTS & NOTES

Additional Interest: 0

Type of Interest:                                 Name:

Date: 01-06-2023                                                                 Page 6
STATE FARM CONFIDENTIAL INFORMATION
Distribution on a Business Need to Know Basis Only
SFHUSKEY_CF00000007PROD

CONFIDENTIAL

For: Payment Number: 101009743J
    Financial Change: Payment Status
From: Outstanding
To: Paid
For: Payment Number: 101031132J

06-12-2021 11:40 AM CDT    Performer: Keith, Kyle    Office: WDILCWOC
    Financial Change: COL Status
From: OPN
To: PD
For: 37 / 001 / Named Insured(s)
    Financial Change: Pay Code
From: 2 - Partial
To: 1 - Final
For: Named Insured(s) / 37 / 001 / Payment Number : 101009743J

### File History - Performer Changes

12-16-2022 - 2:15 PM CST    Performer: System    Office: CORPSYS
    Performer Change: Multiple Reassignment - Performer to Performer
From: ACHMGR - Skeen, Bryan IL ECR Alacrity WD Manager Team (08/27/2021 - 12/16/2022)
To: ACHMGR - Kosior, Carol IL ECR Alacrity WD Manager Team
For: 13-22M0-03F/Named Insured(s) /37/001-Wtr/Frz Bldg

08-22-2022 - 3:39 PM CDT    Performer: System    Office: CORPSYS
    Performer Change: Multiple Reassignment - Performer to Performer
From: CO - Jahfee Lacy (09/17/2021 - 08/22/2022);MGR - MGR WCCS Stwd VM CNC Manager Team H8 (12/13/2021 - 08/22/2022)
To: CO - WCCS Stewardship Office;MGR - MGR WCCS Stwd Shared Manager Team
For: 13-22M0-03F
    Claim Reassignment Task suppressed - Claim is not in Open/Reopened status

08-22-2022 - 3:39 PM CDT    Performer: System    Office: CORPSYS
    Performer Change: Multiple Reassignment - Performer to Performer
From: CH - Jahfee Lacy (09/17/2021 - 08/22/2022);MGR - MGR WCCS Stwd VM CNC Manager Team H8 (12/13/2021 - 08/22/2022)
To: CH - WCCS Stewardship Office;MGR - MGR WCCS Stwd Shared Manager Team
For: 13-22M0-03F/Named Insured(s) /37/001-Wtr/Frz Bldg
    Assignment Reassignment Task suppressed - Assignment is not in Open/Reopened status

12-13-2021 - 10:42 AM CST    Performer: System    Office: CORPSYS
    Performer Change: Assignment Associations Update by MRA
From: MGR - MGR WCCS Stwd VM CNC Manager Team 9A (11/24/2021 - 12/13/2021)
To: MGR - MGR WCCS Stwd VM CNC Manager Team H8
For: 13-22M0-03F

12-13-2021 - 10:42 AM CST    Performer: System    Office: CORPSYS
    Performer Change: String Updated by MRA
From: CO - Jahfee Lacy;String: WCCS Stwd VM CNC 9A
To: CO - Jahfee Lacy;String: WCCS Stwd VM CNC H8
For: 13-22M0-03F

12-13-2021 - 10:42 AM CST    Performer: System    Office: CORPSYS
    Performer Change: Assignment Associations Update by MRA
From: MGR - MGR WCCS Stwd VM CNC Manager Team 9A (11/24/2021 - 12/13/2021)
To: MGR - MGR WCCS Stwd VM CNC Manager Team H8
For: 13-22M0-03F/Named Insured(s) /37/001-Wtr/Frz Bldg

12-13-2021 - 10:42 AM CST    Performer: System    Office: CORPSYS
    Performer Change: String Updated by MRA

STATE FARM CONFIDENTIAL INFORMATION
Distribution on a Business Need to Know Basis Only

SFHUSKEY_CF00000039PROD

CONFIDENTIAL

| FIRE | Claim Number: 13-22M0-03F | RBZ00015 |
|---|---|---|

From:
To: OP - Luke Hoesly
For: 13-22M0-03F
09-17-2021 - 8:47 AM CDT  Performer: Clark, Matthew E  Office: WCCSNP
Performer Change: Reassignment
From: CH - Charlean Lucas (08/25/2021 - 09/17/2021);MGR - MGR WCCS Stwd VM CNC Manager Team 8X (08/25/2021 - 09/17/2021)
To: CH - Jahfee Lacy;MGR - MGR WCCS Stwd Assist ECR Manager Team
For: 13-22M0-03F/Named Insured(s) /37/001-Wtr/Frz Bldg

Assignment Reassignment Task suppressed - Assignment is not in Open/Reopened status
09-17-2021 - 8:46 AM CDT  Performer: System  Office: CORPSYS
Performer Change: Initial Assignment
From:
To: NP - Matthew E Clark
For: 13-22M0-03F
09-17-2021 - 8:46 AM CDT  Performer: Clark, Matthew E  Office: WCCSNP
Performer Change: Reassignment
From: CO - Charlean Lucas (08/25/2021 - 09/17/2021);MGR - MGR WCCS Stwd VM CNC Manager Team 8X (08/25/2021 - 09/17/2021)
To: CO - Jahfee Lacy;MGR - MGR WCCS Stwd Assist ECR Manager Team
For: 13-22M0-03F

08-27-2021 - 12:29 PM CDT  Performer: System  Office: CORPSYS
Performer Change: Multiple Reassignment - By Claim Number
From: ACH - WCCS Deployed ACS IL CWOC Asgmt Team (08/26/2021 - 08/27/2021);ACHMGR - Ryan Barnes (08/26/2021 - 08/27/2021)
To: ACH - Joshua R Smith;ACHMGR - Skeen, Bryan IL ECR Alacrity WD Manager Team
For: 13-22M0-03F/Named Insured(s) /37/001-Wtr/Frz Bldg
08-26-2021 - 2:39 PM CDT  Performer: Lucas, Charlean  Office: WCCSSTWD
Performer Change: Initial Assignment
From:
To: ACH - WCCS Deployed ACS IL CWOC Asgmt Team;ACHMGR - Ryan Barnes
For: 13-22M0-03F/Named Insured(s) /37/001-Wtr/Frz Bldg
08-25-2021 - 5:41 PM CDT  Performer: System  Office: CORPSYS
Performer Change: Multiple Reassignment - Resubmit
From: CO - WCCS Deployed Departure PL Unit (08/25/2021 - 08/25/2021);MGR - MGR WCCS Deployed Departure PL Manager Team (08/25/2021 - 08/25/2021)
To: CO - Charlean Lucas;MGR - MGR WCCS Stwd VM CNC Manager Team 8X
For: 13-22M0-03F

Claim Reassignment Task suppressed - Claim is not in Open/Reopened status
08-25-2021 - 5:41 PM CDT  Performer: System  Office: CORPSYS
Performer Change: Multiple Reassignment - Resubmit
From: CH - WCCS Deployed Departure PL Unit (08/25/2021 - 08/25/2021);MGR - MGR WCCS Deployed Departure PL Manager Team (08/25/2021 - 08/25/2021)
To: CH - Charlean Lucas;MGR - MGR WCCS Stwd VM CNC Manager Team 8X
For: 13-22M0-03F/Named Insured(s) /37/001-Wtr/Frz Bldg

Assignment Reassignment Task suppressed - Assignment is not in Open/Reopened status
08-25-2021 - 3:44 PM CDT  Performer: System  Office: CORPSYS
Performer Change: Multiple Reassignment - Performer to Performer
From: CO - WCCS Deployed Departure Team (08/25/2021 - 08/25/2021)
To: CO - WCCS Deployed Departure PL Unit



# Fire Claim Checklist

Additional information/documentation that is or may be outside the context of the Produce Claim File documentation must be produced. Complete the following and forward to requesting counsel.

Claim Number: **1322M003F**
Reviewed by: **Jessica Pears**
Forwarded to: **Megan Pfister**   Date Completed: **December 20, 2022**

Produce Claim File from ECS Output:
- ☒ Copy to Corporate FileShare
- ☐ Copy to CLC office: _____
- ☐ Copy to Digital Media/Device
- ☐ Print to MRSF
- ☐ Local Print

| Completed | Documentation | Information Exist (Y/N) | Description |
|---|---|---|---|
| ☒ | Paper File Contents | N | |
| ☒ | Recorded Statements | N | |
| ☒ | Audio/Video Uploads via Claims Multi-Media Application (CMMA) | N | |
| ☒ | Physical Items | N | |
| ☒ | Premier Service Program Invoices | N | |
| ☒ | Replacement Services Invoices | N | |
| ☒ | ISO Match Report | Y | |
| ☒ | Airware High Resolution Images (8/24/2017 – 12/08/2017) | N | |
| ☒ | Kespry High Resolution Images (03/16/2018 – Current) | N | |
| ☒ | ClaimXperience Videos, Documents, and High Resolution Images | N | |
| ☒ | Claim Summary Screen | Y | |

1007331    FOR INTERNAL STATE FARM USE ONLY -   146960.5 06-18-2020
Contains information that may not be disclosed outside State Farm without authorization    Page 1 of 1

SFHUSKEY_CF00000072PROD

CONFIDENTIAL

HUSKEY, JACQUELINE 13-22M0-03F



State Farm
P.O. Box 106169
Atlanta, GA 30348-6169
Fax: 1-844-236-3646
statefarmfireclaims@statefarm.com

## Structural Damage Claim Policy

This estimate is priced based on estimated market pricing for the cost of materials, labor, and other factors at the time of the loss.

Adjustments in market pricing and timing of the repairs may impact the final cost of covered repairs. Should you or the contractor you select have questions concerning our estimate, please contact us. If your contractor's estimate is higher than ours, you should contact us prior to beginning repairs. State Farm will work with you and your contractor to determine the actual and necessary cost of covered repairs at the time repairs will be completed, subject to policy terms, conditions and limits.

- We want you to receive quality repair work to restore the damages to your property.

- We will provide you with a detailed estimate of the scope of the damage and costs of repairs. Should the contractor you select have questions concerning our estimate, they should contact your claim representative directly.

- Depending upon the complexity of your repair, our estimate may or may not include an allowance for general contractor's overhead and profit. If you have questions regarding general contractor's overhead and profit and whether general contractor services are appropriate for your loss, please contact your claim representative before proceeding with repairs.

- There may be building codes, ordinances, laws, or regulations that affect the repairs of your property. These items may or may not be covered by your policy. Please contact your claim representative if you have any questions regarding coverage which may be available under your policy.

- State Farm® cannot authorize any contractor to proceed with work on your property. Repairs should proceed only with your authorization.

- State Farm does not guarantee the quality of the workmanship of any contractor or guarantee that the work will be accomplished within any specific time frame.

- It is understood that the contractor is hired by you, our insured, and that they work for you - not State Farm.

If you have any questions or need additional information regarding your claim, please contact your claim representative immediately.

Date: 8/11/2021 1:26 PM 132214.1 06-18-2009 Page: 1
SFHUSKEY_CF00000280PROD

CONFIDENTIAL

13-22M0-03F



# Building Estimate Summary Guide

This summary guide is based on a sample estimate and is provided for reference only.
Please refer to the estimate for specifics of your claim.

## State Farm Insurance

| | | | |
|---|---|---|---|
| Insured: | Smith, Joe & Jane | Estimate: | 00-0000-000 |
| Property: | 1 Main Street | Claim number: | 00-0000-000 |
| | Anywhere, IL 00000-0000 | Policy Number: | 00-00-0000-0 |
| Type of Loss: | Other | Price List: | ILBL8F_MAR 13 |
| Deductible: | $1,000.00 | | Restoration/Service/Remodel |
| | | | F = Factored In, |
| | | | D = Do Not Apply |

### Summary for Dwelling

| | | | |
|---|---|---|---|
| Line Item Total [1] | | | 5,953.10 |
| Material Sales Tax | @ | 10.000% x 1,520.00 | |
| Subtotal | | | 6,105.10 |
| General Contractor Overhead [2] | @ | 10.0% x 6,105.10 | 610.51 |
| General Contractor Profit | @ | 10.0% x 6,105.10 | |
| Replacement Cost Value (Including General Contractor Overhead and Profit) [3] | | | 7,326.12 |
| Less Depreciation (Including Taxes) [4] | | | (832.50) |
| Less General Contractor Overhead & Profit on Recoverable & Non - recoverable Depreciation | | | (166.50) |
| Less Deductible [5] | | | |
| Net Actual Cash Value Payment [6] | | | |

### Maximum Additional Amounts Available If Incurred:

| | |
|---|---|
| Total Line Item Depreciation (Including Taxes) [4] | 832.50 |
| Less Non - recoverable Depreciation (Including Taxes) [7] | |
| Subtotal | 312.50 |
| General Contractor O&P on Depreciation | 166.50 |
| Less General Contractor O&P on Non - recoverable Depreciation | |
| Subtotal | |
| Total Maximum Additional Amounts Available If Incurred [8] | |
| Total Amount of Claim If Incurred [9] | |

Claim Representative _____

ALL AMOUNTS PAYABLE ARE SUBJECT TO THE TERMS, CONDITIONS AND LIMITS OF YOUR POLICY.

---

Sidebar:

1. **Line Item Total** – Total value of all line items in the estimate plus possible adjustments for *labor minimums*. Labor Minimum is to cover a certain minimum number of hours for drive-time, set up time and applicable administrative costs and repairs.

2. **General Contractor's Overhead and Profit** – General contractor's charge for coordinating your repairs.

3. **Replacement Cost Value (RCV)** – Estimated cost to repair or replace damaged property.

4. **Depreciation** – The decrease in the value of property over a period of time due to wear, tear, condition, and obsolescence. A portion or all of this amount may be eligible for replacement cost benefits.

5. **Deductible** – The insurer will pay for losses, up to the policy limits, in excess of your applicable deductible.

6. **Net Actual Cash Value Payment (ACV)** – The repair or replacement cost of the damaged part of the property less depreciation and deductible.

7. **Non Recoverable Depreciation** – Depreciation applied to items that are not eligible for replacement cost benefits.

8. **Total Maximum Additional Amount if Incurred** – Total amount of recoverable depreciation after actual repair or replacement of the property.

9. **Total Amount of Claim if Incurred** – Total amount of the claim, including *net actual cash value payment and total maximum additional amount available if incurred*.

---

1002981
Date: 8/11/2021 1:26 PM

139225.1 01-23-2013
Page: 2

SFHUSKEY_CF00000281PROD

CONFIDENTIAL

## State Farm

HUSKEY, JACQUELINE  13-22M0-03F

| | | | |
|---|---|---|---|
| Insured: | HUSKEY, JACQUELINE | Estimate: | 13-22M0-03F |
| Property: | ▉▉▉▉▉▉▉▉ | Claim Number: | 1322M003F |
| | MATTESON, IL 60443-2883 | Policy Number: | 73K2G4544 |
| Cellular: | ▉▉▉▉▉▉▉▉ | Price List: | ILCC28_JUN21 |
| Type of Loss: | Water Damage | | Restoration/Service/Remodel |
| Deductible: | $500.00 | | |
| Date of Loss: | 6/12/2021 | | |
| Date Inspected: | 8/11/2021 | | |

### Summary for Coverage A - Dwelling - 37 Water Damage and Freezing

| | |
|---|---|
| Line Item Total | 4,564.17 |
| Material Sales Tax | 24.17 |
| Replacement Cost Value | 4,588.34 |
| Less Depreciation (Including Taxes) | (596.16) |
| Less Deductible | (500.00) |
| **Net Actual Cash Value Payment** | **$3,492.18** |

### Maximum Additional Amounts Available If Incurred:

| | | |
|---|---|---|
| Total Line Item Depreciation (Including Taxes) | 596.16 | |
| Replacement Cost Benefits | | 596.16 |
| Total Maximum Additional Amount Available If Incurred | | 596.16 |
| Total Amount of Claim If Incurred | | $4,088.34 |

Keith, Kyle
866-787-8676

**ALL AMOUNTS PAYABLE ARE SUBJECT TO THE TERMS, CONDITIONS AND LIMITS OF YOUR POLICY.**



# Explanation of Building Replacement Cost Benefits
## Manufactured Home Policy
### Coverage A - Dwelling - 37 Water Damage and Freezing

To:  Name:       HUSKEY, JACQUELINE
     Address:    ███████
     City:       MATTESON
     State/Zip:  IL, 60443-2883

| | | | |
|---|---|---|---|
| Insured: | HUSKEY, JACQUELINE | Claim Number: | 1322M003F |
| Date of Loss: | 6/12/2021 | Cause of Loss: | WATER |

Your insurance policy provides replacement cost benefits for some or all of the loss or damage to your dwelling or structures. Replacement cost benefits pays the actual and necessary cost of repair or replacement, without a deduction for depreciation, subject to your policy's limit of liability. To receive replacement cost benefits you must:

1. Complete the actual repair or replacement of the damaged part of the property within two years of the date of loss; and
2. Notify us within 30 days after the work has been completed.
3. Confirm completion of repair or replacement by submitting invoices, receipts or other documentation to your agent or claim office.

Until these requirements have been satisfied, our payment(s) to you will be for the actual cash value of the damaged part of the property, which may include a deduction for depreciation.

Without waiving the above requirements, we will consider paying replacement cost benefits prior to actual repair or replacement if we determine repair or replacement costs will be incurred because repairs are substantially under way or you present a signed contract acceptable to us.

The estimate to repair or replace your damaged property is $4,588.34  The enclosed claim payment to you of $3,492.18 is for the actual cash value of the damaged property at the time of loss, less any deductible that may apply. We determined the actual cash value by deducting depreciation from the estimated repair or replacement cost. Our estimate details the depreciation applied to your loss. Based on our estimate, the additional amount available to you for replacement cost benefits (recoverable depreciation) is $596.16.

If you cannot have the repairs completed for the repair/replacement cost estimated, please contact your claim specialist prior to beginning repairs.

All policy provisions apply to your claim

Date:  8/11/2021 1:26 PM                              FC0006875 10/22/2020      Page: 4
                                                      SFHUSKEY_CF00000283PROD

CONFIDENTIAL

State Farm

HUSKEY, JACQUELINE    13-22M0-03F

Main Level



**Master Bath**  Height: Sloped

| 400.00 | SF Walls | 107.70 | SF Ceiling |
| 507.70 | SF Walls & Ceiling | 100.00 | SF Floor |
| 41.54 | LF Ceil. Perimeter | 40.00 | LF Floor Perimeter |

| | QUANTITY | UNIT PRICE | TAX | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| 1. R&R 1/2" drywall - hung, taped, heavy texture, ready for paint | | | | | | | |
| | 36.00 SF | 3.82 | 2.46 | 139.98 | Avg. | (48.99) 35.00% | 90.99 |
| 2. R&R Batt insulation - 6" - R19 - unfaced batt | | | | | | | |
| | 40.00 SF | 1.68 | 2.23 | 69.43 | Avg. | (24.30) 35.00% | 45.13 |
| 3. Paint the surface area - two coats | | | | | | | |
| | 40.00 SF | 0.90 | 0.79 | 36.79 | Avg. | (12.88) 35.00% | 23.91 |
| 4. Paint more than the ceiling - one coat | | | | | | | |
| | 207.70 SF | 0.62 | 2.24 | 131.01 | Avg. | (45.85) 35.00% | 85.16 |
| 5. Content Manipulation charge - per hour | | | | | | | |
| | 2.00 HR | 56.77 | 0.00 | 113.54 | Avg. | (39.74) 35.00% | 73.80 |
| 6. Clean floor | | | | | | | |
| | 100.00 SF | 0.43 | 0.00 | 43.00 | Avg. | (15.05) 35.00% | 27.95 |
| 7. Mask the walls per square foot - plastic and tape - 4 mil | | | | | | | |
| | 400.00 SF | 0.23 | 1.80 | 93.80 | Avg. | (32.83) 35.00% | 60.97 |
| 8. Detach & Reset Light fixture | | | | | | | |
| | 1.00 EA | 64.22 | 0.00 | 64.22 | | | 64.22 |
| 9. Detach & Reset Corner trim | | | | | | | |
| | 107.70 LF | 2.25 | 0.19 | 242.52 | | | 242.52 |
| **Totals: Master Bath** | | | 9.71 | 934.29 | | 219.64 | 714.65 |

Date: 8/11/2021 1:26 PM    Page: 5

SFHUSKEY_CF00000284PROD

CONFIDENTIAL

State Farm

HUSKEY, JACQUELINE                                                                                          13-22M0-03F

### Kitchen                                                                                    Height: Sloped

| | 1,240.00 SF Walls | 632.46 SF Ceiling |
|---|---|---|
| | 1,872.46 SF Walls & Ceiling | 600.00 SF Floor |
| | 125.30 LF Ceil. Perimeter | 124.00 LF Floor Perimeter |

| | QUANTITY | UNIT PRICE | TAX | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| 10. R&R 1/2" drywall - hung, taped, heavy texture, ready for paint | | | | | | | |
| | 4.00 SF | 3.82 | 0.27 | 15.55 | Avg. | (5.44) 35.00% | 10.11 |
| 11. R&R Batt insulation - 6" - R19 - unfaced batt | | | | | | | |
| | 6.00 SF | 1.68 | 0.33 | 10.41 | Avg. | (3.65) 35.00% | 6.76 |
| 12. Paint the surface area - two coats | | | | | | | |
| | 6.00 SF | 0.90 | 0.12 | 5.52 | Avg. | (1.93) 35.00% | 3.59 |
| 13. Paint the ceiling - one coat | | | | | | | |
| | 632.46 SF | 0.62 | 6.83 | 398.96 | Avg. | (139.64) 35.00% | 259.32 |
| 14. Content Manipulation charge - per hour | | | | | | | |
| | 3.00 HR | 56.77 | 0.00 | 170.31 | Avg. | (59.61) 35.00% | 110.70 |
| 15. Clean floor | | | | | | | |
| | 100.00 SF | 0.43 | 0.00 | 43.00 | Avg. | (15.05) 35.00% | 27.95 |
| 16. Mask part of the walls per square foot - plastic and tape - 4 mil | | | | | | | |
| | 620.00 SF | 0.23 | 2.79 | 145.39 | Avg. | (50.89) 35.00% | 94.50 |
| 17. Detach & Reset Light fixture | | | | | | | |
| | 5.00 EA | 64.22 | 0.00 | 321.10 | | | 321.10 |
| 18. Detach & Reset Corner trim | | | | | | | |
| | 632.46 LF | 2.25 | 1.14 | 1,424.18 | | | 1,424.18 |
| **Totals: Kitchen** | | | **11.48** | **2,534.42** | | **276.21** | **2,258.21** |

### Bath 2                                                                                    Height: Sloped

| | 320.00 SF Walls | 64.62 SF Ceiling |
|---|---|---|
| | 384.62 SF Walls & Ceiling | 60.00 SF Floor |
| | 33.54 LF Ceil. Perimeter | 32.00 LF Floor Perimeter |



## State Farm

HUSKEY, JACQUELINE                                                                                           13-22M0-03F

| | QUANTITY | UNIT PRICE | TAX | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| 19. R&R 1/2" drywall - hung, taped, heavy texture, ready for paint | | | | | | | |
| | 4.00 SF | 3.82 | 0.27 | 15.55 | Avg. | (5.44) 35.00% | 10.11 |
| 20. R&R Batt insulation - 6" - R19 - unfaced batt | | | | | | | |
| | 6.00 SF | 1.68 | 0.33 | 10.41 | Avg. | (3.65) 35.00% | 6.76 |
| 21. Paint the surface area - two coats | | | | | | | |
| | 6.00 SF | 0.90 | 0.12 | 5.52 | Avg. | (1.93) 35.00% | 3.59 |
| 22. Paint the ceiling - one coat | | | | | | | |
| | 64.62 SF | 0.62 | 0.70 | 40.76 | Avg. | (14.26) 35.00% | 26.50 |
| 23. Content Manipulation charge - per hour | | | | | | | |
| | 2.00 HR | 56.77 | 0.00 | 113.54 | Avg. | (39.74) 35.00% | 73.80 |
| 24. Clean floor | | | | | | | |
| | 60.00 SF | 0.43 | 0.00 | 25.80 | Avg. | (9.03) 35.00% | 16.77 |
| 25. Mask the walls per square foot - plastic and tape - 4 mil | | | | | | | |
| | 320.00 SF | 0.23 | 1.44 | 75.04 | Avg. | (26.26) 35.00% | 48.78 |
| 26. Detach & Reset Light fixture | | | | | | | |
| | 2.00 EA | 64.22 | 0.00 | 128.44 | | | 128.44 |
| 27. Detach & Reset Corner trim | | | | | | | |
| | 64.62 LF | 2.25 | 0.12 | 145.52 | | | 145.52 |
| **Totals: Bath 2** | | | **2.98** | **560.58** | | **100.31** | **460.27** |

Area Totals: Main Level

| 1,960.00 SF Walls | 804.78 SF Ceiling | 2,764.78 SF Walls and Ceiling |
|---|---|---|
| 760.00 SF Floor | 826.67 Total Area | 196.00 LF Floor Perimeter |
| 760.00 Floor Area | 204.00 Exterior Perimeter of Walls | 200.38 LF Ceil. Perimeter |
| 2,244.00 Exterior Wall Area | | 1,960.00 Interior Wall Area |

| **Total: Main Level** | | | **24.17** | **4,029.29** | | **596.16** | **3,433.13** |
|---|---|---|---|---|---|---|---|

### Labor Minimums Applied

| | QUANTITY | UNIT PRICE | TAX | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| 28. Floor cleaning labor minimum | | | | | | | |
| | 1.00 EA | 28.65 | 0.00 | 28.65 | | | 28.65 |
| 29. Drywall labor minimum | | | | | | | |
| | 1.00 EA | 312.66 | 0.00 | 312.66 | | | 312.66 |
| 30. Insulation labor minimum | | | | | | | |
| | 1.00 EA | 217.74 | 0.00 | 217.74 | | | 217.74 |

Date: 8/11/2021 1:26 PM                                                                                           Page: 7

SFHUSKEY_CF00000286PROD

CONFIDENTIAL

State Farm

HUSKEY, JACQUELINE                                                                                          13-22M0-03F

CONTINUED - Labor Minimums Applied

| | QUANTITY | UNIT PRICE | TAX | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| Totals: Labor Minimums Applied | | | 0.00 | 559.05 | | 0.00 | 559.05 |
| Line Item Totals: 13-22M0-03F | | | 24.17 | 4,588.34 | | 596.16 | 3,992.18 |

**Grand Total Areas:**

| | | | | | |
|---|---|---|---|---|---|
| 1,960.00 | SF Walls | 804.78 | SF Ceiling | 2,764.78 | SF Walls and Ceiling |
| 760.00 | SF Floor | | | 196.00 | LF Floor Perimeter |
| | | | | 200.38 | LF Ceil. Perimeter |
| 760.00 | Floor Area | 826.67 | Total Area | 1,960.00 | Interior Wall Area |
| 2,244.00 | Exterior Wall Area | 204.00 | Exterior Perimeter of Walls | | |

## State Farm

HUSKEY, JACQUELINE

13-22M0-03F

### Recap of Taxes, Overhead and Profit

|  | GC Overhead (0%) | GC Profit (0%) | Material Sales Tax (9%) | Food & Med State Tax (1%) | Food & Med Local Tax (1.25%) |
|---|---|---|---|---|---|
| Line Items | 0.00 | 0.00 | 24.17 | 0.00 | 0.00 |
| Total | 0.00 | 0.00 | 24.17 | 0.00 | 0.00 |

Date: 8/11/2021 1:26 PM

Page: 9

SFHUSKEY_CF00000288PROD

CONFIDENTIAL

Main Level





Main Level

Date: 8/11/2021 1:26 PM  
Page: 10  
SFHUSKEY_CF00000289PROD

CONFIDENTIAL