# EXHIBIT D



**RBZ000I5**
State Farm Fire and Casualty Company
# Fire Claim File Print
## General Information

**Route To:**

## BASIC CLAIM INFORMATION

**Claim Number:** 13-31G5-74X
**Date of Loss:** 03-06-2022
**Policy Number:** 13-EX-T394-6
**Named Insured:** WYNN, RIIAN REBECCA

## REPORTING INFORMATION

**Function/Area/Environment**

**Determined By:** Rules Engine          **FAE:** WCCS Property Stewardship

**Recorded By**

**Name:** Shonnell Hinton (YL28)

**Phone:** (404) 246-7102          **User Type:** Loss Intake Optimization

**Reporting Agent**

**Name:**

**Agent Code:**          **Phone:**

**Reporting Method**

**System:** HAART          **Workflow:** Catastrophe

## FACTS OF LOSS

**Date of Loss:** 03-06-2022          **Time of Loss:** 03:00 AM
**Date Reported:** 03-06-2022          **Date/Time Recorded:** 03-06-2022 - 07:36 AM CST
**Facts of Loss:** FINAL: Roof paid, right elevation and interior damage paid due to wind damage to the flat roof.
**Probable Cause:** Wind          **Stolen Property:**
**Severity:** 2 : Moderate Damage

**Claim Group**

**Claim Group:** Catastrophe NT, Wind/Hail - IA, IL, IN, NY, OH, PA

**Location of Loss**

**Location Description:** roof of home , chimney , window
**Street(s):** ▓▓▓▓▓▓▓▓ ▓          **City:** EVANSTON
**County:**          **State/Prov:** Illinois
**Zip/Postal:** 60203-1603          **Country:** United States

## CLAIM DETAILS

| | | |
|---|---|---|
| **Product Line:** Fire | **Fatality Exists:** | **Liability:** |
| **Policy Type:** Homeowners | **Record Only:** | **AMR/ISO:** Yes |
| **Claim File Type:** Regular | **SIU:** | **TIPP:** |
| **Confidential:** Standard | **Reinsurance:** | **Vehicle:** |

Date: 04-03-2023          Page 1

STATE FARM CONFIDENTIAL INFORMATION
Distribution on a Business Need to Know Basis Only

SFWYNN_CF00000002PROD

CONFIDENTIAL

FIRE                                    Claim Number: 13-31G5-74X                                    RBZ000I5

| _ Email Address: | Usage: |
|---|---|

## PARTICIPANT DETAILS - Service Provider

### Organization Information

**Name:** ALACRITY RENOVATION SERVICES LLC

**Tax State:** OR - 37

**SSN/TIN:** XXXXX2073

**Provider Type:** Contractor

**Report Fee:** $0.00

**Out of Business:**

**Resale Certificate:**

**Pay by Electronic Bill:**

**Sent to ISO:** 12-22-2022

**Rec Statement:**

**Language Capabilities:**

### Role Information

**Participant Type:** Service Provider

**Role:** Service Provider

### Associated Participants

**Association to:** ALACRITY RENOVATION SERVICES LLC (Service Provider/Service Provider)

**Is Associated To:** RIIAN REBECCA WYNN

**Participant Type/Role:** Named Insured

| | |
|---|---|
| **Other Claim Rep:** | **Loan #:** |
| **Other Claim #:** | **Reference #:** |
| **Other Policy #:** | **Other File #:** |
| **Comments:** | **Phone Number:** |
| | **Spouse:** |

### Additional Participant Information

**Bankruptcy:**

**Comments:**

### Contact Info

**Name:** ALACRITY RENOVATION SERVICES LLC

**Usage:** Common

**Default:** Yes

| | | | |
|---|---|---|---|
| **Attention:** | | **In Care of:** | |
| **Address:** 360 E 10TH AVE STE 400, EUGENE, OR, 97401-3273 | | | |
| **Status:** Permanent | | **Usage:** Business | **Default:** Yes |
| **Type:** | | **Country:** United States | |
| **Phone:** (877) 828-3276 | **Ext/PIN:** | | **Status:** Permanent |
| **Usage:** Business | **Type:** Mobile | | **Default:** Yes |
| **Country:** | **Contact:** | | |
| **Phone:** (866) 953-3220 | **Ext/PIN:** 19 | | **Status:** Permanent |
| **Usage:** Personal | **Type:** Landline | | **Default:** No |
| **Country:** United States | **Contact:** | | |

**Email Address:** statefarm@alacrityservices.com

**Usage:** Business

## PARTICIPANT DETAILS - Service Provider

### Organization Information

**Name:** ALE SOLUTIONS, INC

**Tax State:** IL - 13

**SSN/TIN:** XXXXX3374

**Provider Type:** Service Provider

**Report Fee:** $0.00

Date: 04-03-2023                                                                                    Page 7

STATE FARM CONFIDENTIAL INFORMATION
Distribution on a Business Need to Know Basis Only

CONFIDENTIAL

FIRE                                    **Claim Number: 13-31G5-74X**                          RBZ00015

**From:**   CH - Karen K Eiserloh (12/08/2022 - 12/20/2022)
**To:**    CH - Lashawn Johnson
**For:**  13-31G5-74X/Named Insured(s) /69/001-Addl Liv Expns
          <b>Instructions:</b>Reassignment-Self

          Assignment Reassignment Task suppressed - User or team is being assigned
          12-20-2022 - 6:15 PM  CST       **Performer:** Johnson, Lashawn                  **Office:** WCCSSTWD
          **Performer Change:** Reassignment - Self
**From:**   CH - Karen K Eiserloh (12/08/2022 - 12/20/2022)
**To:**    CH - Lashawn Johnson
**For:**  13-31G5-74X/Named Insured(s) /36/001-Wnd/HailPerProp
          <b>Instructions:</b>Reassignment-Self

          Assignment Reassignment Task suppressed - Assignment is not in Open/Reopened status
          12-20-2022 - 6:15 PM  CST       **Performer:** Johnson, Lashawn                  **Office:** WCCSSTWD
          **Performer Change:** Reassignment - Self
**From:**   CH - Karen K Eiserloh (12/08/2022 - 12/20/2022)
**To:**    CH - Lashawn Johnson
**For:**  13-31G5-74X/Named Insured(s) /35/001-Wnd/Hail Bldg
          <b>Instructions:</b>Reassignment-Self

          Assignment Reassignment Task suppressed - Assignment is not in Open/Reopened status
          12-20-2022 - 6:15 PM  CST       **Performer:** Johnson, Lashawn                  **Office:** WCCSSTWD
          **Performer Change:** Reassignment - Self
**From:**   CO - Karen K Eiserloh (12/08/2022 - 12/20/2022)
**To:**    CO - Lashawn Johnson
**For:**  13-31G5-74X
          <b>Instructions:</b>Reassignment-Self

          Claim Reassignment Task suppressed - User or team is being assigned
          12-15-2022 - 7:18 AM  CST       **Performer:** System                           **Office:** CORPSYS
          **Performer Change:** Multiple Reassignment - Performer to Performer
**From:**   ACH - Pedro Rios Zertuche Barra (08/20/2022 - 12/15/2022);ACHMGR - Brigmon, Sandra IL ECR Renfroe WD Manager Team
          (11/02/2022 - 12/15/2022)
**To:**    ACH - WCCS Deployed ACS IL CWOC Asgmt Team;ACHMGR - Chris Becket
**For:**  13-31G5-74X/Named Insured(s) /35/001-Wnd/Hail Bldg
          12-09-2022 - 10:45 AM  CST      **Performer:** System                           **Office:** CORPSYS
          **Performer Change:** Multiple Reassignment - Performer to Performer
**From:**   OP - Veronica A Hernandez (12/07/2022 - 12/09/2022)
**To:**
**For:**  13-31G5-74X
          12-08-2022 - 5:00 PM  CST       **Performer:** System                           **Office:** CORPSYS
          **Performer Change:** Multiple Reassignment - Performer to Performer
**From:**   OP - Oscar Harden (10/29/2022 - 12/08/2022)
**To:**
**For:**  13-31G5-74X
          12-08-2022 - 4:45 PM  CST       **Performer:** Whitney, Eric H                  **Office:** WCCSSTWD
          **Performer Change:** Initial Assignment
**From:**
**To:**    OP - Eric H Whitney
**For:**  13-31G5-74X
          12-08-2022 - 4:30 PM  CST       **Performer:** System                           **Office:** CORPSYS
          **Performer Change:** Multiple Reassignment - Resubmit
**From:**   CO - WCCS Stwd Parking Lot Unit ECRs (12/08/2022 - 12/08/2022);MGR - MGR WCCS Stwd Shared Manager Team
          (12/08/2022 - 12/08/2022)

Date: 04-03-2023                                                                                    Page 138

CONFIDENTIAL

FIRE                              Claim Number: 13-31G5-74X                              RBZ000I5

**Performer Change:** Multiple Reassignment - By Claim Number
From:    CH - Veronica A Hernandez (08/21/2022 - 12/07/2022);MGR - MGR WCCS Stwd AVM Crawford Manager Team IY (08/21/2022 - 12/07/2022)
To:      CH - WCCS Stwd Parking Lot Unit ECRs;MGR - MGR WCCS Stwd Shared Manager Team
For:     13-31G5-74X/Named Insured(s) /35/001-Wnd/Hail Bldg

Assignment Reassignment Task suppressed - Assignment is not in Open/Reopened status
11-18-2022 - 3:49 PM CST          **Performer:** Rolack, Roshanda                **Office:** WCCSSTWD
    **Performer Change:** Initial Assignment
From:
To:      OP - Roshanda Rolack
For:     13-31G5-74X
11-02-2022 - 3:46 PM CDT          **Performer:** System                        **Office:** CORPSYS
    **Performer Change:** Assignment Associations Update by MRA
From:    ACHMGR - Rugyegye, William N IL ECR Renfroe WD Manager Team (10/05/2022 - 11/02/2022)
To:      ACHMGR - Brigmon, Sandra IL ECR Renfroe WD Manager Team
For:     13-31G5-74X/Named Insured(s) /35/001-Wnd/Hail Bldg
11-02-2022 - 3:46 PM CDT          **Performer:** System                        **Office:** CORPSYS
    **Performer Change:** String Updated by MRA
From:    ACH - Pedro Rios Zertuche Barra;String: WD ACS IL CWOC 6X
To:      ACH - Pedro Rios Zertuche Barra;String: WD ACS IL CWOC 5G
For:     13-31G5-74X/Named Insured(s) /35/001-Wnd/Hail Bldg
10-29-2022 - 5:02 PM CDT          **Performer:** Harden, Oscar                 **Office:** WCCSSTWD
    **Performer Change:** Initial Assignment
From:
To:      OP - Oscar Harden
For:     13-31G5-74X
10-27-2022 - 10:50 AM CDT         **Performer:** Event Processor               **Office:** CORPSYS
    **Performer Change:** Removed
From:    OP - Oscar Harden (10/06/2022 - 10/27/2022)
To:
For:     13-31G5-74X
10-10-2022 - 6:06 PM CDT          **Performer:** Event Processor               **Office:** CORPSYS
    **Performer Change:** Removed
From:    OP - Mike Henderson (10/09/2022 - 10/10/2022)
To:
For:     13-31G5-74X
10-09-2022 - 12:21 PM CDT         **Performer:** Henderson, Mike               **Office:** WDILCWOC
    **Performer Change:** Initial Assignment
From:
To:      OP - Mike Henderson
For:     13-31G5-74X
10-06-2022 - 4:28 PM CDT          **Performer:** Harden, Oscar                 **Office:** WCCSSTWD
    **Performer Change:** Initial Assignment
From:
To:      OP - Oscar Harden
For:     13-31G5-74X
10-05-2022 - 4:10 PM CDT          **Performer:** System                        **Office:** CORPSYS
    **Performer Change:** Assignment Associations Update by MRA
From:    ACHMGR - Clarida, Robert IL ECR Renfroe WD Manager Team (05/03/2022 - 10/05/2022)
To:      ACHMGR - Rugyegye, William N IL ECR Renfroe WD Manager Team
For:     13-31G5-74X/Named Insured(s) /35/001-Wnd/Hail Bldg

STATE FARM CONFIDENTIAL INFORMATION
Distribution on a Business Need to Know Basis Only

SFWYNN_CF00000162PROD

CONFIDENTIAL

FIRE                                    Claim Number: 13-31G5-74X                                    RBZ00015

**Performer Change:** Initial Assignment
From:
To:     OP - John M Fister
For:   13-31G5-74X
05-11-2022 - 11:36 AM CDT          **Performer:** Fister, John M                    **Office:** WCCSSTWD
       **Performer Change:** Reassign Multiple Performers - Known
From:     CH - John M Fister (04/11/2022 - 05/11/2022)
To:     CH - Veronica A Hernandez
For:   13-31G5-74X/Named Insured(s) /36/001-Wnd/HailPerProp

       Assignment Reassignment Task suppressed - Assignment is not in Open/Reopened status
05-11-2022 - 11:36 AM CDT          **Performer:** Fister, John M                    **Office:** WCCSSTWD
       **Performer Change:** Reassign Multiple Performers - Known
From:     CH - John M Fister (03/15/2022 - 05/11/2022)
To:     CH - Veronica A Hernandez
For:   13-31G5-74X/Named Insured(s) /35/001-Wnd/Hail Bldg

       Assignment Reassignment Task suppressed - Assignment is not in Open/Reopened status
05-11-2022 - 11:36 AM CDT          **Performer:** Fister, John M                    **Office:** WCCSSTWD
       **Performer Change:** Reassign Multiple Performers - Known
From:     CO - John M Fister (03/15/2022 - 05/11/2022)
To:     CO - Veronica A Hernandez
For:   13-31G5-74X

       Claim Reassignment Task suppressed - User requested or system process
05-03-2022 - 7:40 PM CDT          **Performer:** System                    **Office:** CORPSYS
       **Performer Change:** Multiple Reassignment - By Claim Number
From:     ACH - WCCS Deployed ACS IL CWOC Asgmt Team (05/02/2022 - 05/03/2022);ACHMGR - Bill King (05/02/2022 - 05/03/2022)
To:     ACH - Logan Kelleher;ACHMGR - Clarida, Robert IL ECR Renfroe WD Manager Team
For:   13-31G5-74X/Named Insured(s) /35/001-Wnd/Hail Bldg
05-02-2022 - 5:40 PM CDT          **Performer:** Fister, John M                    **Office:** WCCSSTWD
       **Performer Change:** Reassignment
From:     ACH - Titus Hawthorne (03/07/2022 - 05/02/2022);ACHMGR - Skeen, Bryan IL ECR Alacrity WD Manager Team (03/07/2022 -
       05/02/2022)
To:     ACH - WCCS Deployed ACS IL CWOC Asgmt Team;ACHMGR - Bill King
For:   13-31G5-74X/Named Insured(s) /35/001-Wnd/Hail Bldg
04-11-2022 - 12:04 PM CDT          **Performer:** Fister, John M                    **Office:** WCCSSTWD
       **Performer Change:** Assignment Status
From:     CH - John M Fister - Open
To:     CH - John M Fister - Complete
For:   13-31G5-74X/Named Insured(s) /36/001-Wnd/HailPerProp
04-11-2022 - 10:41 AM CDT          **Performer:** Fister, John M                    **Office:** WCCSSTWD
       **Performer Change:** Initial Assignment
From:
To:     CH - John M Fister;MGR - MGR WCCS Stwd VM Crawford Manager Team IY;CSA - Fire Claims Support Unit
For:   13-31G5-74X/Named Insured(s) /36/001-Wnd/HailPerProp

       New Assignment Task suppressed - User or team is being assigned
03-16-2022 - 6:52 AM CDT          **Performer:** Event Processor                    **Office:** CORPSYS
       **Performer Change:** Removed
From:     OP - Catherine A Willis (03/15/2022 - 03/16/2022)
To:

Date: 04-03-2023                                                                                    Page 145

CONFIDENTIAL

| From: | HOME CLMS-FIRECLAIMS |
|---|---|
| Sent: | Tuesday, December 13, 2022 10:30 AM |
| To: | 'RIIANWYNN@GMAIL.COM' |
| Subject: | 13-31G5-74X |
| Attachments: | FC0011599_0037783887510.pdf; 13-31G5-74X Summary of Loss.pdf; 13-31G5-74X ALE - Summary Sheet.pdf |

Categories:          StateFarm Claims Communication



statefarm.com

HI Riian!

I just issued a payment to ALE Solutions for the temporary housing.
Attached are the settlement documents reflecting this payment

Please open the attachment(s) for a copy of these documents for your insurance records

Thank you for being a State Farm Customer!

*Karen Eiserloh*
External Claim Resource – Renfroe
WCCS – Stewardship
State Farm Fire and Casualty Company
Direct Line: (972) 541-6484
Toll Free: (866) 787-8676

SFWYNN_CF00000291PROD

CONFIDENTIAL

*Providing Insurance and Financial Services*
*Home Office, Bloomington, IL*

 **State Farm**

November 26, 2022

Riian Rebecca Wynn

Evanston IL  60203-1603

**State Farm Claims**
PO Box 106169
Atlanta GA 30348-6169

RE:   Our Claim Number:   13-31G5-74X
      Policy Number:      13EXT3946
      Date of Loss:       March 6, 2022

Dear Riian Rebecca Wynn:

Thank you for the opportunity to review your claim. Our payment in the amount of $1,227.80 in settlement of your Dwelling claim is enclosed.

The attached document outlines the basis for this payment.

The terms of your policy require your mortgage company or lien holder be included as a payee. Contact them for instructions on obtaining their endorsement.

If you have questions or need assistance, call us at (844) 458-4300 Ext. 9726573648.

Sincerely,

Veronica A Hernandez
External Claim Resource - Crawford
(844) 458-4300 Ext. 9726573648
Fax: (844) 236-3646
statefarmfireclaims@statefarm.com
*For your protection, when emailing State Farm, please do not include sensitive personal information such as Social Security Number, credit/debit card number (financial account number), driver's license number, or health/medical information in an email. Please contact us at (844) 458-4300 Ext. 9726573648 to discuss sensitive information.*

State Farm Fire and Casualty Company

Take advantage of our self-service options
Go to statefarm.com® to easily review claim status, select a repair facility, reserve a rental vehicle, update direct deposit account information for claim payments and many other insurance and banking services.

CONFIDENTIAL

Providing Insurance and Financial Services
Home Office, Bloomington, IL



October 31, 2022

Riian Rebecca Wynn

Evanston IL 60203-1603

**State Farm Claims**
PO Box 106169
Atlanta GA 30348-6169

RE:  Our Claim Number:  13-31G5-74X
     Policy Number:       13EXT3946
     Date of Loss:        March 6, 2022

Dear Riian Rebecca Wynn:

Thank you for the opportunity to review your claim. Our payment in the amount of $4,627.67 in settlement of your Dwelling claim is enclosed.

The attached document outlines the basis for this payment.

The terms of your policy require your mortgage company or lien holder be included as a payee. Contact them for instructions on obtaining their endorsement.

If you have questions or need assistance, call us at (844) 458-4300 Ext. 9726573648.

Sincerely,

Veronica A Hernandez
External Claim Resource - Crawford
(844) 458-4300 Ext. 9726573648
Fax: (844) 236-3646
statefarmfireclaims@statefarm.com
For your protection, when emailing State Farm, please do not include sensitive personal information such as Social Security Number, credit/debit card number (financial account number), driver's license number, or health/medical information in an email. Please contact us at (844) 458-4300 Ext. 9726573648 to discuss sensitive information.

State Farm Fire and Casualty Company

Take advantage of our self-service options
Go to statefarm.com® to easily review claim status, select a repair facility, reserve a rental vehicle, update direct deposit account information for claim payments and many other insurance and banking services.

SFWYNN_CF00000306PROD

CONFIDENTIAL

*Providing Insurance and Financial Services*
*Home Office, Bloomington, IL*



July 19, 2022

Riian Rebecca Wynn

Evanston IL 60203-1603

**State Farm Claims**
PO Box 106169
Atlanta GA 30348-6169

RE:    Our Claim Number:    13-31G5-74X
         Policy Number:       13EXT3946
         Date of Loss:         March 6, 2022

Dear Riian Rebecca Wynn:

Thank you for the opportunity to review your claim. Our payment in the amount of $2380.07 in settlement of your Dwelling claim is enclosed.

Please refer to the attached document which outlines the basis for this payment.

Thank you for your cooperation in this matter.

If you have questions or need assistance, call us at (866) 787-8676 Ext. 1112.

SFWYNN_CF00000346PROD

CONFIDENTIAL

13-31G5-74X
Page 2
July 19, 2022


Sincerely,


Sean Thomas
External Claim Resource - Renfroe
(866) 787-8676 Ext. 1112
statefarmfireclaims@statefarm.com
*For your protection, when emailing State Farm, please do not include sensitive personal information such as Social Security Number, credit/debit card number (financial account number), driver's license number, or health/medical information in an email. Please contact us at (866) 787-8676 Ext. 1112 to discuss sensitive information.*

State Farm Fire and Casualty Company

Enclosure(s):
    Draft
    Summary of Loss
    Estimate

---

Take advantage of our self-service options
Go to statefarm.com® to easily review claim status, update direct deposit account information for claim payments and many other insurance and banking services.

CONFIDENTIAL

Providing Insurance and Financial Services
Home Office, Bloomington, IL



July 15, 2022

Riian Rebecca Wynn

Evanston IL  60203-1603

**State Farm Claims**
PO Box 106169
Atlanta GA 30348-6169

RE:    Claim Number:       13-31G5-74X
        Date of Incident:    March 06, 2022
        Policy Number:      13EXT3946

Dear Riian Rebecca Wynn:

Thank you for your continued participation in the State Farm Premier Service Program® (SFPSP). This letter confirms our conversation and your decision to hire an additional SFPSP Contractor.

Under the State Farm Premier Service Program you have the opportunity to choose any participating independent contractor or independent service provider(s) you wish to repair your property. In order to participate, State Farm® required independent contractors and independent service providers to enter into a contract concerning the services to be provided. You have selected the following contractor to perform repairs as indicated in their estimate(s). Should you need to contact them regarding questions or concerns with their repairs, you can reach them at the attached number(s):

    ALACRITY RENOVATION SERVICES LLC
    877-828-3276

Independent contractors or independent service providers are not authorized to answer questions or give opinions on whether damage is covered under your policy. Please direct those types of questions to us.

State Farm is not exercising its option under the insurance policy to repair or replace damaged property. Instead, State Farm will pay to repair the damaged building property covered by your policy, less your deductible, subject to your policy's terms and conditions. Any additional work performed at your request by your independent contractor or independent service provider(s) for repairs or improvements not covered under your insurance policy will be your responsibility. You will also be responsible for any additional cost of upgraded materials used to complete covered repairs.

As we discussed earlier, your independent contractor(s) and/or each independent service provider(s) you select will ask you to sign an Authorization To Repair form to begin the repair work. You will also receive an estimate for the repairs from each independent service provider

SFWYNN_CF00000348PROD

CONFIDENTIAL

13-31G5-74X
Page 2
July 15, 2022

and the general contractor. Once repairs have been completed to your satisfaction, each independent service provider and/or your independent contractor will also ask you to sign an Authorization To Pay form, which will allow State Farm to pay them directly for the work they performed. The independent service provider(s) and your independent contractor(s) will warranty their workmanship labor on building or structure repairs for a five-year period.

If you have questions or need assistance, call us at (844) 458-4300 Ext. 9726573648.

Sincerely,

Veronica A Hernandez
External Claim Resource - Crawford
(844) 458-4300 Ext. 9726573648
statefarmfireclaims@statefarm.com
*For your protection, when emailing State Farm, please do not include sensitive personal information such as Social Security Number, credit/debit card number (financial account number), driver's license number, or health/medical information in an email. Please contact us at (844) 458-4300 Ext. 9726573648 to discuss sensitive information.*

State Farm Fire and Casualty Company

---

Take advantage of our self-service options
Go to statefarm.com® to easily review claim status, update communication and claim payment preferences, and many other insurance services.

SFWYNN_CF00000349PROD

CONFIDENTIAL

*Providing Insurance and Financial Services*
*Home Office, Bloomington, IL*



May 27, 2022

Riian Rebecca Wynn

Evanston IL 60203-1603

**State Farm Claims**
PO Box 106169
Atlanta GA 30348-6169

RE:   Our Claim Number:   13-31G5-74X
        Policy Number:        13EXT3946
        Date of Loss:          March 6, 2022

Dear Riian Rebecca Wynn:

Thank you for the opportunity to review your claim. Our payment in the amount of $215.37 in settlement of your Dwelling claim will be mailed to you.

The attached document outlines the basis for this payment.

The terms of your policy require your mortgage company or lien holder be included as a payee. Contact them for instructions on obtaining their endorsement.

If you have questions or need assistance, call us at (866) 787-8676 Ext. 9584.

CONFIDENTIAL

13-31G5-74X
Page 2
May 27, 2022

Sincerely,

Logan Kelleher
External Claim Resource - Renfroe
(866) 787-8676 Ext. 9584

statefarmfireclaims@statefarm.com
*For your protection, when emailing State Farm, please do not include sensitive personal information such as Social Security Number, credit/debit card number (financial account number), driver's license number, or health/medical information in an email. Please contact us at (866) 787-8676 Ext. 9584 to discuss sensitive information.*

State Farm Fire and Casualty Company

Enclosure(s):
Draft
Summary of Loss
Estimate

---

Take advantage of our self-service options
Go to statefarm.com® to easily review claim status, select a repair facility, reserve a rental vehicle, update direct deposit account information for claim payments and many other insurance and banking services.

CONFIDENTIAL

*Providing Insurance and Financial Services*
*Home Office, Bloomington, IL*



April 2, 2022

Riian Rebecca Wynn

Evanston IL 60203-1603

**State Farm Claims**
PO Box 106169
Atlanta GA 30348-6169

RE:  Our Claim Number:  13-31G5-74X
     Policy Number:     13EXT3946
     Date of Loss:      March 6, 2022

Dear Riian Rebecca Wynn:

Thank you for the opportunity to review your claim. Our payment in the amount of $3,495.02 in settlement of your Dwelling claim will be mailed to you.

The attached document outlines the basis for this payment.

The terms of your policy require your mortgage company or lien holder be included as a payee. Contact them for instructions on obtaining their endorsement.

If you have questions or need assistance, call us at (844) 458-4300 Ext. 7704186510.

SFWYNN_CF00000383PROD

CONFIDENTIAL

13-31G5-74X
Page 2
April 2, 2022

Sincerely,

John M Fister
External Claim Resource - Crawford
(844) 458-4300 Ext. 7704186510

statefarmfireclaims@statefarm.com
*For your protection, when emailing State Farm, please do not include sensitive personal information such as Social Security Number, credit/debit card number (financial account number), driver's license number, or health/medical information in an email. Please contact us at (844) 458-4300 Ext. 7704186510 to discuss sensitive information.*

State Farm Fire and Casualty Company

Enclosure(s):

Summary of Loss
Estimate

---

Take advantage of our self-service options
Go to statefarm.com® to easily review claim status, select a repair facility, reserve a rental vehicle, update direct deposit account information for claim payments and many other insurance and banking services.

CONFIDENTIAL

*Providing Insurance and Financial Services*
*Home Office, Bloomington, IL*



March 31, 2022

Riian Rebecca Wynn

Evanston IL 60203-1603

**State Farm Claims**
PO Box 106169
Atlanta GA 30348-6169

RE:  Our Claim Number:  13-31G5-74X
     Policy Number:      13EXT3946
     Date of Loss:       March 6, 2022

Dear Riian Rebecca Wynn:

Thank you for the opportunity to review your claim. Our payment in the amount of $1,250.00 in settlement of your Dwelling claim will be mailed to you.

The attached document outlines the basis for this payment.

The terms of your policy require your mortgage company or lien holder be included as a payee. Contact them for instructions on obtaining their endorsement.

If you have questions or need assistance, call us at (844) 458-4300 Ext. 7704186510.

SFWYNN_CF00000390PROD

CONFIDENTIAL

13-31G5-74X
Page 2
March 31, 2022

Sincerely,

John M Fister
External Claim Resource - Crawford
(844) 458-4300 Ext. 7704186510
statefarmfireclaims@statefarm.com
*For your protection, when emailing State Farm, please do not include sensitive personal information such as Social Security Number, credit/debit card number (financial account number), driver's license number, or health/medical information in an email. Please contact us at (844) 458-4300 Ext. 7704186510 to discuss sensitive information.*

State Farm Fire and Casualty Company

Enclosure(s):

Summary of Loss
Estimate

---

Take advantage of our self-service options
Go to statefarm.com® to easily review claim status, select a repair facility, reserve a rental vehicle, update direct deposit account information for claim payments and many other insurance and banking services.

CONFIDENTIAL

Providing Insurance and Financial Services
Home Office, Bloomington, IL



March 15, 2022

Riian Rebecca Wynn

Evanston IL 60203-1603

**State Farm Claims**
PO Box 106169
Atlanta GA 30348-6169

RE:    Claim Number:    13-31G5-74X
       Date of Loss:    March 06, 2022
       Our Insured:     Riian Rebecca Wynn

Dear Riian Rebecca Wynn:

State Farm® sent an Electronic Funds Transfer (EFT) on March 15, 2022 to the bank account
you provided to us. If you have not received the payment within four banking days, contact your
banking institution or notify us immediately.

Payment Details

| Coverage | Amount Paid |
|---|---|
| Riian Rebecca Wynn / Wind Or Hail - Building | $7352.35 |
| Total Electronic Funds Transfer (EFT) Amount | $7352.35 |

Sincerely,

Titus Hawthorne
External Claim Resource - Alacrity
(866) 787-8676 Ext. 12227
statefarmfireclaims@statefarm.com
*For your protection, when emailing State Farm, please do not include sensitive personal information such as Social Security Number,
credit/debit card number (financial account number), driver's license number, or health/medical information in an email. Please contact
us at (866) 787-8676 Ext. 12227 to discuss sensitive information.*

State Farm Fire and Casualty Company

NOTICE: If you did not provide us with bank account information or you were not expecting an
electronic funds transfer payment, please contact our Audit Confirmation Team at
(888) 443-6207.

SFWYNN_CF00000398PROD

CONFIDENTIAL

Providing Insurance and Financial Services
Home Office, Bloomington, IL



March 15, 2022

Riian Rebecca Wynn

Evanston IL 60203-1603

**State Farm Claims**
PO Box 106169
Atlanta GA 30348-6169

RE: Claim Number:     13-31G5-74X
    Policy Number:    13EXT3946
    Date of Loss:     March 6, 2022

Dear Riian Rebecca Wynn:

Thank you for the opportunity to discuss your claim.

Our payment in the amount of $7,352.35 in settlement of your Dwelling  claim is enclosed.

Your Homeowners policy provides coverage for accidental direct physical loss to your structure.

The Homeowners policy states in pertinent part:

## SECTION I – LOSSES INSURED

### COVERAGE A – DWELLING

*We* will pay for accidental direct physical loss to the property described in Coverage A, unless
the loss is excluded or limited in **SECTION I – LOSSES NOT INSURED** or otherwise excluded
or limited in this policy. However, loss does not include and *we* will not pay for, any *diminition
in value.*

Based on the above, no payment can be issued for the non-covered damage found. This
Company does not intend, by this letter, to waive any policy defenses in addition to those stated
above, and reserves its right to assert such additional policy defenses at any time.

Because we value you as a policyholder and appreciate your business, we want to ensure you
understand the coverage decision. If you have any additional information that has not been
previously considered, or desire any additional explanation, please contact us.

### SECTION I – CONDITIONS

6. **Suit Against Us**. No action will be brought against us unless there has been full compliance
   with all of the policy provisions. Any action by any party must be started within one year after

SFWYNN_CF00000401PROD

CONFIDENTIAL

13-31G5-74X
Page 2
March 15, 2022

the date of loss or damage. This one year period is extended by the number of days between the date that proof of loss was filed and the date the claim is denied in whole or in part.

Further, in accordance with Illinois law, we have computed the time remaining to file suit by adding the days the one-year period was tolled (stopped) to the date of the loss. Accordingly, any lawsuit brought in connection with this claim must be filed on or before 03/08/2023.

Part 919 of the Rules of the Illinois Department of Insurance requires that our Company advise you that if you wish to take this matter up with the Illinois Department of Insurance, it maintains a Consumer Services Section in Chicago at 122 S. Michigan Ave., 19th Floor, Chicago, IL 60603 and in Springfield at 320 West Washington Street, Springfield, IL 62767.

If you have questions or need assistance, call us at (866) 787-8676 Ext. 12227.

Sincerely,

Titus Hawthorne
External Claim Resource - Alacrity
(866) 787-8676 Ext. 12227

statefarmfireclaims@statefarm.com
*For your protection, when emailing State Farm, please do not include sensitive personal information such as Social Security Number, credit/debit card number (financial account number), driver's license number, or health/medical information in an email. Please contact us at (866) 787-8676 Ext. 12227 to discuss sensitive information.*

State Farm Fire and Casualty Company

Take advantage of our self-service options
Go to statefarm.com® to easily review claim status, update direct deposit account information for claim payments and many other insurance and banking services.

CONFIDENTIAL

WYNN, RIIAN                                                                    13-31G5-74X



**State Farm**
**P.O. Box 106169**
**Atlanta, GA 30348-6169**
**Fax: 1-844-236-3646**
**statefarmfireclaims@statefarm.com**

# Structural Damage Claim Policy

This estimate is priced based on estimated market pricing for the cost of materials, labor, and other factors at the time of the loss.

Adjustments in market pricing and timing of the repairs may impact the final cost of covered repairs. Should you or the contractor you select have questions concerning our estimate, please contact us. If your contractor's estimate is higher than ours, you should contact us prior to beginning repairs. State Farm will work with you and your contractor to determine the actual and necessary cost of covered repairs at the time repairs will be completed, subject to policy terms, conditions and limits.

- We want you to receive quality repair work to restore the damages to your property.

- We will provide you with a detailed estimate of the scope of the damage and costs of repairs. Should the contractor you select have questions concerning our estimate, they should contact your claim representative directly.

- Depending upon the complexity of your repair, our estimate may or may not include an allowance for general contractor's overhead and profit. If you have questions regarding general contractor's overhead and profit and whether general contractor services are appropriate for your loss, please contact your claim representative before proceeding with repairs.

- There may be building codes, ordinances, laws, or regulations that affect the repairs of your property. These items may or may not be covered by your policy. Please contact your claim representative if you have any questions regarding coverage which may be available under your policy.

- State Farm® cannot authorize any contractor to proceed with work on your property. Repairs should proceed only with your authorization.

- State Farm does not guarantee the quality of the workmanship of any contractor or guarantee that the work will be accomplished within any specific time frame.

- It is understood that the contractor is hired by you, our insured, and that they work for you - not State Farm.

If you have any questions or need additional information regarding your claim, please contact your claim representative immediately.

Date:    3/31/2022 2:11 PM                                132214.1  06-18-2009     Page: 1
                                                          SFWYNN_CF00000661PROD

CONFIDENTIAL

13-31G5-74X

 **State Farm** **Building Estimate Summary Guide**

This summary guide is based on a sample estimate and is provided for reference only.
Please refer to the estimate for specifics of your claim.

### State Farm Insurance

| | | | |
|---|---|---|---|
| Insured: | Smith, Joe & Jane | Estimate: | 00-0000-000 |
| Property: | 1 Main Street | Claim number: | 00-0000-000 |
| | Anywhere, IL 00000-0000 | Policy Number: | 00-00-0000-0 |
| Type of Loss: | Other | Price List: | ILBL8F_MAR 13 |
| Deductible: | $1,000.00 | | Restoration/Service/ |
| | | | Remodel |
| | | | F = Factored In. |
| | | | D = Do Not Apply |

### Summary for Dwelling

| | | | |
|---|---|---|---|
| Line Item Total [1] | | | 5,953.10 |
| Material Sales Tax | @ | 10.000% x 1,520.00 | |
| Subtotal | | | 6,105.10 |
| General Contractor Overhead [2] | @ | 10.0% x 6,105.10 | 610.51 |
| General Contractor Profit | @ | 10.0% x 6,105.10 | 610.51 |
| Replacement Cost Value (Including General Contractor Overhead and Profit [3] | | | 7,326.12 |
| Less Depreciation (Including Taxes) [4] | | | (832.50) |
| Less General Contractor Overhead & Profit on Recoverable & | | | |
| Non - recoverable Depreciation | | | (166.50) |
| Less Deductible [5] | | | |
| Net Actual Cash Value Payment [6] | | | |

### Maximum Additional Amounts Available If Incurred:

| | | |
|---|---|---|
| Total Line Item Depreciation (Including Taxes) [4] | 832.50 | |
| Less Non - recoverable Depreciation (Including Taxes) [7] | | |
| Subtotal | | 312.50 |
| General Contractor O&P on Depreciation | 166.50 | |
| Less General Contractor O&P on Non - recoverable Depreciation | | |
| Subtotal | | |
| Total Maximum Additional Amounts Available If Incurred [8] | | |
| Total Amount of Claim If Incurred [9] | | |

_____
Claim Representative

**ALL AMOUNTS PAYABLE ARE SUBJECT TO THE TERMS, CONDITIONS AND LIMITS OF YOUR POLICY.**

1. **Line Item Total** – Total value of all line items in the estimate plus possible adjustments for labor minimums. *Labor Minimum* is to cover a certain minimum number of hours for drive-time, set up time and applicable administrative costs and repairs.

2. **General Contractor's Overhead and Profit** – General contractor's charge for coordinating your repairs.

3. **Replacement Cost Value (RCV)** – Estimated cost to repair or replace damaged property.

4. **Depreciation** – The decrease in the value of property over a period of time due to wear, tear, condition, and obsolescence. A portion or all of this amount may be eligible for replacement cost benefits.

5. **Deductible** – The insurer will pay for losses, up to the policy limits, in excess of your applicable deductible.

6. **Net Actual Cash Value Payment (ACV)** – The repair or replacement cost of the damaged part of the property less depreciation and deductible.

7. **Non Recoverable Depreciation** – *Depreciation* applied to items that are not eligible for replacement cost benefits.

8. **Total Maximum Additional Amount if Incurred** – Total amount of recoverable depreciation after actual repair or replacement of the property.

9. **Total Amount of Claim if Incurred** – Total amount of the claim, including *net actual cash value payment and total maximum additional amount available if incurred.*

CONFIDENTIAL

## State Farm

WYNN, RIIAN                                                                                      13-31G5-74X

| | | | |
|---|---|---|---|
| Insured: | WYNN, RIIAN | Estimate: | 13-31G5-74X |
| Property: | | Claim Number: | 1331G574X |
| | EVANSTON, IL 60203-1603 | Policy Number: | 13EXT3946 |
| Home: | | Price List: | ILCC28_MAR22 |
| Cellular: | | | Restoration/Service/Remodel |
| Type of Loss: | Wind Damage | | |
| Deductible: | $1,480.00 | | |
| Date of Loss: | 3/6/2022 | | |
| Date Inspected: | 3/12/2022 | | |

### Summary for Coverage A - Dwelling - 35 Windstorm and Hail

| | |
|---|---|
| Line Item Total | 13,099.05 |
| Material Sales Tax | 375.90 |
| Replacement Cost Value | 13,474.95 |
| Less Depreciation (Including Taxes) | (3,392.60) |
| Less Deductible | (1,480.00) |
| Net Actual Cash Value Payment | $8,602.35 |

### Maximum Additional Amounts Available If Incurred:

| | | | |
|---|---|---|---|
| Total Line Item Depreciation (Including Taxes) | 3,392.60 | | |
| Less Non-recoverable Depreciation (Including Taxes) | <109.88> | | |
| Subtotal | 3,282.72 | | |
| Replacement Cost Benefits | | 3,282.72 | |
| Total Maximum Additional Amount Available If Incurred | | | 3,282.72 |
| Total Amount of Claim If Incurred | | | $11,885.07 |

Fister, John
770-418-6510

**ALL AMOUNTS PAYABLE ARE SUBJECT TO THE TERMS, CONDITIONS AND LIMITS OF YOUR POLICY.**

Date:    3/31/2022 2:11 PM                                                                    Page: 3

CONFIDENTIAL



# Explanation of Building Replacement Cost Benefits
## Homeowner Policy
### Coverage A – Dwelling – 35 Windstorm and Hail

To:  Name:      WYNN, RIIAN
     Address:
     City:      EVANSTON
     State/Zip: IL, 60203-1603

Insured:        WYNN, RIIAN                Claim Number:   1331G574X
Date of Loss:   3/6/2022                   Cause of Loss:  WIND

Your insurance policy provides replacement cost benefits for some or all of the loss or damage to your dwelling or structures. Replacement cost benefits pays the actual and necessary cost of repair or replacement, without a deduction for depreciation, subject to your policy's limit of liability. To receive replacement cost benefits you must:

1. Complete the actual repair or replacement of the damaged part of the property within two years of the date of loss;
2. Promptly notify us within 30 days after the work has been completed; and
3. Confirm completion of repair or replacement, by submitting invoices, receipts or other documentation to your agent or claim office.

Until these requirements have been satisfied, our payment(s) to you will be for the actual cash value of the damaged part of the property, which may include a deduction for depreciation.

Without waiving the above requirements, we will consider paying replacement cost benefits prior to actual repair or replacement if we determine repair or replacement costs will be incurred because repairs are substantially under way or you present a signed contract acceptable to us.

The estimate to repair or replace your damaged property is $13,474.95 . The enclosed claim payment to you of $8,602.35 is for the actual cash value of the damaged property at the time of loss, less any deductible that may apply. We determined the actual cash value by deducting depreciation from the estimated repair or replacement cost. Our estimate details the depreciation applied to your loss. Based on our estimate, the additional amount available to you for replacement cost benefits (recoverable depreciation) is $ 3,282.72 .

If you cannot have the repairs completed for the repair/replacement cost estimated, please contact your claim specialist prior to beginning repairs.

All policy provisions apply to your claim.

Date:   3/31/2022 2:11 PM

FC0006615 10/22/2020      Page: 4
SFWYNN_CF00000664PROD

CONFIDENTIAL

**State Farm**

WYNN, RIIAN

13-31G5-74X

**Dwelling**

**Exterior**



**Roof damage section**

| | |
|---|---|
| 924.97 Surface Area | 9.25 Number of Squares |
| 123.15 Total Perimeter Length | 26.00 Total Ridge Length |

| | QUANTITY | UNIT PRICE | TAX | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| 1. Roll roofing | | | | | | | |
| | 9.25 SQ | 119.74 | 63.71 | 1,171.31 | 12/20 yrs Avg. | (702.79) 60.00% | 468.52 |
| 2. Tear off, haul and dispose of roll roofing | | | | | | | |
| | 18.50 SQ | 66.18 | 0.00 | 1,224.33 | 12/20 yrs Avg. | (734.60) 60.00% | 489.73 |
| 3. Remove Additional charge for high roof (2 stories or greater) | | | | | | | |
| | 9.25 SQ | 8.47 | 0.00 | 78.35 | | | 78.35 |
| Applied to allow for 2 story home | | | | | | | |
| 4. Additional charge for high roof (2 stories or greater) | | | | | | | |
| | 9.25 SQ | 24.37 | 0.00 | 225.42 | | | 225.42 |
| 5. R&R Fiberboard - 1/2" | | | | | | | |
| | 924.97 SF | 2.16 | 36.03 | 2,033.96 | 12/20 yrs Avg. | (1,220.38) 60.00% | 813.58 |
| 6. Flashing - pipe jack - lead | | | | | | | |
| | 2.00 EA | 85.72 | 9.49 | 180.93 | | | 180.93 |
| 7. R&R Chimney flashing - small (24" x 24") | | | | | | | |
| | 1.00 EA | 392.01 | 4.58 | 396.59 | | | 396.59 |
| 8. R&R Flue cap | | | | | | | |
| | 1.00 EA | 176.38 | 12.11 | 188.49 | | | 188.49 |
| *** Begin Revision - John Fister - 3/31/2022 *** | | | | | | | |
| * 9. Chicago Flat Roof Repair Tarp Invoice | | | | | | | |
| | 1.00 EA | 1,250.00 EN | 0.00 | 1,250.00 | | | 1,250.00 |
| *** End Revision - John Fister - GLIG *** | | | | | | | |
| **Totals: Roof damage section** | | | **125.92** | **6,749.38** | | **2,657.77** | **4,091.61** |

Area Totals: Exterior

| | | |
|---|---|---|
| 3,767.12 SF Walls | 397.18 Exterior Perimeter of Walls | 3,767.12 SF Walls and Ceiling |
| 3,767.12 Exterior Wall Area | | 397.18 LF Floor Perimeter |
| 924.97 Surface Area | 9.25 Number of Squares | 123.15 Total Perimeter Length |
| 26.00 Total Ridge Length | | |

CONFIDENTIAL

**State Farm**

WYNN, RIJAN                                                                13-31G5-74X

**Total: Exterior**                    125.92      6,749.38                    2,657.77      4,091.61

**Front Elevation**

0.00 SF Walls              0.00 SF Ceiling              0.00 SF Walls & Ceiling
0.00 SF Floor              0.00 SF Short Wall           0.00 LF Floor Perimeter
0.00 SF Long Wall                                       0.00 LF Ceil. Perimeter

| | QUANTITY | UNIT PRICE | TAX | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|

There was no storm related damage found to this surface during inspection

| **Totals: Front Elevation** | | | **0.00** | **0.00** | | **0.00** | **0.00** |

**Right Elevation**

0.00 SF Walls              0.00 SF Ceiling              0.00 SF Walls & Ceiling
0.00 SF Floor              0.00 SF Short Wall           0.00 LF Floor Perimeter
0.00 SF Long Wall                                       0.00 LF Ceil. Perimeter

| | QUANTITY | UNIT PRICE | TAX | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| 10. R&R Fascia - metal - 4" | | | | | | | |
| | 17.10 LF | 7.54 | 2.91 | 131.84 | | | 131.84 |
| 11. R&R Siding - aluminum (.019 thickness) - Standard grade | | | | | | | |
| | 265.50 SF | 10.20 | 127.63 | 2,835.74 | 10/50 yrs Avg. | (567.16) 20.00% | 2,268.58 |
| 12. R&R House wrap (air/moisture barrier) | | | | | | | |
| | 265.50 SF | 0.57 | 4.90 | 156.24 | 10/150 yrs Avg. | (10.42) 6.67% | 145.82 |

| **Totals: Right Elevation** | | | **135.44** | **3,123.82** | | **577.58** | **2,546.24** |

**Rear Elevation**

0.00 SF Walls              0.00 SF Ceiling              0.00 SF Walls & Ceiling
0.00 SF Floor              0.00 SF Short Wall           0.00 LF Floor Perimeter
0.00 SF Long Wall                                       0.00 LF Ceil. Perimeter

| | QUANTITY | UNIT PRICE | TAX | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|

There was no storm related damage found to this surface during inspection

| **Totals: Rear Elevation** | | | **0.00** | **0.00** | | **0.00** | **0.00** |

CONFIDENTIAL

**State Farm**

WYNN, RIIAN                                                                                                              13-31G5-74X

## Left Elevation

| | | |
|---|---|---|
| 0.00 SF Walls | 0.00 SF Ceiling | 0.00 SF Walls & Ceiling |
| 0.00 SF Floor | 0.00 SF Short Wall | 0.00 LF Floor Perimeter |
| 0.00 SF Long Wall | | 0.00 LF Ceil. Perimeter |

| | QUANTITY | UNIT PRICE | TAX | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| There was no storm related damage found to this surface during inspection | | | | | | | |

| **Totals: Left Elevation** | | | **0.00** | **0.00** | | **0.00** | **0.00** |
|---|---|---|---|---|---|---|---|

## Main Level



**Bathroom**                                                                                                   **Height: 8'**

| | |
|---|---|
| 188.00 SF Walls | 33.60 SF Ceiling |
| 221.60 SF Walls & Ceiling | 33.60 SF Floor |
| 23.50 LF Ceil. Perimeter | 23.50 LF Floor Perimeter |

| | | |
|---|---|---|
| Door | 2' 6" X 6' 8" | Opens into Exterior |
| Window | 2' 6" X 4' | Opens into Exterior |

| | QUANTITY | UNIT PRICE | TAX | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| CEILING | | | | | | | |
| 13. R&R Blown-in insulation - 10" depth - R26 | | | | | | | |
| | 16.00 SF | 2.53 | 1.10 | 41.58 | | | 41.58 |
| 14. R&R 1/2" drywall - hung, taped, ready for texture | | | | | | | |
| | 16.00 SF | 2.95 | 0.85 | 48.05 | | | 48.05 |
| 15. Texture drywall - smooth / skim coat | | | | | | | |
| | 28.00 SF | 1.57 | 0.43 | 44.39 | | | 44.39 |
| 16. Seal/prime then paint the surface area (2 coats) | | | | | | | |
| | 28.00 SF | 0.91 | 0.55 | 26.03 | | | 26.03 |
| 17. Paint the ceiling - one coat | | | | | | | |
| | 33.60 SF | 0.64 | 0.45 | 21.95 | 8/15 yrs Avg. | (11.71) 53.33% | 10.24 |
| WALL | | | | | | | |
| 18. R&R Batt insulation - 10" - R30 - unfaced batt | | | | | | | |
| | 50.00 SF | 2.32 | 4.97 | 120.97 | | | 120.97 |
| 19. R&R 1/2" drywall - hung, taped, ready for texture | | | | | | | |
| | 50.00 SF | 2.95 | 2.67 | 150.17 | | | 150.17 |
| 20. Texture drywall - smooth / skim coat | | | | | | | |
| | 62.00 SF | 1.57 | 0.95 | 98.29 | | | 98.29 |
| 21. Seal/prime then paint the surface area (2 coats) | | | | | | | |
| | 62.00 SF | 0.91 | 1.21 | 57.63 | | | 57.63 |

Date:   3/31/2022 2:11 PM                                                                                                Page: 7

CONFIDENTIAL

## State Farm

WYNN, RIIAN

13-31G5-74X

### CONTINUED - Bathroom

|  | QUANTITY | UNIT PRICE | TAX | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| 22. Paint the walls - one coat | | | | | | | |
|  | 188.00 SF | 0.64 | 2.51 | 122.83 | 8/15 yrs Avg. | <65.51> 53.33% | 57.32 |
| **FLOOR** | | | | | | | |
| 23. Mask per square foot for drywall work | | | | | | | |
|  | 33.60 SF | 0.26 | 0.17 | 8.91 | | | 8.91 |
| No Accidental Direct Physical Loss | | | | | | | |
| **Totals: Bathroom** | | | **15.86** | **740.80** | | **77.22** | **663.58** |



| Closet | | Height: 8' |
|---|---|---|
| 127.33 SF Walls | 15.67 SF Ceiling | |
| 143.00 SF Walls & Ceiling | 15.67 SF Floor | |
| 19.67 LF Ceil. Perimeter | 15.17 LF Floor Perimeter | |

**Missing Wall - Goes to Floor**        4' 6" X 6' 8"        **Opens into BEDROOM**

|  | QUANTITY | UNIT PRICE | TAX | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| **CEILING** | | | | | | | |
| 24. R&R Blown-in insulation - 10" depth - R26 | | | | | | | |
|  | 15.67 SF | 2.53 | 1.08 | 40.73 | 8/150 yrs Avg. | (2.17) 5.33% | 38.56 |
| 25. R&R 1/2" drywall - hung, taped, ready for texture | | | | | | | |
|  | 15.67 SF | 2.95 | 0.84 | 47.07 | 8/150 yrs Avg. | (2.50) 5.33% | 44.57 |
| 26. Texture drywall - smooth / skim coat | | | | | | | |
|  | 15.67 SF | 1.57 | 0.24 | 24.84 | 8/150 yrs Avg. | (1.32) 5.33% | 23.52 |
| 27. Seal/prime then paint the ceiling (2 coats) | | | | | | | |
|  | 15.67 SF | 0.91 | 0.31 | 14.57 | 8/15 yrs Avg. | (7.78) 53.33% | 6.79 |
| 28. Paint the ceiling - one coat | | | | | | | |
|  | 15.67 SF | 0.64 | 0.21 | 10.24 | 8/15 yrs Avg. | (5.46) 53.33% | 4.78 |
| WALL | | | | | | | |

CONFIDENTIAL

## State Farm

WYNN, RIIAN

13-31G5-74X

### CONTINUED - Closet

| | QUANTITY | UNIT PRICE | TAX | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| 29. R&R Batt insulation - 10" - R30 - unfaced batt | | | | | | | |
| | 127.33 SF | 2.32 | 12.66 | 308.06 | 8/150 yrs Avg. | (16.43) 5.33% | 291.63 |
| 30. R&R 1/2" drywall - hung, taped, ready for texture | | | | | | | |
| | 127.33 SF | 2.95 | 6.79 | 382.41 | | | 382.41 |
| 31. Texture drywall - smooth / skim coat | | | | | | | |
| | 127.33 SF | 1.57 | 1.96 | 201.87 | | | 201.87 |
| 32. Seal/prime then paint the walls (2 coats) | | | | | | | |
| | 127.33 SF | 0.91 | 2.48 | 118.35 | | | 118.35 |
| 33. Paint the walls - one coat | | | | | | | |
| | 127.33 SF | 0.64 | 1.70 | 83.19 | 8/15 yrs Avg. | <44.37> 53.33% | 38.82 |
| FLOOR | | | | | | | |
| 34. Mask per square foot for drywall work | | | | | | | |
| | 15.67 SF | 0.26 | 0.08 | 4.15 | | | 4.15 |
| No Accidental Direct Physical Loss | | | | | | | |
| **Totals: Closet** | | | **28.35** | **1,235.48** | | **80.03** | **1,155.45** |

| Bedroom | | Height: 8' |
|---|---|---|
| | 368.67 SF Walls | 149.42 SF Ceiling |
| | 518.09 SF Walls & Ceiling | 149.42 SF Floor |
| | 52.83 LF Ceil. Perimeter | 48.33 LF Floor Perimeter |

| Window | 6' X 4' | Opens into Exterior |
|---|---|---|
| Missing Wall - Goes to Floor | 4' 6" X 6' 8" | Opens into CLOSET |
| Door | 2' 6" X 6' 8" | Opens into Exterior |
| Window | 2' 6" X 4' | Opens into Exterior |

| | QUANTITY | UNIT PRICE | TAX | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| CEILING | | | | | | | |
| No Accidental Direct Physical Loss | | | | | | | |
| WALL | | | | | | | |
| 35. R&R Wood window - casement, 3-11 sf, Premium grade | | | | | | | |
| | 1.00 EA | 875.49 | 68.80 | 944.29 | | | 944.29 |
| FLOOR | | | | | | | |

Date: 3/31/2022 2:11 PM

Page: 9

SFWYNN_CF00000669PROD

CONFIDENTIAL

## State Farm

WYNN, RIIAN                                                                    13-31G5-74X

### CONTINUED - Bedroom

| | QUANTITY | UNIT PRICE | TAX | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| 36. Mask per square foot for drywall work | | | | | | | |
| | 149.42 SF | 0.26 | 0.77 | 39.62 | | | 39.62 |
| **Totals: Bedroom** | | | 69.57 | 983.91 | | 0.00 | 983.91 |

**Kids Bedroom**                                                              **Height: 8'**

371.25 SF Walls                          149.09 SF Ceiling
520.34 SF Walls & Ceiling                149.09 SF Floor
52.70 LF Ceil. Perimeter                 48.20 LF Floor Perimeter

| Window | 5' 1" X 4' | Opens into Exterior |
|---|---|---|
| Door | 2' 6" X 6' 8" | Opens into Exterior |
| Missing Wall - Goes to Floor | 4' 6" X 6' 8" | Opens into Exterior |

| | QUANTITY | UNIT PRICE | TAX | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| CEILING | | | | | | | |
| No Accidental Direct Physical Loss | | | | | | | |
| WALL | | | | | | | |
| No Accidental Direct Physical Loss | | | | | | | |
| FLOOR | | | | | | | |
| 37. Mask per square foot for drywall work | | | | | | | |
| | 149.09 SF | 0.26 | 0.76 | 39.52 | | | 39.52 |
| 38. Content Manipulation charge - per hour | | | | | | | |
| | 3.00 HR | 59.33 | 0.00 | 177.99 | | | 177.99 |
| **Totals: Kids Bedroom** | | | 0.76 | 217.51 | | 0.00 | 217.51 |

Area Totals: Main Level

| 1,055.25 SF Walls | 347.78 SF Ceiling | 1,403.03 SF Walls and Ceiling |
|---|---|---|
| 347.78 SF Floor | 396.29 Total Area | 135.20 LF Floor Perimeter |
| 347.78 Floor Area | 141.70 Exterior Perimeter of Walls | 148.70 LF Ceil. Perimeter |
| 1,200.94 Exterior Wall Area | | 1,055.25 Interior Wall Area |

| **Total: Main Level** | 114.54 | 3,177.70 | | 157.25 | 3,020.45 |
|---|---|---|---|---|---|

CONFIDENTIAL

## State Farm

WYNN, RIIAN

13-31G5-74X

### Debris Removal

| | | |
|---|---|---|
| 0.00 SF Walls | 0.00 SF Ceiling | 0.00 SF Walls & Ceiling |
| 0.00 SF Floor | 0.00 SF Short Wall | 0.00 LF Floor Perimeter |
| 0.00 SF Long Wall | | 0.00 LF Ceil. Perimeter |

| | QUANTITY | UNIT PRICE | TAX | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| 39. Haul debris - per pickup truck load - including dump fees | | | | | | | |
| | 1.00 EA | 207.31 | 0.00 | 207.31 | | | 207.31 |
| **Totals: Debris Removal** | | | **0.00** | **207.31** | | **0.00** | **207.31** |

Area Totals: Dwelling

| | | |
|---|---|---|
| 4,822.37 SF Walls | 347.78 SF Ceiling | 5,170.14 SF Walls and Ceiling |
| 347.78 SF Floor | 396.29 Total Area | 532.37 LF Floor Perimeter |
| 347.78 Floor Area | 538.87 Exterior Perimeter of Walls | 148.70 LF Ceil. Perimeter |
| 4,968.06 Exterior Wall Area | | 1,055.25 Interior Wall Area |
| 924.97 Surface Area | 9.25 Number of Squares | 123.15 Total Perimeter Length |
| 26.00 Total Ridge Length | | |

| **Total: Dwelling** | **375.90** | **13,258.21** | **3,392.60** | **9,865.61** |
|---|---|---|---|---|

### Labor Minimums Applied

| | QUANTITY | UNIT PRICE | TAX | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| 40. Fireplace repair labor minimum | | | | | | | |
| | 1.00 EA | 216.74 | 0.00 | 216.74 | | | 216.74 |
| **Totals: Labor Minimums Applied** | | | **0.00** | **216.74** | | **0.00** | **216.74** |

| **Line Item Totals: 13-31G5-74X** | **375.90** | **13,474.95** | **3,392.60** | **10,082.35** |
|---|---|---|---|---|

### Grand Total Areas:

| | | |
|---|---|---|
| 4,822.37 SF Walls | 347.78 SF Ceiling | 5,170.14 SF Walls and Ceiling |
| 347.78 SF Floor | | 532.37 LF Floor Perimeter |
| | | 148.70 LF Ceil. Perimeter |
| 347.78 Floor Area | 396.29 Total Area | 1,055.25 Interior Wall Area |
| 4,968.06 Exterior Wall Area | 538.87 Exterior Perimeter of Walls | |
| 924.97 Surface Area | 9.25 Number of Squares | 123.15 Total Perimeter Length |
| 26.00 Total Ridge Length | | |

CONFIDENTIAL

## Trade Summary

Includes all applicable Tax, General Contractor O&P, and Labor Minimums

| DESCRIPTION | LINE ITEM QTY | REPL. COST TOTAL | ACV | NON-REC. DEPREC. | MAX ADDL. AMT AVAIL. |
|---|---|---|---|---|---|
| **CON    CONTENT MANIPULATION** | | | | | |
| Content Manipulation charge - per hour | 3.00 HR | $177.99 | $177.99 | $0.00 | $0.00 |
| **TOTAL CONTENT MANIPULATION** | | **$177.99** | **$177.99** | **$0.00** | **$0.00** |
| **DMO    GENERAL DEMOLITION** | | | | | |
| Haul debris - per pickup truck load - including dump fees | 1.00 EA | $207.31 | $207.31 | $0.00 | $0.00 |
| **TOTAL GENERAL DEMOLITION** | | **$207.31** | **$207.31** | **$0.00** | **$0.00** |
| **DRY    DRYWALL** | | | | | |
| R&R 1/2" drywall - hung, taped, ready for texture | 209.00 SF | $627.70 | $625.20 | $0.00 | $2.50 |
| Mask per square foot for drywall work | 347.78 SF | $92.20 | $92.20 | $0.00 | $0.00 |
| Texture drywall - smooth / skim coat | 233.00 SF | $369.39 | $368.07 | $0.00 | $1.32 |
| **TOTAL DRYWALL** | | **$1,089.29** | **$1,085.47** | **$0.00** | **$3.82** |
| **FPL    FIREPLACES** | | | | | |
| R&R Flue cap | 1.00 EA | $188.49 | $188.49 | $0.00 | $0.00 |
| Fireplace repair labor minimum | 1.00 EA | $216.74 | $216.74 | $0.00 | $0.00 |
| **TOTAL FIREPLACES** | | **$405.23** | **$405.23** | **$0.00** | **$0.00** |
| **INS    INSULATION** | | | | | |
| R&R Blown-in insulation - 10" depth - R26 | 31.67 SF | $82.31 | $80.14 | $0.00 | $2.17 |
| R&R Batt insulation - 10" - R30 - unfaced batt | 177.33 SF | $429.03 | $412.60 | $0.00 | $16.43 |
| **TOTAL INSULATION** | | **$511.34** | **$492.74** | **$0.00** | **$18.60** |
| **PNT    PAINTING** | | | | | |
| Paint - one coat | 364.60 SF | $238.21 | $111.16 | <$109.88> | $17.17 |
| Seal/prime then paint (2 coats) | 233.00 SF | $216.58 | $208.80 | $0.00 | $7.78 |
| **TOTAL PAINTING** | | **$454.79** | **$319.96** | **<$109.88>** | **$24.95** |
| **RFG    ROOFING** | | | | | |
| R&R Fiberboard - 1/2" | 924.97 SF | $2,033.96 | $813.58 | $0.00 | $1,220.38 |
| R&R Chimney flashing - small (24" x 24") | 1.00 EA | $396.59 | $396.59 | $0.00 | $0.00 |
| Flashing - pipe jack - lead | 2.00 EA | $180.93 | $180.93 | $0.00 | $0.00 |
| Additional charge for high roof (2 stories or greater) | 9.25 SQ | $225.42 | $225.42 | $0.00 | $0.00 |
| Remove Additional charge for high roof (2 stories or greater) | 9.25 SQ | $78.35 | $78.35 | $0.00 | $0.00 |
| Roll roofing | 9.25 SQ | $1,171.31 | $468.52 | $0.00 | $702.79 |

Note: Slight variances may be found within report sections due to rounding

SFWYNN_CF00000672PROD

CONFIDENTIAL

## Trade Summary

Includes all applicable Tax, General Contractor O&P, and Labor Minimums

| DESCRIPTION | LINE ITEM QTY | REPL. COST TOTAL | ACV | NON-REC. DEPREC. | MAX ADDL. AMT AVAIL. |
|---|---|---|---|---|---|
| **RFG**    **ROOFING** | | | | | |
| Tear off, haul and dispose of roll roofing | 18.50 SQ | $1,224.33 | $489.73 | $0.00 | $734.60 |
| **TOTAL ROOFING** | | **$5,310.89** | **$2,653.12** | **$0.00** | **$2,657.77** |
| **SDG**    **SIDING** | | | | | |
| R&R House wrap (air/moisture barrier) | 265.50 SF | $156.24 | $145.82 | $0.00 | $10.42 |
| R&R Siding - aluminum (.019 thickness) - Standard grade | 265.50 SF | $2,835.74 | $2,268.58 | $0.00 | $567.16 |
| **TOTAL SIDING** | | **$2,991.98** | **$2,414.40** | **$0.00** | **$577.58** |
| **SFG**    **SOFFIT, FASCIA, & GUTTER** | | | | | |
| R&R Fascia - metal - 4" | 17.10 LF | $131.84 | $131.84 | $0.00 | $0.00 |
| **TOTAL SOFFIT, FASCIA, & GUTTER** | | **$131.84** | **$131.84** | **$0.00** | **$0.00** |
| **TMP**    **TEMPORARY REPAIRS** | | | | | |
| Chicago Flat Roof Repair Tarp Invoice | 1.00 EA | $1,250.00 | $1,250.00 | $0.00 | $0.00 |
| **TOTAL TEMPORARY REPAIRS** | | **$1,250.00** | **$1,250.00** | **$0.00** | **$0.00** |
| **WDW**    **WINDOWS - WOOD** | | | | | |
| R&R Wood window - casement, 3-11 sf, Premium grade | 1.00 EA | $944.29 | $944.29 | $0.00 | $0.00 |
| **TOTAL WINDOWS - WOOD** | | **$944.29** | **$944.29** | **$0.00** | **$0.00** |
| **TOTALS** | | **$13,474.95** | **$10,082.35** | **<$109.88>** | **$3,282.72** |

Note: Slight variances may be found within report sections due to rounding

Date:    3/31/2022 2:11 PM

SFWYNN_CF00000673PROD

CONFIDENTIAL

Main Level



Kids Bedroom

Bedroom

Closet

Bathroom

Main Level

Date: 3/31/2022 2:11 PM

CONFIDENTIAL

Exterior





Roof damage section



Exterior

Date:    3/31/2022 2:11 PM

CONFIDENTIAL

**From:**no-reply@xactware.com
**Sent:**Tue, 8 Mar 2022 23:41:51 +0000 (UTC)
**To:**statefarmfireclaims@statefarm.com
**Subject:**[EXTERNAL] File Request completed - claim #1331G574X



Dear Catherine Willis,

RIIAN WYNN has completed their File Request - Property Task for claim number
1331G574X.

To view these updates in ClaimXperience, click the following link:

https://statefarm.claimxperience.com/project/2129838/custom-tasks?tab=assigned

Thank you,
ClaimXperience® Team

SFWYNN_CF00000911PROD

CONFIDENTIAL

**From:**no-reply@xactware.com
**Sent:**Mon, 7 Mar 2022 20:09:47 +0000 (UTC)
**To:**statefarmfireclaims@statefarm.com
**Subject:**[EXTERNAL] File Request completed - claim #1331G574X



Dear Catherine Willis,

RIIAN WYNN has completed their File Request - Property Task for claim number 1331G574X.

To view these updates in ClaimXperience, click the following link:

https://statefarm.claimxperience.com/project/2129838/custom-tasks?tab=assigned

Thank you,
ClaimXperience® Team

SFWYNN_CF00000913PROD

CONFIDENTIAL

**From:**donotreply@xactware.com
**Sent:**Mon, 18 Jul 2022 07:16:09 -0600 (MDT)
**To:**bernardo.soto@1800waterdamage.com;Byron.Wooten@1800waterdamage.com;800wd-programcompliancesupport@1800waterdamage.com;statefarmfireclaims@statefarm.com
**Subject:**[EXTERNAL] An Assignment Note Has Been Added in XactAnalysis

This email was sent from XactAnalysis on behalf of: John Jackson. Please email any replies to:
jjackson@alacrityservices.com

## An assignment note was added

----------------------------------------
**Claim #:** 1331G574X
**Note:**
The contractor has withdrawn from this assignment due to Homeowner not authorizing
work/inspection ...................... Alacrity will withdraw from the assignment.

To view the detailed information click on the following link:

https://xactanalysis.com/apps/xnportal/welcome.jsp?detail_mfn=050QG77&detail_tab=d_n
otes

Copyright 2005-2022 Xactware Solutions, Inc. All Rights Reserved.

SFWYNN_CF00002018PROD

CONFIDENTIAL