# EXHIBIT E



April 10, 2024

David Tracey
Sanford Heisler Sharp LLP
17 State St., 37th Floor
New York, NY 10004

RE:     **Huskey et al. vs. State Farm Fire & Casualty Company**
        **United States District Court for the Northern District of Colorado**
        **Civil Action No. 22-cv-07014**

Dear Mr. Tracey:

We received Plaintiff's Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action. RENFROE objects to the subpoena as invalid because it requires us to produce documents more than 100 miles from where RENFROE regularly transacts business in person. RENFROE further objects to the subpoena because it is broad, unduly burdensome, and seeks confidential information. Subject to and without waiving these objections, RENFROE has not provided State Farm with products or services that use or incorporate algorithmic tools to assist with the processing of homeowners insurance claims.

Sincerely,

*Ashley Hattaway*

Ashley Hattaway, General Counsel

E. A. Renfroe & Company, Inc.
1800 International Park Drive
Suite 250
Birmingham, AL 35243

205.982.6230
earenfroe.com