UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Jacqueline Huskey, et al.

Plaintiff,

v.

Case No.: 1:22−cv−07014
Honorable Jeffrey I Cummings

State Farm Fire & Casualty Company

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 23, 2024:

MINUTE entry before the Honorable Jeffrey T. Gilbert: Telephone status hearing held on 5/23/24. The Court reviewed the parties' Joint Status Report [94]. The Court modifies the order of 3/5/24 [81] as follows: By 6/6/24 the parties either shall agree on Rule 30(b)(6) deposition topics or, if they have not done so, then on that date they file a joint motion to resolve the parties' disputes in that regard. The joint motion also shall identify any Rule 30(b)(6) topics to which the parties have agreed. If the parties have not agreed by 6/6/24 on Rule 30(b)(6) topics, then they shall set a date or dates for the Rule 30(b)(6) deposition(s) within 10 days of a ruling on the joint motion to resolve any disputes with respect to deposition topics. The 8/9/24 deadline for completion of Rule 30(b)(6) depositions shall stand. By 6/6/24, the parties also shall file a status report on the status of the parties' further discussions on third−party subpoenas and Defendant's Motion for Protective Order 84. Defendant is given leave to file Exhibit [85−8] to its Motion [84] under seal. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.