**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JACQUELINE HUSKEY and RIIAN WYNN, on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br><br>  v.<br><br>STATE FARM FIRE & CASUALTY COMPANY,<br><br>   Defendant. | Case No. 22-cv-07014<br><br>Hon. Jeffrey I. Cummings<br><br>Magistrate Judge Jeffrey T. Gilbert |

**STATE FARM FIRE AND CASUALTY COMPANY'S
AGREED MOTION TO FILE UNDER SEAL PORTIONS OF THE PARTIES'
JOINT MOTION TO RESOLVE DISPUTE REGARDING 30(b)(6) TOPICS**

  Pursuant to the Confidentiality Order entered in this matter (Dkt. 65) and Local Rule 26.2(c), State Farm Fire and Casualty Company ("State Farm"), through its undersigned attorneys, and with the agreement of counsel for Plaintiffs Jacqueline Huskey and Riian Wynn ("Plaintiffs"), hereby submits this motion for leave to file under seal portions of the parties' Joint Motion to Resolve Dispute Regarding 30(b)(6) Topics ("Joint 30(b)(6) Motion"). In support of the present motion, State Farm states as follows:

  1.  The Confidentiality Order entered in this case permits designation of "Confidential Information," including information that falls within one or more of the following categories: (a) information prohibited from disclosure by statute; (b) information that reveals trade secrets; (c) research, technical, commercial or financial information that the party has maintained as confidential; (d) medical information concerning any individual; (e) personal identity information; (f) income tax returns (including attached schedules and forms), W-2 forms and 1099 forms; (g) personnel or employment records of a person who is not party to the case; or (h) information

relating to State Farm policyholders or claims data relating to claims filed by State Farm policyholders. Dkt. 65 ¶¶ 2–3.

2. Exhibits A, B, C and E to the parties' Joint 30(b)(6) Motion contain information that State Farm has designated as confidential pursuant to the Confidentiality Order entered in this case. State Farm designated this information as confidential pursuant to the Confidentiality Order because it is confidential, sensitive business information of State Farm, which State Farm takes special precaution to maintain as confidential and prevent disclosing publicly.

3. State Farm therefore respectfully requests leave to file under seal the portions of Exhibits A, B, C and E to the parties' Joint 30(b)(6) Motion containing information that State Farm has designated as confidential, and the portions of the parties' Joint 30(b)(6) Motion referring to the confidential information in these exhibits.

WHEREFORE, State Farm respectfully requests that the Court enter an order permitting State Farm to file the following documents under seal:

- the portions of Exhibits A, B, C and E to the parties' Joint 30(b)(6) Motion containing information that State Farm has designated as confidential; and

- the portions of the parties' Joint 30(b)(6) Motion referring to the confidential information in these exhibits.

Dated: June 6, 2024                                   Respectfully submitted,

/s/ Sondra A. Hemeryck
Patricia Brown Holmes
Joseph A. Cancila, Jr.
Sondra A. Hemeryck
Sarah E. Finch
Lauren Abendshien
RILEY SAFER HOLMES & CANCILA LLP
70 W. Madison St., Suite 2900

Chicago, IL 60602
Tel: 312-471-8700
Fax: 312-471-8701
pholmes@rshc-law.com
jcancila@rshc-law.com
shemeryck@rshc-law.com
sfinch@rshc-law.com
labendshien@rshc-law.com

*Attorneys for Defendant State Farm Fire and Casualty Company*