UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JACQUELINE HUSKEY and RIIAN WYNN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE & CASUALTY COMPANY,<br><br>Defendant. | Case No. 22-cv-07014<br><br>Hon. Jeffrey I. Cummings<br><br>Magistrate Judge Jeffrey T. Gilbert |

**STATE FARM FIRE AND CASUALTY COMPANY'S
AGREED MOTION TO FILE UNDER SEAL PORTIONS OF
THE PARTIES' JOINT STATUS REPORT PER MAY 23, 2024 ORDER**

Pursuant to the Confidentiality Order entered in this matter (Dkt. 65) and Local Rule 26.2(c), State Farm Fire and Casualty Company ("State Farm"), through its undersigned attorneys, and with the agreement of counsel for Plaintiffs Jacqueline Huskey and Riian Wynn ("Plaintiffs"), hereby submits this motion for leave to file under seal portions of the parties' Joint Status Report Per May 23, 2024 Order ("Joint Status Report"). In support of the present motion, State Farm states as follows:

1. The Confidentiality Order entered in this case permits designation of "Confidential Information," including information that falls within one or more of the following categories: (a) information prohibited from disclosure by statute; (b) information that reveals trade secrets; (c) research, technical, commercial or financial information that the party has maintained as confidential; (d) medical information concerning any individual; (e) personal identity information; (f) income tax returns (including attached schedules and forms), W-2 forms and 1099 forms; (g) personnel or employment records of a person who is not party to the case; or (h) information

relating to State Farm policyholders or claims data relating to claims filed by State Farm policyholders. Dkt. 65 ¶¶ 2–3.

2. The parties' Joint Status Report refers to materials that, in accordance with this Court's orders dated May 22, 2024 (Dkt. 96), and May 23, 2024 (Dkt. 97), were previously filed under seal in this matter at Dkts. 92-1 and 98.

3. The materials previously filed under seal at Dkts. 92-1 and 98 contain information that State Farm has designated as confidential pursuant to the Confidentiality Order entered in this case. State Farm designated this information as confidential pursuant to the Confidentiality Order because it is confidential, sensitive business information of State Farm, which State Farm takes special precaution to maintain as confidential and prevent disclosing publicly.

WHEREFORE, State Farm respectfully requests that the Court enter an order permitting State Farm to file under seal the portions of the portions of the parties' Joint Status Report containing information that State Farm has designated as confidential, as previously filed under seal at Dkts. 92-1 and 98.

Dated: June 6, 2024

Respectfully submitted,

/s/ Sondra A. Hemeryck
Patricia Brown Holmes
Joseph A. Cancila, Jr.
Sondra A. Hemeryck
Sarah E. Finch
Lauren Abendshien
RILEY SAFER HOLMES & CANCILA LLP
70 W. Madison St., Suite 2900
Chicago, IL 60602
Tel: 312-471-8700
Fax: 312-471-8701
pholmes@rshc-law.com
jcancila@rshc-law.com
shemeryck@rshc-law.com
sfinch@rshc-law.com

labendshien@rshc-law.com

*Attorneys for Defendant State Farm Fire and Casualty Company*
