### UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Jacqueline Huskey, et al.

                                              Plaintiff,

v.                                                                   Case No.: 1:22–cv–07014
                                                                  Honorable Jeffrey I Cummings

State Farm Fire & Casualty Company

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 7, 2024:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Defendant's Agreed Motion to File Under Seal Portions of the Parties' Joint Motion to Resolve Dispute Regarding 30(b)(6) Topics [101] and Defendant's Agreed Motion to File Under Seal Portions of the Parties' Joint Status Report Per May 23, 2024 Order [104] are granted. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.