# EXHIBIT E

| | |
|---|---|
| **From:** | Sharon Kim |
| **To:** | Sarah Finch; David Tracey; Sondra Hemeryck |
| **Cc:** | Patricia Holmes; Joseph Cancila; Lauren Abendshien; Huskey v. State Farm; Albert Powell; Alexander Rose; Jamie Crooks; Michael; deborah.archer@nyu.edu; jason.williamson@nyu.edu |
| **Subject:** | RE: [EXTERNAL EMAIL] Huskey v. State Farm - State Farm"s Discovery Responses / Productions |
| **Date:** | Tuesday, July 2, 2024 9:57:46 AM |
| **Attachments:** | image001.png |

Sarah:

We wanted to check in about the document productions made by State Farm in response to Plaintiffs' Third Set of Requests for Production that was issued on March 27th. More than three months have passed, and State Farm has produced only ten documents ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ State Farm's productions notably do not even cover all of the fourteen tools it has disclosed in connection with Phase I discovery.

We are mindful of the fact that, under the operative schedule, the 30(b)(6) deposition must be completed by August 9th. Given the short time that remains from now until that date, we would like to promptly receive the documents to which we are entitled pursuant to our Phase I discovery requests. In turn, could you please confirm that State Farm will substantially complete its production by next Friday, July 12, 2024?

If we don't have confirmation that State Farm will complete its production in a timely manner, then we may have no choice but to seek assistance of the court.

Thank you in advance.

Sharon Kim
**Senior Litigation Counsel, bio**

17 State Street, 37th Floor, New York, NY 10004
**DIRECT:** 646-402-5660 | **MAIN:** 646-402-5650



**New York**
**Washington, DC**
**San Francisco**
**Palo Alto**
**Baltimore**
**Nashville**
**San Diego**

DISCLAIMER: The email above is intended only for the professional and/or personal use of the recipient(s) identified. This email may include attorney-work product and may be an attorney-client communication and as such privileged and confidential. If you have received this email in error, delete the original email and any copies of it and please notify me immediately. You may not review, copy, or distribute this email if you are not an intended recipient.

**From:** Sarah Finch <SFinch@rshc-law.com>
**Sent:** Friday, June 21, 2024 11:10 AM
**To:** Sharon Kim <sharonkim@sanfordheisler.com>; David Tracey <dtracey@sanfordheisler.com>; Sondra Hemeryck <Shemeryck@rshc-law.com>
**Cc:** Patricia Holmes <pholmes@rshc-law.com>; Joseph Cancila <jcancila@rshc-law.com>; Lauren

Abendshien <LAbendshien@rshc-law.com>; Huskey v. State Farm <HuskeyMatter@sanfordheisler.com>; Albert Powell <apowell@sanfordheisler.com>; Alexander Rose <alexander@fairmarklaw.com>; Jamie Crooks <jamie@fairmarklaw.com>; Michael <michael@fairmarklaw.com>; deborah.archer@nyu.edu; jason.williamson@nyu.edu
**Subject:** RE: [EXTERNAL EMAIL] Huskey v. State Farm - State Farm's Discovery Responses / Productions

———*EXTERNAL EMAIL*———

Sharon:

State Farm made a production on June 10. The next production is being prepared and State Farm anticipates production next week.

Regards,
Sarah

---

**From:** Sharon Kim <sharonkim@sanfordheisler.com>
**Sent:** Thursday, June 20, 2024 4:21 PM
**To:** Sarah Finch <SFinch@rshc-law.com>; David Tracey <dtracey@sanfordheisler.com>; Sondra Hemeryck <Shemeryck@rshc-law.com>
**Cc:** Patricia Holmes <pholmes@rshc-law.com>; Joseph Cancila <jcancila@rshc-law.com>; Lauren Abendshien <LAbendshien@rshc-law.com>; Huskey v. State Farm <HuskeyMatter@sanfordheisler.com>; Albert Powell <apowell@sanfordheisler.com>; Alexander Rose <alexander@fairmarklaw.com>; Jamie Crooks <jamie@fairmarklaw.com>; Michael <michael@fairmarklaw.com>; deborah.archer@nyu.edu; jason.williamson@nyu.edu
**Subject:** RE: [EXTERNAL EMAIL] Huskey v. State Farm - State Farm's Discovery Responses / Productions

Sarah:

Just wanted to check in. Could you let us know if there are any other productions that will be sent to us, and if so, by when?

Thanks.

### Sharon Kim

***Senior Litigation Counsel, bio***

17 State Street, 37th Floor, New York, NY 10004
**DIRECT:** 646-402-5660 | **MAIN:** 646-402-5650

**New York**
**Washington, DC**



San Francisco
Palo Alto
Baltimore
Nashville
San Diego

DISCLAIMER: The email above is intended only for the professional and/or personal use of the recipient(s) identified. This email may include attorney-work product and may be an attorney-client communication and as such privileged and confidential. If you have received this email in error, delete the original email and any copies of it and please notify me immediately. You may not review, copy, or distribute this email if you are not an intended recipient.

**From:** Sarah Finch <SFinch@rshc-law.com>
**Sent:** Friday, June 7, 2024 9:38 AM
**To:** Sharon Kim <sharonkim@sanfordheisler.com>; David Tracey <dtracey@sanfordheisler.com>; Sondra Hemeryck <Shemeryck@rshc-law.com>
**Cc:** Patricia Holmes <pholmes@rshc-law.com>; Joseph Cancila <jcancila@rshc-law.com>; Lauren Abendshien <LAbendshien@rshc-law.com>; Huskey v. State Farm <HuskeyMatter@sanfordheisler.com>; Albert Powell <apowell@sanfordheisler.com>; Alexander Rose <alexander@fairmarklaw.com>; Jamie Crooks <jamie@fairmarklaw.com>; Michael <michael@fairmarklaw.com>; deborah.archer@nyu.edu; jason.williamson@nyu.edu
**Subject:** RE: [EXTERNAL EMAIL] Huskey v. State Farm - State Farm's Discovery Responses / Productions

———**EXTERNAL EMAIL**———

Sharon:

I don't have any more specific information at this time, and will update Plaintiffs as soon as I do.

Sarah

**From:** Sharon Kim <sharonkim@sanfordheisler.com>
**Sent:** Wednesday, June 5, 2024 7:37 PM
**To:** Sarah Finch <SFinch@rshc-law.com>; David Tracey <dtracey@sanfordheisler.com>; Sondra Hemeryck <Shemeryck@rshc-law.com>
**Cc:** Patricia Holmes <pholmes@rshc-law.com>; Joseph Cancila <jcancila@rshc-law.com>; Lauren Abendshien <LAbendshien@rshc-law.com>; Huskey v. State Farm <HuskeyMatter@sanfordheisler.com>; Albert Powell <apowell@sanfordheisler.com>; Alexander Rose <alexander@fairmarklaw.com>; Jamie Crooks <jamie@fairmarklaw.com>; Michael <michael@fairmarklaw.com>; deborah.archer@nyu.edu; jason.williamson@nyu.edu
**Subject:** RE: [EXTERNAL EMAIL] Huskey v. State Farm - State Farm's Discovery Responses / Productions

Sarah:

Thank you. Last week, you informed us that an initial and subsequent production of documents would be produced by this week. Could you give us a more concrete estimate?

# Sharon Kim

**Senior Litigation Counsel, bio**

17 State Street, 37th Floor, New York, NY 10004

**DIRECT:** 646-402-5660 | **MAIN:** 646-402-5650



**New York**
**Washington, DC**
**San Francisco**
**Palo Alto**
**Baltimore**
**Nashville**
**San Diego**

**DISCLAIMER**: The email above is intended only for the professional and/or personal use of the recipient(s) identified. This email may include attorney-work product and may be an attorney-client communication and as such privileged and confidential. If you have received this email in error, delete the original email and any copies of it and please notify me immediately. You may not review, copy, or distribute this email if you are not an intended recipient.

**From:** Sarah Finch <SFinch@rshc-law.com>
**Sent:** Wednesday, June 5, 2024 11:39 AM
**To:** Sharon Kim <sharonkim@sanfordheisler.com>; David Tracey <dtracey@sanfordheisler.com>; Sondra Hemeryck <Shemeryck@rshc-law.com>
**Cc:** Patricia Holmes <pholmes@rshc-law.com>; Joseph Cancila <jcancila@rshc-law.com>; Lauren Abendshien <LAbendshien@rshc-law.com>; Huskey v. State Farm <HuskeyMatter@sanfordheisler.com>; Albert Powell <apowell@sanfordheisler.com>; Alexander Rose <alexander@fairmarklaw.com>; Jamie Crooks <jamie@fairmarklaw.com>; Michael <michael@fairmarklaw.com>; deborah.archer@nyu.edu; jason.williamson@nyu.edu
**Subject:** RE: [EXTERNAL EMAIL] Huskey v. State Farm - State Farm's Discovery Responses / Productions


*EXTERNAL EMAIL*

Sarah:

Collection, review and processing of responsive documents remains underway. State Farm will make subsequent productions as soon as practicable.

Regards,
Sarah

**From:** Sharon Kim <sharonkim@sanfordheisler.com>
**Sent:** Wednesday, June 5, 2024 8:33 AM
**To:** Sarah Finch <SFinch@rshc-law.com>; David Tracey <dtracey@sanfordheisler.com>; Sondra Hemeryck <Shemeryck@rshc-law.com>
**Cc:** Patricia Holmes <pholmes@rshc-law.com>; Joseph Cancila <jcancila@rshc-law.com>; Lauren Abendshien <LAbendshien@rshc-law.com>; Huskey v. State Farm <HuskeyMatter@sanfordheisler.com>; Albert Powell <apowell@sanfordheisler.com>; Alexander Rose <alexander@fairmarklaw.com>; Jamie Crooks <jamie@fairmarklaw.com>; Michael <michael@fairmarklaw.com>; deborah.archer@nyu.edu; jason.williamson@nyu.edu
**Subject:** RE: [EXTERNAL EMAIL] Huskey v. State Farm - State Farm's Discovery Responses / Productions

Sarah:

Could we receive an update on the initial and subsequent productions to be produced?

Thank you in advance.

Sharon Kim

***Senior Litigation Counsel,* bio**

17 State Street, 37th Floor, New York, NY 10004
**DIRECT:** 646-402-5660 | **MAIN:** 646-402-5650



**New York**
**Washington, DC**
**San Francisco**
**Palo Alto**
**Baltimore**
**Nashville**
**San Diego**

**DISCLAIMER**: The email above is intended only for the professional and/or personal use of the recipient(s) identified. This email may include attorney-work product and may be an attorney-client communication and as such privileged and confidential. If you have received this email in error, delete the original email and any copies of it and please notify me immediately. You may not review, copy, or distribute this email if you are not an intended recipient.

**From:** Sarah Finch <SFinch@rshc-law.com>
**Sent:** Tuesday, May 14, 2024 11:13 AM
**To:** David Tracey <dtracey@sanfordheisler.com>; Sondra Hemeryck <Shemeryck@rshc-law.com>
**Cc:** Patricia Holmes <pholmes@rshc-law.com>; Joseph Cancila <jcancila@rshc-law.com>; Lauren Abendshien <LAbendshien@rshc-law.com>; Huskey v. State Farm <HuskeyMatter@sanfordheisler.com>; Albert Powell <apowell@sanfordheisler.com>; Sharon Kim <sharonkim@sanfordheisler.com>; Alexander Rose <alexander@fairmarklaw.com>; Jamie Crooks <jamie@fairmarklaw.com>; Michael <michael@fairmarklaw.com>; deborah.archer@nyu.edu; jason.williamson@nyu.edu

**Subject:** RE: [EXTERNAL EMAIL] Huskey v. State Farm - State Farm's Discovery Responses / Productions

———*EXTERNAL EMAIL*———

Hi David:

Sondra is out until Thursday conducting a class cert hearing.

State Farm anticipates making an initial production of documents this week. We are working with our client to gather additional responsive documents for a subsequent production. We are also in discussion with our client regarding Plaintiffs' most recent version of the ESI protocol.

Thank you,
Sarah

---

**From:** David Tracey <dtracey@sanfordheisler.com>
**Sent:** Friday, May 10, 2024 3:06 PM
**To:** Sondra Hemeryck <Shemeryck@rshc-law.com>
**Cc:** Patricia Holmes <pholmes@rshc-law.com>; Joseph Cancila <jcancila@rshc-law.com>; Lauren Abendshien <LAbendshien@rshc-law.com>; Huskey v. State Farm <HuskeyMatter@sanfordheisler.com>; Albert Powell <apowell@sanfordheisler.com>; Sharon Kim <sharonkim@sanfordheisler.com>; Alexander Rose <alexander@fairmarklaw.com>; Jamie Crooks <jamie@fairmarklaw.com>; Michael <michael@fairmarklaw.com>; deborah.archer@nyu.edu; jason.williamson@nyu.edu; Sarah Finch <SFinch@rshc-law.com>
**Subject:** [EXTERNAL EMAIL] Huskey v. State Farm - State Farm's Discovery Responses / Productions

Hi Sondra:

I hope things are well. Do you have an update on when we can expect a production of documents from State Farm in response to our March 27, 2024, discovery requests? We are cognizant of the May 24, 2024, deadline to agree on 30(b)(6) topics, which practically speaking, may be difficult to do without any production from State Farm in response to our March 27 RFPs.

Best,

David

# David Tracey (he/him/his)

***Firm Managing Partner and Public Interest Litigation Practice Group Co-Chair,*** *bio*

17 State Street, 37th Floor, New York, NY 10004
**DIRECT:** 646-402-5667 | **MAIN:** 646-402-5650



New York
Washington, DC
San Francisco
Palo Alto
Baltimore
Nashville
San Diego

DISCLAIMER: The email above is intended only for the professional and/or personal use of the recipient(s) identified. This email may include attorney-work product and may be an attorney-client communication and as such privileged and confidential. If you have received this email in error, delete the original email and any copies of it and please notify me immediately. You may not review, copy, or distribute this email if you are not an intended recipient.

**From:** Sarah Finch <SFinch@rshc-law.com>
**Sent:** Friday, April 26, 2024 5:59 PM
**To:** Albert Powell <apowell@sanfordheisler.com>; David Tracey <dtracey@sanfordheisler.com>; Sharon Kim <sharonkim@sanfordheisler.com>; Alexander Rose <alexander@fairmarklaw.com>; Jamie Crooks <jamie@fairmarklaw.com>; Michael <michael@fairmarklaw.com>; deborah.archer@nyu.edu; jason.williamson@nyu.edu
**Cc:** Patricia Holmes <pholmes@rshc-law.com>; Joseph Cancila <jcancila@rshc-law.com>; Sondra Hemeryck <Shemeryck@rshc-law.com>; Lauren Abendshien <LAbendshien@rshc-law.com>
**Subject:** Huskey v. State Farm - State Farm's Discovery Responses

———EXTERNAL EMAIL———

Counsel:

Please see the attached.

Regards,
Sarah


Sarah E. Finch
**Riley Safer Holmes & Cancila LLP**
70 W. Madison St., Suite 2900
Chicago, Illinois 60602
312.471.8728
www.rshc-law.com



CONFIDENTIALITY NOTE: This e-mail is intended only for the use of the individual or entity to

which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this e-mail message is not the intended recipient, or the employee or agent responsible for delivery of the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is prohibited. If you have received this e-mail in error, please notify us immediately by telephone at (312) 471-8700 and also indicate the sender's name. Thank you.