# EXHIBIT G

| | |
|---|---|
| **From:** | Sarah Finch |
| **To:** | Sharon Kim; Sondra Hemeryck; Lauren Abendshien; Joseph Cancila; Patricia Holmes |
| **Cc:** | Huskey v. State Farm |
| **Subject:** | RE: [EXTERNAL EMAIL] Huskey v. State Farm - Correspondence |
| **Date:** | Monday, July 15, 2024 11:20:51 AM |
| **Attachments:** | image001.png |

———***EXTERNAL EMAIL***———

Sharon:

Sondra and I are available for a meet and confer on Wednesday between 11am and 2pm CST if somewhere in that range works for Plaintiffs.

Regards,
Sarah

---

**From:** Sharon Kim <sharonkim@sanfordheisler.com>
**Sent:** Monday, July 15, 2024 9:12 AM
**To:** Sarah Finch <SFinch@rshc-law.com>; Sondra Hemeryck <Shemeryck@rshc-law.com>; Lauren Abendshien <LAbendshien@rshc-law.com>; Joseph Cancila <jcancila@rshc-law.com>; Patricia Holmes <pholmes@rshc-law.com>
**Cc:** Huskey v. State Farm <HuskeyMatter@sanfordheisler.com>
**Subject:** RE: [EXTERNAL EMAIL] Huskey v. State Farm - Correspondence

Sarah:

We have received the production that was sent following my email at 5:34 PM ET on Friday. That production appears to include a ▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅. More than three months have passed, and yet, State Farm has produced only 11 documents (▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅) and ▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅.

In light of the deficient productions made to date and since State Farm is unable to provide a concrete answer as to when it can meet substantial completion (with the 7/12 date having already passed), we request a meet and confer, so we can proceed with our motion to compel. Let us know what days and times work for you today or tomorrow.

Thank you.

**Sharon Kim**
***Senior Litigation Counsel,*** *bio*
17 State Street, 37th Floor, New York, NY 10004
**DIRECT:** 646-402-5660 | **MAIN:** 646-402-5650

**New York**
**Washington, DC**



San Francisco
Palo Alto
Baltimore
Nashville
San Diego

**DISCLAIMER**: The email above is intended only for the professional and/or personal use of the recipient(s) identified. This email may include attorney-work product and may be an attorney-client communication and as such privileged and confidential. If you have received this email in error, delete the original email and any copies of it and please notify me immediately. You may not review, copy, or distribute this email if you are not an intended recipient.

**From:** Sharon Kim <sharonkim@sanfordheisler.com>
**Sent:** Friday, July 12, 2024 4:10 PM
**To:** Sarah Finch <SFinch@rshc-law.com>; Sondra Hemeryck <Shemeryck@rshc-law.com>; Lauren Abendshien <LAbendshien@rshc-law.com>; Joseph Cancila <jcancila@rshc-law.com>; Patricia Holmes <pholmes@rshc-law.com>
**Cc:** Huskey v. State Farm <HuskeyMatter@sanfordheisler.com>
**Subject:** RE: [EXTERNAL EMAIL] Huskey v. State Farm - Correspondence

Sarah:

Thank you for the response and glad to see that State Farm's responses will be amended to include Accurint as one of the tools relevant to this case.

Plaintiffs' deficiency letter from June 20th had requested that, where non-disclosure is due to the time period, State Farm identify the time period for when it used SAS. In line with Plaintiffs' letter, please let us know when SAS was used by State Farm. At a minimum, Plaintiffs have a right to know when State Farm stopped using SAS.

When can we expect State Farm to respond to the July 9th email requesting clarity with respect to the tools for which documents appear to have been produced to date?

Will State Farm be making productions by today, in line with the substantial completion date, for the tools for which documents have not been produced to date? If not, by when? If you do not have a concrete answer, then please let me know when you can meet and confer early next week, as we will have no choice but to go to the court.

And when can we expect State Farm's productions in relation to Accurint?

Thank you in advance.

Sharon Kim

***Senior Litigation Counsel, bio***

17 State Street, 37th Floor, New York, NY 10004
**DIRECT:** 646-402-5660 | **MAIN:** 646-402-5650



New York
Washington, DC
San Francisco
Palo Alto
Baltimore
Nashville
San Diego

DISCLAIMER: The email above is intended only for the professional and/or personal use of the recipient(s) identified. This email may include attorney-work product and may be an attorney-client communication and as such privileged and confidential. If you have received this email in error, delete the original email and any copies of it and please notify me immediately. You may not review, copy, or distribute this email if you are not an intended recipient.

---

**From:** Sarah Finch <SFinch@rshc-law.com>
**Sent:** Friday, July 12, 2024 1:00 PM
**To:** Sharon Kim <sharonkim@sanfordheisler.com>; Sondra Hemeryck <Shemeryck@rshc-law.com>; Lauren Abendshien <LAbendshien@rshc-law.com>; Joseph Cancila <jcancila@rshc-law.com>; Patricia Holmes <pholmes@rshc-law.com>
**Cc:** Huskey v. State Farm <HuskeyMatter@sanfordheisler.com>
**Subject:** RE: [EXTERNAL EMAIL] Huskey v. State Farm - Correspondence

———**EXTERNAL EMAIL**———

Sharon, David:

We write in response to your June 20, 2024 letter regarding State Farm's responses to Plaintiffs' Second Set of Interrogatories and Third Set of Requests for Production.

Your letter identified two "tools" not included in State Farm's response to Plaintiffs' Interrogatory No. 10—Accurint and SAS. Your identification of those tools was based on Paul Lehmann's deposition testimony from the *Connectors Realty* case.

After additional investigation, State Farm will amend its response to Interrogatory No. 10 to include Accurint. State Farm will also produce nonprivileged documents sufficient to generally describe Accurint.

State Farm's amended response to Interrogatory No. 10 will not include SAS. State Farm did not use any SAS-based tools during the class period to assist in the routing of Homeowners Insurance structural damage claims or the identification of potentially fraudulent Homeowners Insurance structural damage claims.

Additionally, we are looking into Sharon's July 9 email request for additional documents regarding previously identified tools and will respond in due course.

Regards,
Sarah


Sarah E. Finch
**Riley Safer Holmes & Cancila LLP**
70 W. Madison St., Suite 2900
Chicago, Illinois 60602
312.471.8728

www.rshc-law.com



---

**From:** Sharon Kim <sharonkim@sanfordheisler.com>
**Sent:** Thursday, June 20, 2024 4:30 PM
**To:** Sondra Hemeryck <Shemeryck@rshc-law.com>; Sarah Finch <SFinch@rshc-law.com>; Lauren Abendshien <LAbendshien@rshc-law.com>; Joseph Cancila <jcancila@rshc-law.com>; Patricia Holmes <pholmes@rshc-law.com>
**Cc:** Huskey v. State Farm <HuskeyMatter@sanfordheisler.com>
**Subject:** [EXTERNAL EMAIL] Huskey v. State Farm - Correspondence

Counsel:

Please see the attached correspondence concerning Defendant's responses to Plaintiffs' Amended Interrogatories and Third Set of Requests for Documents.


Sharon Kim
*Senior Litigation Counsel, bio*
17 State Street, 37th Floor, New York, NY 10004
**DIRECT:** 646-402-5660 | **MAIN:** 646-402-5650

**New York**
**Washington, DC**
**San Francisco**
**Palo Alto**
**Baltimore**



**Nashville**

**San Diego**

**DISCLAIMER**: The email above is intended only for the professional and/or personal use of the recipient(s) identified. This email may include attorney-work product and may be an attorney-client communication and as such privileged and confidential. If you have received this email in error, delete the original email and any copies of it and please notify me immediately. You may not review, copy, or distribute this email if you are not an intended recipient.

CONFIDENTIALITY NOTE: This e-mail is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this e-mail message is not the intended recipient, or the employee or agent responsible for delivery of the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is prohibited. If you have received this e-mail in error, please notify us immediately by telephone at (312) 471-8700 and also indicate the sender's name. Thank you.