## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Jacqueline Huskey, et al.

                                        Plaintiff,

v.                                                                Case No.: 1:22–cv–07014

                                                                           Honorable Jeffrey I Cummings

State Farm Fire & Casualty Company

                                        Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 26, 2024:

      MINUTE entry before the Honorable Jeffrey T. Gilbert:The Court sets the following briefing schedule on Plaintiffs' Motion to Compel [113]: any response is due by 8/9/24, and a reply is due by 8/16/24. Emailed notice (yt)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.