UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JACQUELINE HUSKEY and RIIAN WYNN, on behalf of themselves and all others similarly situated, | Case No. 22-cv-07014 |
| Plaintiffs, | Hon. Jeffrey I. Cummings |
| v. | Magistrate Judge Jeffrey T. Gilbert |
| STATE FARM FIRE & CASUALTY COMPANY, | |
| Defendant. | |

## NOTICE OF CHANGE OF PHYSICAL AND MAILING ADDRESS

PLEASE TAKE NOTICE, that effective immediately, the physical and mailing address for the undersigned will change to:

Riley Safer Holmes & Cancila LLP
1 South Dearborn Street, Suite 2200
Chicago, Illinois 60603

Dated: July 26, 2024

Respectfully submitted,

/s/ Sondra A. Hemeryck
Patricia Brown Holmes
Joseph A. Cancila, Jr.
Sondra A. Hemeryck
Sarah E. Finch
Lauren Abendshien
RILEY SAFER HOLMES & CANCILA LLP
1 South Dearborn St., Suite 2200
Chicago, IL 60603
Tel: 312-471-8700
Fax: 312-471-8701
pholmes@rshc-law.com
jcancila@rshc-law.com
shemeryck@rshc-law.com
sfinch@rshc-law.com

labendshien@rshc-law.com

*Attorneys for Defendant State Farm Fire and Casualty Company*

2