**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JACQUELINE HUSKEY and RIIAN WYNN, on behalf of themselves and all others similarly situated, | Case No. 22-cv-07014 |
| Plaintiffs, | Hon. Jeffrey I. Cummings |
| v. | Magistrate Judge Jeffrey T. Gilbert |
| STATE FARM FIRE & CASUALTY COMPANY, | |
| Defendant. | |

**JOINT MOTION REQUESTING EXTENSION OF 30(b)(6) DEPOSITION DEADLINE**

On March 5, 2024, Judge Sunil R. Harjani set a schedule for Phase I discovery with 30(b)(6) depositions to be completed by August 9, 2024 (Dkt. 81). On May 23, 2024, the Court reaffirmed the August 9, 2024 deadline (Dkt. 97). Following conferral, the Parties request that the Court extend the August 9, 2024 deadline to September 30, 2024, in light of ongoing discovery disputes and to accommodate scheduling constraints.

First, Plaintiffs filed a Motion to Compel relating to Defendant's production of documents on July 24, 2024 (Dkt. 112, "Motion"). On July 26, 2024, the Court set a briefing schedule with August 9, 2024, as the deadline for Defendant's response to Plaintiffs' Motion and August 16, 2024, as the deadline for Plaintiffs' reply (Dkt. 115). The Parties submit that the August 9 deadline for the completion of the 30(b)(6) deposition should be extended to allow sufficient time for the Court to rule on that Motion before the 30(b)(6) deposition commences.

Second, the Parties' joint motion to resolve their dispute on 30(b)(6) deposition topics remains pending before the Court.

Third, Defendant's Motion for a Protective Order against Plaintiffs' Third-Party Subpoenas remains pending before the Court (Dkts. 85, 88, 93, 103).

Fourth, Defendant has indicated that time will be needed to determine and confirm the availability of its corporate representatives for the 30(b)(6) depositions, and to prepare those representatives to testify on the noticed topics. The Parties also have scheduling constraints that compel their request for an extension of the 30(b)(6) deposition deadline to the end of September 2024.

Given the aforementioned, the Parties respectfully request an extension of the August 9, 2024 deadline to September 30, 2024.

1

Dated: August 2, 2024

/s/ David Tracey

**SANFORD HEISLER SHARP, LLP**
David Tracey (Pro Hac Vice)
Albert Powell (Pro Hac Vice)
Sharon Kim (Pro Hac Vice)
17 State Street, 37th Floor
New York, NY 10004
Phone: (646) 402-5667
dtracey@sanfordheisler.com
apowell@sanfordheisler.com
sharonkim@sanfordheisler.com

**FAIRMARK PARTNERS, LLP**
Alexander Rose (Pro Hac Vice)
Jamie Crooks (Pro Hac Vice)
Michael Lieberman (Pro Hac Vice)
1825 7th St NW, #821
Washington, DC 20001
Phone: (301) 458-0564
alexander@fairmarklaw.com
jamie@fairmarklaw.com
michael@fairmarklaw.com

**CENTER ON RACE, INEQUALITY, AND THE LAW AT NEW YORK UNIVERSITY SCHOOL OF LAW**
Deborah N. Archer (Pro Hac Vice)
Jason D. Williamson (Pro Hac Vice)
139 MacDougal Street
New York, NY 10012
Phone: (212) 998-6882
deborah.archer@nyu.edu
jason.williamson@nyu.edu

**MEHRI & SKALET PLLC**
Joshua Karsh
1237 Judson Ave.
Evanston, IL 60202
Phone: (773) 505-7533
jkarsh@findjustice.com
ARDC No. 6203096

*Counsel for Plaintiffs and the Proposed Class*

/s/ Sondra A. Hemeryck

**RILEY SAFER HOLMES & CANCILA LLP**
Patricia Brown Holmes
Joseph A. Cancila, Jr.
Sondra A. Hemeryck
Sarah E. Finch
Lauren Abendshien
70 W. Madison St., Suite 2900
Chicago, IL 60602
Phone: 312-471-8700
pholmes@rshc-law.com
jcancila@rshc-law.com
shemeryck@rshc-law.com
sfinch@rshc-law.com
labendshien@rshc-law.com

*Counsel for Defendant State Farm Fire & Casualty Company*