# EXHIBIT 3

| | |
|---|---|
| **From:** | David Tracey |
| **To:** | Sondra Hemeryck; Sharon Kim; Sarah Finch; Lauren Abendshien; Joseph Cancila; Patricia Holmes |
| **Cc:** | Huskey v. State Farm |
| **Subject:** | RE: [EXTERNAL EMAIL] Huskey et al v. State Farm - 30(b)(6) Deposition Date |
| **Date:** | Wednesday, July 31, 2024 2:13:51 PM |
| **Attachments:** | image001.png |

Thank you, Sondra. I appreciate it!

# David Tracey (he/him/his)

*Firm Managing Partner and Public Interest Litigation Practice Group Co-Chair, bio*

17 State Street, 37th Floor, New York, NY 10004

**DIRECT:** 646-402-5667 | **MAIN:** 646-402-5650



**New York**
**Washington, DC**
**San Francisco**
**Palo Alto**
**Baltimore**
**Nashville**
**San Diego**

**DISCLAIMER**: The email above is intended only for the professional and/or personal use of the recipient(s) identified. This email may include attorney-work product and may be an attorney-client communication and as such privileged and confidential. If you have received this email in error, delete the original email and any copies of it and please notify me immediately. You may not review, copy, or distribute this email if you are not an intended recipient.

**From:** Sondra Hemeryck <Shemeryck@rshc-law.com>
**Sent:** Wednesday, July 31, 2024 3:11 PM
**To:** Sharon Kim <sharonkim@sanfordheisler.com>; Sarah Finch <SFinch@rshc-law.com>; Lauren Abendshien <LAbendshien@rshc-law.com>; Joseph Cancila <jcancila@rshc-law.com>; Patricia Holmes <pholmes@rshc-law.com>
**Cc:** Huskey v. State Farm <HuskeyMatter@sanfordheisler.com>
**Subject:** RE: [EXTERNAL EMAIL] Huskey et al v. State Farm - 30(b)(6) Deposition Date

———**EXTERNAL EMAIL**———

I understand from speaking with David that he has a conflict the week of October 7. In light of that, we are willing to agree to a proposed deadline of September 30.

Sondra A. Hemeryck
**Riley Safer Holmes & Cancila LLP**
1 S. Dearborn Street, Suite 2200
Chicago, Illinois 60603
(312) 471-8724
shemeryck@rshc-law.com
www.rshc-law.com



**From:** Sondra Hemeryck
**Sent:** Wednesday, July 31, 2024 12:58 PM
**To:** Sharon Kim <sharonkim@sanfordheisler.com>; Sarah Finch <SFinch@rshc-law.com>; Lauren Abendshien <LAbendshien@rshc-law.com>; Joseph Cancila <jcancila@rshc-law.com>; Patricia Holmes <pholmes@rshc-law.com>
**Cc:** Huskey v. State Farm <HuskeyMatter@sanfordheisler.com>
**Subject:** RE: [EXTERNAL EMAIL] Huskey et al v. State Farm - 30(b)(6) Deposition Date

Sharon, could you make the following Monday (October 7) work?

Sondra A. Hemeryck
**Riley Safer Holmes & Cancila LLP**
1 S. Dearborn Street, Suite 2200
Chicago, Illinois 60603
(312) 471-8724
shemeryck@rshc-law.com
www.rshc-law.com



**From:** Sharon Kim <sharonkim@sanfordheisler.com>
**Sent:** Wednesday, July 31, 2024 12:56 PM
**To:** Sarah Finch <SFinch@rshc-law.com>; Sondra Hemeryck <Shemeryck@rshc-law.com>; Lauren Abendshien <LAbendshien@rshc-law.com>; Joseph Cancila <jcancila@rshc-law.com>; Patricia Holmes <pholmes@rshc-law.com>
**Cc:** Huskey v. State Farm <HuskeyMatter@sanfordheisler.com>
**Subject:** RE: [EXTERNAL EMAIL] Huskey et al v. State Farm - 30(b)(6) Deposition Date

Sarah:

Thank you – glad we are on the same page with having to extend the 30(b)(6) deposition deadline. If possible, could we keep October 1st as the deadline? October 2nd to October 4th do not work for us due to scheduling conflicts in light of Rosh Hashanah.

# Sharon Kim

***Senior Litigation Counsel, bio***

17 State Street, 37th Floor, New York, NY 10004
**DIRECT:** 646-402-5660 | **MAIN:** 646-402-5650

**New York**



Washington, DC

San Francisco

Palo Alto

Baltimore

Nashville

San Diego

**DISCLAIMER**: The email above is intended only for the professional and/or personal use of the recipient(s) identified. This email may include attorney-work product and may be an attorney-client communication and as such privileged and confidential. If you have received this email in error, delete the original email and any copies of it and please notify me immediately. You may not review, copy, or distribute this email if you are not an intended recipient.

**From:** Sarah Finch <SFinch@rshc-law.com>
**Sent:** Wednesday, July 31, 2024 9:27 AM
**To:** Sharon Kim <sharonkim@sanfordheisler.com>; Sondra Hemeryck <Shemeryck@rshc-law.com>; Lauren Abendshien <LAbendshien@rshc-law.com>; Joseph Cancila <jcancila@rshc-law.com>; Patricia Holmes <pholmes@rshc-law.com>
**Cc:** Huskey v. State Farm <HuskeyMatter@sanfordheisler.com>
**Subject:** RE: [EXTERNAL EMAIL] Huskey et al v. State Farm - 30(b)(6) Deposition Date

———*EXTERNAL EMAIL*———

Sharon:

Plaintiffs' proposal works for State Farm. We'd request that the deadline be the end of that week – October 4, to accommodate other work-related travel.

Thank you,
Sarah

**From:** Sharon Kim <sharonkim@sanfordheisler.com>
**Sent:** Tuesday, July 30, 2024 5:00 PM
**To:** Sarah Finch <SFinch@rshc-law.com>; Sondra Hemeryck <Shemeryck@rshc-law.com>; Lauren Abendshien <LAbendshien@rshc-law.com>; Joseph Cancila <jcancila@rshc-law.com>; Patricia Holmes <pholmes@rshc-law.com>
**Cc:** Huskey v. State Farm <HuskeyMatter@sanfordheisler.com>
**Subject:** [EXTERNAL EMAIL] Huskey et al v. State Farm - 30(b)(6) Deposition Date

Sarah:

As we are all aware, Judge Gilbert has set a briefing schedule with August 9th as the deadline for State Farm's response to Plaintiffs' Motion to Compel and August 16th as the deadline for Plaintiffs' reply. Given this briefing schedule, the 30(b)(6) deposition deadline that is currently scheduled for August 9th needs to be moved to a later date. We are also awaiting Judge Gilbert's order on the joint motion regarding the 30(b)(6) topics (as you are also aware), and we are also mindful of State

Farm's note that time will be needed to determine and confirm the availability of its corporate representatives.

To avoid any confusion, we propose that we file a joint motion requesting extension of the 30(b)(6) deposition date. We would propose a new deadline of October 1st for 30(b)(6) depositions. Let us know if State Farm is amenable to this proposal. Once confirmed, we will send a draft joint motion.

## Sharon Kim

**Senior Litigation Counsel,** *bio*

17 State Street, 37th Floor, New York, NY 10004

**DIRECT:** 646-402-5660 | **MAIN:** 646-402-5650



**New York**
**Washington, DC**
**San Francisco**
**Palo Alto**
**Baltimore**
**Nashville**
**San Diego**

**DISCLAIMER**: The email above is intended only for the professional and/or personal use of the recipient(s) identified. This email may include attorney-work product and may be an attorney-client communication and as such privileged and confidential. If you have received this email in error, delete the original email and any copies of it and please notify me immediately. You may not review, copy, or distribute this email if you are not an intended recipient.

CONFIDENTIALITY NOTE: This e-mail is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this e-mail message is not the intended recipient, or the employee or agent responsible for delivery of the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is prohibited. If you have received this e-mail in error, please notify us immediately by telephone at (312) 471-8700 and also indicate the sender's name. Thank you.