**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JACQUELINE HUSKEY and RIIAN WYNN, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>STATE FARM FIRE & CASUALTY COMPANY,<br><br>    Defendant. | Case No. 22-cv-07014<br><br>Hon. Jeffrey I. Cummings<br><br>Magistrate Judge Jeffrey T. Gilbert |

**STATE FARM FIRE AND CASUALTY COMPANY'S
MOTION TO FILE UNDER SEAL PORTIONS OF ITS
<u>RESPONSE TO PLAINTIFFS' MOTION TO COMPEL DISCOVERY</u>**

  Pursuant to the Confidentiality Order entered in this matter (Dkt. 65) and Local Rule 26.2(c), State Farm Fire and Casualty Company ("State Farm"), through its undersigned attorneys, hereby submits this motion for leave to file under seal portions of its Response to Plaintiffs' Motion to Compel Discovery ("Response") and certain portions of supporting exhibits. In support of this motion, State Farm states as follows:

  1.  The Confidentiality Order entered in this case permits designation of "Confidential Information," including information that falls within one or more of the following categories: (a) information prohibited from disclosure by statute; (b) information that reveals trade secrets; (c) research, technical, commercial or financial information that the party has maintained as confidential; (d) medical information concerning any individual; (e) personal identity information; (f) income tax returns (including attached schedules and forms), W-2 forms and 1099 forms; (g) personnel or employment records of a person who is not party to the case; or (h) information

relating to State Farm policyholders or claims data relating to claims filed by State Farm policyholders. Dkt. 65 ¶¶ 2–3.

2. Portions of State Farm's Response and Exhibit 1 to the same contain information designated by State Farm as confidential pursuant to the Confidentiality Order entered in this case. State Farm designated this information as confidential pursuant to the Confidentiality Order because it is confidential, sensitive business information of State Farm, which State Farm takes special precaution to maintain as confidential and prevent disclosing publicly.

3. State Farm therefore respectfully requests leave to file under seal the portions of its Response and Exhibit 1 to the same containing information that State Farm has designated as confidential.

4. Contemporaneously with this motion for leave and pending its resolution by the Court, State Farm will file portions of its Response and Exhibit 1 thereto provisionally under seal.

WHEREFORE, State Farm respectfully requests that the Court enter an order permitting State Farm to file portions of State Farm's Response and Exhibit 1 thereto under seal.

Dated: August 9, 2024                    Respectfully submitted,

/s/ Sondra A. Hemeryck

Patricia Brown Holmes
Joseph A. Cancila, Jr.
Sondra A. Hemeryck
Sarah E. Finch
Lauren Abendshien
RILEY SAFER HOLMES & CANCILA LLP
1 South Dearborn Street, Suite 2200
Chicago, Illinois 60603
Telephone:    312.471.8700
Facsimile:    312.471.8701
pholmes@rshc-law.com
jcancila@rshc-law.com
shemeryck@rshc-law.com

sfinch@rshc-law.com
labendshien@rshc-law.com

*Attorneys for Defendant State Farm Fire and Casualty Company*