UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JACQUELINE HUSKEY and RIIAN WYNN, on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br><br>  v.<br><br>STATE FARM FIRE & CASUALTY COMPANY,<br><br>   Defendant. | Case No. 22-cv-07014<br><br>Hon. Jeffrey I. Cummings<br><br>Magistrate Judge Jeffrey T. Gilbert |

### PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL

Plaintiffs, by and through undersigned counsel, hereby move for leave to file under seal (1) their Reply to State Farm Fire and Casualty Company's Response to Plaintiff's Motion to Compel Discovery ("Reply") and (2) documents accompanying the Reply as exhibits, for the reasons set forth below:

1. The Reply cites information from discovery responses and certain documents produced in discovery that Defendant State Farm Fire and Casualty Company ("State Farm") has designated as Confidential. Plaintiffs are including these documents as exhibits to their Reply.

2. Pursuant to paragraph 7 of the Confidentiality Order agreed to by parties and entered by this Court on November 13, 2023 (Dkt. 65), "[a]ny party wishing to file a document designated as Confidential Information in connection with a motion, brief or other submission to the Court must comply with Local Rule 26.2."

3. In accordance with the Confidentiality Order and Local Rule 26.2, Plaintiffs are provisionally filing under seal unredacted versions of Plaintiffs' Reply and their Exhibits A-E thereto.

4. Due to State Farm's above-referenced confidentiality designations, Plaintiffs file a redacted version of the Reply and redacted versions of Exhibits A and B.

5. Plaintiffs do not take the position that information contained in the above-cited materials meets the criteria for sealing of materials in connection with motions before the Court, as set forth in Paragraph 7 of the Confidentiality Order (Dkt. 65).

6. State Farm bears the burden to establish good cause as to why the information should remain redacted and sealed. *Citizens First Nat'l Bank v. Cincinnati Ins. Co.*, 178 F.3d 943 (7th Cir. 1999).

7. However, pursuant to the Confidentiality Order's instruction to file such documents provisionally under seal (Dkt. 65, ¶ 7), Plaintiffs submit this motion for leave to file under seal.

Dated: August 16, 2024            Respectfully submitted,

*/s/ David Tracey*

**SANFORD HEISLER SHARP, LLP**
David Tracey (Pro Hac Vice)
Albert Powell (Pro Hac Vice)
Sharon Kim (Pro Hac Vice)
17 State Street, 37th Floor
New York, NY 10004
Phone: (646) 402-5667
dtracey@sanfordheisler.com
apowell@sanfordheisler.com
sharonkim@sanfordheisler.com

**FAIRMARK PARTNERS, LLP**
Alexander Rose (Pro Hac Vice)
Jamie Crooks (Pro Hac Vice)
Michael Lieberman (Pro Hac Vice)
1825 7th St NW, #821
Washington, DC 20001
Phone: (301) 458-0564
alexander@fairmarklaw.com
jamie@fairmarklaw.com
michael@fairmarklaw.com

**CENTER ON RACE, INEQUALITY, AND THE LAW AT NEW YORK UNIVERSITY SCHOOL OF LAW**
Deborah N. Archer (Pro Hac Vice)
Jason D. Williamson (Pro Hac Vice)
139 MacDougal Street
New York, NY 10012
Phone: (212) 998-6882
deborah.archer@nyu.edu
jason.williamson@nyu.edu

**MEHRI & SKALET PLLC**
Joshua Karsh
1237 Judson Ave.
Evanston, IL 60202
Phone: (773) 505-7533
jkarsh@findjustice.com
ARDC No. 6203096

*Counsel for Plaintiffs and the Proposed Class*