# EXHIBIT B

## STATE FARM PHASE I DOCUMENT PRODUCTION TIMELINE[1]

| DATE | STATE FARM PRODUCTION NUMBER | BATES NUMBERS | TOOL[2] | # OF DOCUMENTS |
|---|---|---|---|---|
| 3/27/2024 | *Plaintiffs serve Third Set of RFPs and Amended First Set of Interrogatories per Court's Phase I Orders[3]* | | | |
| 4/26/2024 | State Farm responds to Plaintiffs' Third Set of RFPs and Amended First Set of Interrogatories[4] | | | |
| 5/10/2024 | *Plaintiffs email State Farm to inquire about production status[5]* | | | |
| 5/16/2024 | Fourth | HUSKEYJAC00005908PROD | ■ | ■ |
| | | HUSKEYJAC00005913PROD | | |
| | | HUSKEYJAC00005914PROD | | |
| | | HUSKEYJAC00005964PROD | | |
| 5/17/2024 | *Plaintiffs send State Farm deficiency letter re its unilateral limitations to scope of discovery[6]* | | | |
| 5/28/2024, 5/30/2024 | *Parties meet and confer to discuss State Farm's production status and other discovery issues* | | | |
| 6/5/2024 | *Plaintiffs email State Farm to inquire about production status[7]* | | | |
| 6/10/2024 | Fifth | HUSKEYJAC00005984PROD | ■ | ■ |
| 6/20/2024 | *Plaintiffs email State Farm to inquire about production status[8]* | | | |
| | *Plaintiffs send State Farm discovery deficiency letter regarding Accurint and SAS[9]* | | | |

---

[1] The orange entries signify documents that have been produced for tools that State Farm has deemed as least relevant or of lower relevance in its response to Plaintiffs' Amended First Set of Interrogatories. Dkts. 100-3 and 102-3 at pp. 17-20 (■). The blue entries signify documents that have been produced and do not pertain to one of State Farm's listed tools. The page numbers cited herein refer to the docket page numbers of the unsealed version of a given document.

[2] *See* Dkts. 119 and 121 at pp. 3-5 (chart) (State Farm's Response).

[3] Dkts. 112-1 and 113-1, 100-3 and 102-3.

[4] Dkts. 112-2 and 113-2, 100-3 and 102-3.

[5] Dkts. 112-5 and 113-5 at p. 7; *see also* Dkts. 112-6 and 113-6 at p. 10.

[6] Dkts. 112-3 and 113-3.

[7] Dkts. 112-5 and 113-5 at pp. 4-6; *see also* Dkts. 112-6 and 113-6 at pp. 7-9.

[8] Dkts. 112-5 and 113-5 at p. 3; *see also* Dkts. 112-6 and 113-6 at p. 6.

[9] Dkts. 112-4 and 113-4.

| Date | Production | Bates | | | |
|---|---|---|---|---|---|
| 6/25/2024 | Sixth | HUSKEYJAC00005985PROD | | ■ | ■ |
| | | HUSKEYJAC00006109PROD | | | |
| | | HUSKEYJAC00006127PROD | | ■ | ■ |
| | | HUSKEYJAC00006128PROD, HUSKEYJAC00006152PROD | | ■ | ■ |
| | | HUSKEYJAC00006178PROD | | | |
| 7/2/2024 | *Plaintiffs email State Farm to inquire about production status[10]* | | | | |
| 7/9/2024 | *Plaintiffs email State Farm to inquire about production status and request clarity on discovery issues[11]* | | | | |
| 7/12/2024 | Defendant amends list of tools to include Accurint while rejecting SAS based on time period without offering details despite being requested[12] | | | | |
| 7/12/2024 | *Plaintiffs email State Farm to inquire about production status and issues regarding Accurint and SAS[13]* | | | | |
| 7/12/2024 | Seventh | HUSKEYJAC00006210PROD | | ■ | ■ |
| 7/15/2024 | *Plaintiffs email State Farm to inquire about production status[14]* | | | | |
| 7/16/2024 | Eighth | HUSKEYJAC00006211PROD | | ■ | ■ |
| | | HUSKEYJAC00006212PROD | | | ■ |
| 7/17/2024 | Ninth | HUSKEYJAC00006213PROD[15] | | ■ | ■ |
| | | HUSKEYJAC00006270PROD[16] | | | |
| 7/18/2024 | *Parties meet and confer to discuss State Farm's production status and other discovery issues* | | | | |
| | Tenth | HUSKEYJAC00006272PROD | N/A | | ■ |
| | | HUSKEYJAC00006319PROD | N/A | | |

---

[10] Dkts. 112-5 and 113-5 at p. 2; *see also* Dkts. 112-6 and 113-6 at pp. 4-5.
[11] Dkts. 112-6 and 113-6 at pp. 2-3.
[12] Dkts. 112-7 and 113-7 at pp. 3-5; *see also* Dkt. 113-8 at pp. 2-3.
[13] Dkts. 112-7 and 113-7 at pp. 3-4; *see also* Dkt. 113-8 at p. 2.
[14] Dkts. 112-7 and 113-7 at pp. 2-3.
[15] This document pertaining to ■ was produced only after State Farm was specifically asked for it by Plaintiffs in their July 9, 2024 email. It was also cited in Plaintiffs' Chart of Equivocations. *See* Dkts. 87-1 and 88-1.
[16] *Id.*

| Date | | Documents | | | |
|---|---|---|---|---|---|
| 7/19/2024 [17] | | HUSKEYJAC00006362PROD, HUSKEYJAC00006364PROD, HUSKEYJAC00006366PROD, HUSKEYJAC00006368PROD, HUSKEYJAC00006370PROD, HUSKEYJAC00006372PROD[18] | | ▮ | ▮ |
| 7/25/2024 | *Plaintiffs file Motion to Compel Discovery (Dkts. 112 and 113)* | | | | |
| 7/25/2024 | Eleventh | HUSKEYJAC00006374PROD[19] | ▮ | | ▮ |
| 8/6/2024 | *Plaintiffs email State Farm to inquire about production status*[20] | | | | |
| 8/8/2024 | As follow-up to Plaintiffs' email, Defendants respond that the process of identifying and producing responsive documents "continues" and "we will update you when we have more information."[21] | | | | |

---

[17] While State Farm's Response notes that the date of production was July 18, 2024 (Dkts. 119 and 121 at p. 4 ▮), email records indicate that the production was made on July 19, 2024.

[18] These ▮, which are part of the same ▮ and were outstanding in State Farm's productions since June 10, 2024, were produced only after State Farm was specifically asked for them by Plaintiffs in their July 9, 2024 email.

[19] This document presumably pertaining to the ▮ was produced only after State Farm was specifically asked for it by Plaintiffs in their July 9, 2024 email.

[20] Ex. A.

[21] *Id.*