# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Jacqueline Huskey, et al.

                                           Plaintiff,

v.                                                   Case No.: 1:22–cv–07014
                                                     Honorable Jeffrey I Cummings

State Farm Fire & Casualty Company

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 19, 2024:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Plaintiffs' Motion for Leave to File Under Seal [123] is granted. Plaintiffs are given leave to file their Reply to State Farm Fire and Casualty Company's Response to Plaintiff's Motion to Compel and Exhibits A–E under seal. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.