UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JACQUELINE HUSKEY and RIIAN WYNN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE & CASUALTY COMPANY,<br><br>Defendant. | Case No. 22-cv-07014<br><br>Hon. Jeffrey I. Cummings<br><br>Magistrate Judge Jeffrey T. Gilbert |

**JOINT MOTION TO VACATE THE
SEPTEMBER 30, 2024 DEPOSITION DEADLINE**

Plaintiffs Jacqueline Huskey and Riian Wynn ("Plaintiffs") and State Farm Fire and Casualty Company ("State Farm"), through their undersigned attorneys, hereby jointly submit this motion to vacate the existing September 30, 2024 deadline for the parties to complete a Rule 30(b)(6) deposition of State Farm as part of the preliminary focus of Phase I discovery in this case. In support of this motion, the parties state as follows:

1. On March 5, 2024, Magistrate Judge Harjani entered an order setting a schedule for the preliminary focus of Phase I discovery in this case. Dkt. 81. That schedule provided that "[a]greed topics" for a Rule 30(b)(6) deposition of State Farm would issue by May 24, 2024, and that the Rule 30(b)(6) deposition of State Farm would be completed by August 9, 2024. *See id.*

2. On April 10, 2024, State Farm filed a motion for a protective order against Plaintiffs' third-party subpoenas. Dkt. 84. That motion remains pending before the Court.

3.      On June 6, 2024, the parties filed a joint motion to resolve a dispute regarding Rule 30(b)(6) deposition topics. Dkt. 100. The Court took the joint motion under advisement on June 7, 2024. Dkt. 106.

4.      On July 24, 2024, Plaintiffs filed a motion to compel discovery that seeks to compel the production of additional documents by State Farm (Dkt. 112), which motion is now fully briefed (Dkts. 119 and 121, 124–25).

5.      On August 2, 2024, the parties jointly filed a motion to extend the August 9, 2024 deposition deadline set forth in Judge Harjani's March 5, 2024 order in light of the pending motions and other scheduling constraints. Dkt. 117. The Court granted the parties' motion for extension and set a deadline of September 30, 2024, for the completion of the Rule 30(b)(6) deposition of State Farm contemplated by Judge Harjani's order. Dkt. 118. In light of scheduling considerations that have since become apparent, the parties believe this deadline will again need to be continued.

6.      Specifically, between August 27 and August 29, 2024, counsel for the parties communicated by email about potential dates for the Rule 30(b)(b) deposition of State Farm. Those communications established that: (a) State Farm expects that witnesses will be presented by State Farm counsel in two cities, and that the deposition will therefore need to be scheduled for two days; (b) State Farm's and Plaintiffs' counsel handling the deposition unfortunately have conflicting availability in the next several weeks; (c) the parties agree that the deposition should be postponed until after the Court has ruled on the motion to compel and the parties' joint motion to resolve Rule 30(b)(6) dispute to obviate the potential need to produce witnesses twice .

7.      Finally, one of State Farm's corporate representative witnesses is entirely unavailable between September 12 and September 20, 2024.

8. Accordingly, due to the parties' respective availabilities in September 2024, including the conflicting availabilities of counsel and the designated Rule 30(b)(6) deponents, and in light of the parties' pending discovery motions, the parties respectfully request that the Court enter an order that (a) vacates the current September 30, 2024 deposition deadline, and (b) provides that a new deadline will be set following the Court's resolution of the parties' pending motions (Dkts. 84, 100 and 112).

WHEREFORE, the parties jointly and respectfully request that the Court enter an order that (a) vacates the September 30, 2024 deadline for the completion of the Rule 30(b)(6) deposition of State Farm contemplated by Judge Harjani's March 5, 2024 order, and (b) provides that a new deadline for the completion of that deposition of State Farm will be set following the Court's resolution of the parties' pending discovery motions (Dkts. 84, 100 and 112).

Dated: September 5, 2024

Respectfully submitted,

/s/ David Tracey

SANFORD HEISLER SHARP, LLP
David Tracey (*Pro Hac Vice*)
Albert Powell (*Pro Hac Vice*)
Sharon Kim (*Pro Hac Vice*)
17 State Street, 37th Floor
New York, NY 10004
Phone: (646) 402-5667
dtracey@sanfordheisler.com
apowell@sanfordheisler.com
sharonkim@sanfordheisler.com

FAIRMARK PARTNERS, LLP
Alexander Rose (*Pro Hac Vice*)
Jamie Crooks (*Pro Hac Vice*)
Michael Lieberman (*Pro Hac Vice* Forthcoming)
1825 7th St NW, #821
Washington, DC 20001
Phone: (301) 458-0564

/s/ Sondra A. Hemeryck

RILEY SAFER HOLMES & CANCILA LLP
Patricia Brown Holmes
Joseph A. Cancila, Jr.
Sondra A. Hemeryck
Sarah E. Finch
Lauren Abendshien
1 South Dearborn Street, Suite 2200
Chicago, IL 60603
Phone: 312-471-8700
pholmes@rshc-law.com
jcancila@rshc-law.com
shemeryck@rshc-law.com
sfinch@rshc-law.com
labendshien@rshc-law.com

*Counsel for Defendant State Farm Fire and Casualty Company*

3

alexander@fairmarklaw.com
jamie@fairmarklaw.com
michael@fairmarklaw.com

CENTER ON RACE, INEQUALITY, AND THE LAW
AT NEW YORK UNIVERSITY SCHOOL OF LAW
Deborah N. Archer (*Pro Hac Vice*)
Jason D. Williamson (*Pro Hac Vice*)
139 MacDougal Street
New York, NY 10012
Phone: (212) 998-6882
deborah.archer@nyu.edu
jason.williamson@nyu.edu

*Counsel for Plaintiffs and the Proposed Class*