# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Jacqueline Huskey, et al.

                          Plaintiff,

v.                                                 Case No.: 1:22–cv–07014
                                                           Honorable Jeffrey I Cummings

State Farm Fire & Casualty Company

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 6, 2024:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Joint Motion to Vacate the September 30, 2024 Deposition Deadline [128] is granted. The 9/30/24 deadline for the completion of the Rule 30(b)(6) deposition of State Farm is vacated. A new deadline for the completion of that deposition of State Farm will be set following the Court's resolution of the parties' pending discovery motions (Dkts. 84, 100 and 112). Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.