**IN THE U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **Jacqueline Huskey and Riian Wynn, on behalf of themselves and all others similarly situated,** | Case No.: 22-cv-7014 |
| *Plaintiffs*, | **MOTION TO WITHDRAW AS COUNSEL OF RECORD** |
| **v.** | Hon. Jeffrey T. Gilbert |
| **State Farm Fire & Casualty Company,** | |
| *Defendant*. | |

<u>**MOTION TO WITHDRAW ATTORNEY ALEXANDER ROSE AS COUNSEL OF RECORD**</u>

Alexander Rose of Fairmark Partners, LLP hereby seeks leave of Court to withdraw as counsel of record for Plaintiffs Jacqueline Huskey and Riian Wynn in this matter. Mr. Rose is leaving Fairmark Partners effective November 18, 2024. Plaintiffs have been informed of Mr. Rose's departure from Fairmark Partners and his intended withdrawal from the case. All of Plaintiffs' other attorneys of record will continue to represent Plaintiffs in this litigation.

Alexander Rose respectfully requests an Order from this Court withdrawing him as counsel of record for Plaintiffs Jacqueline Huskey and Riian Wynn in this proceeding.

DATED: November 17, 2024

Respectfully submitted,

By: */s/ Alexander Rose*

**FAIRMARK PARTNERS, LLP**
Jamie Crooks (*Pro Hac Vice*)
Alexander Rose (*Pro Hac Vice*)
1001 G St, NW, 400
Washington, DC 20001
Phone: 619-507-4182
jamie@fairmarklaw.com
alexander@fairmarklaw.com

**SANFORD HEISLER SHARP, LLP**
David Tracey (*Pro Hac Vice*)
Albert Powell (*Pro Hac Vice*)
Sharon Kim (*Pro Hac Vice*)
1350 Avenue of the Americas, 31st Floor
New York, NY 10019
Phone: (646) 402-5667
dtracey@sanfordheisler.com
apowell@sanfordheisler.com
skim@sanfordheisler.com

**CENTER ON RACE, INEQUALITY,
AND THE LAW AT NEW YORK
UNIVERSITY SCHOOL OF LAW**
Deborah N. Archer (*Pro Hac Vice*)
Jason D. Williamson (*Pro Hac Vice*)
139 MacDougal Street
New York, NY 10012
Phone: (212) 998-6882
deborah.archer@nyu.edu
jason.williamson@nyu.edu

*Counsel for Plaintiff and the Proposed Clas*

## CERTIFICATE OF SERVICE

I, Alexander Rose, an attorney, hereby certify that on the 17th day of November 2024, I caused a copy of the foregoing ***Motion to Withdraw as Counsel of Record*** to be filed with the CM/ECF electronic filing system, which will serve all counsel of record.

*/s/ Alexander Rose*
Alexander Rose