**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Jacqueline Huskey, et al.
                          Plaintiff,

v.                                                  Case No.: 1:22–cv–07014
                                                       Honorable Jeffrey I Cummings

State Farm Fire & Casualty Company
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 29, 2024:

      MINUTE entry before the Honorable Jeffrey I Cummings: Attorney's motions to withdraw as attorney for plaintiffs [130][131] are granted. Alexander Rose is terminated as counsel. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.