ATTACHMENT A

APPLICATION / AFFIDAVIT FOR PRO HAC VICE ADMISSION (Attachment regarding Additional Bar Membership)

I, Emma Stanton, am a member in good standing and eligible to practice before the following courts:

| **Title of Court** | **Date Admitted** |
|---|---|
| State Court Admissions: | |
| New York State Court | August 6, 2024 |

*/s/Emma Stanton*
Emma Stanton