**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Jacqueline Huskey, et al.
                                Plaintiff,

v.                                              Case No.: 1:22–cv–07014
                                                       Honorable Jeffrey I Cummings

State Farm Fire & Casualty Company
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, December 10, 2024:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Plaintiffs' Motion for a Status Conference and to Vacate the March 5, 2024, Phasing Order [135] is taken under advisement. The Court recognizes that discovery in this case is stalled, and there are four pending discovery motions that need to be decided. The Court will rule on those motions as soon as possible. The Court does not think it needs a response to the recently filed request to vacate the phasing order [79] until it has addressed the other pending motions. The Court will set the case for a status hearing in a future order either before or after it rules on the pending motions. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.