**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Jacqueline Huskey, et al.
            Plaintiff,

v.                  Case No.: 1:22−cv−07014
                  Honorable Jeffrey I Cummings

State Farm Fire & Casualty Company
            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, December 30, 2024:

  MINUTE entry before the Honorable Jeffrey T. Gilbert: Plaintiffs' Motion for a Status Conference [135] is granted and their accompanying Motion to Vacate the March 5, 2024 Phasing Order [135] is denied. This case is set for a status hearing and to address Plaintiffs' Motion to Compel Discovery [112], State Farm's Motion for Protective Order [84], and the disputes concerning Plaintiffs' proposed Rule 30(b)(6) topics and Plaintiffs' third−party subpoenas outlined in the parties' Joint Status Reports [100][105] on January 14, 2025, at 10:30 a.m. in Courtroom 1386. If any party has an irreconcilable conflict with this date and time, they should send an email to the Court's courtroom deputy, Brenda_Rinozzi@ilnd.uscourts.gov. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.