# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JACQUELINE HUSKEY and RIIAN WYNN, on behalf of themselves and all others similarly situated, | Case No. 22-cv-07014 |
| Plaintiffs, | Honorable Jeffrey I. Cummings |
| v. | Magistrate Judge Jeffrey T. Gilbert |
| STATE FARM FIRE & CASUALTY COMPANY, | |
| Defendant. | |

### NOTICE OF WITHDRAWAL OF APPEARANCE AND SUBSTITUTION OF COUNSEL

Pursuant to Local Rule 83.17, Sarah E. Finch of Riley Safer Holmes & Cancila LLP hereby withdraws her appearance as counsel for State Farm Fire & Casualty Company. Substitute counsel from the same firm have already entered their appearances. Joseph A. Cancila, Jr., Sondra A. Hemeryck, and Lauren Abendshien, all of Riley Safer Holmes & Cancila LLP, will continue as counsel for State Farm.

Dated: January 10, 2025

Respectfully submitted,

/s/ *Sarah E. Finch*
Sondra A. Hemeryck
Joseph A. Cancila, Jr.
Sarah E. Finch
Lauren Abendshien
RILEY SAFER HOLMES & CANCILA LLP
1 South Dearborn Street, Suite 2200
Chicago, IL 60603
Tel: 312-471-8700
shemeryck@rshc-law.com

1

jcancila@rshc-law.com
sfinch@rshc-law.com
labendshien@rshc-law.com

*Attorneys for Defendant State Farm Fire and Casualty Company*