UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
Eastern Division

Jacqueline Huskey, et al.
                                            Plaintiff,
v.                                          Case No.: 1:22–cv–07014
                                            Honorable Jeffrey I Cummings
State Farm Fire & Casualty Company
                                            Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 14, 2025:

     MINUTE entry before the Honorable Jeffrey T. Gilbert: Motion hearing held on 1/14/25. The parties are directed to the transcript for a complete record of the hearing. State Farm's Motion for Protective Order [84] is granted without prejudice for the reasons stated on the record. For the reasons stated on the record, Plaintiffs' Motion to Compel Discovery [112] is denied except to the extent of the Court's rulings and guidance on the record with respect to Defendant State Farm's potential supplementation of its discovery responses. The parties' Joint Motion to Resolve Dispute Regarding 30(b)(6) Topics [102] (sealed) is granted and the Court ruled on the disputed topics. The parties shall file a joint status report by 1/29/25 that includes the following: (1) A date by which Defendant will complete its supplementation of its responses to Plaintiffs' Phase I discovery requests consistent with the Court's rulings and guidance during today's hearing; (2) Confirmed or proposed dates for Rule 30(b)(6) depositions that Plaintiffs will be taking during the first phase of discovery ; and (3) If the parties still disagree about either the supplementation of State Farm's discovery responses or the Rule 30(b)(6) topics, then the parties should outline those disagreements in the status report and set forth both parties' positions. A continued status hearing is set for 2/5/25 at 11:00 a.m. in Courtroom 1386. Within 7 days of receipt of the transcript of this hearing, the parties shall meet and confer and submit an order that identifies any portion(s) of the transcript that need to be redacted due to confidential material. If there are no redactions necessary, the parties' report should say that as well. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at *www.ilnd.uscourts.gov*.