UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JACQUELINE HUSKEY and RIIAN WYNN, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>STATE FARM FIRE & CASUALTY COMPANY,<br><br>　　　　　Defendant. | Case No. 22-cv-07014<br><br>Hon. Jeffrey I. Cummings<br><br>Magistrate Judge Jeffrey T. Gilbert |

**ORDER SEALING PORTIONS OF TRANSCRIPT**

Pursuant to the Confidentiality Order entered in this matter (Dkt. 65) and the Court's order dated January 14, 2025 (Dkt. 144), and on Defendant State Farm Fire and Casualty Company's unopposed request, it is hereby **ORDERED** that, as the transcript of the discovery hearing on January 14, 2025, contains sensitive, technical information that State Farm maintains as confidential, portions of said transcript shall be sealed in accordance with the limited redactions proposed by State Farm. The portions of the transcript to be sealed are as follows:

- Certain text appearing at Page 17, lines 8–9 and 11–12;
- Certain text appearing at Page 18, lines 6–7;
- Certain text appearing at Page 24, lines 12–15 and 17;
- The text appearing at Page 34, line 25;
- The text appearing at Page 41, lines 4–14 and 21–25;
- The text appearing at Page 42, lines 1–8;
- Certain text appearing at Page 43, lines 2–4;

- Certain text appearing at Page 55, lines 8–10;
- Certain text appearing at Page 57, lines 11–20;
- Certain text appearing at Page 58, line 5;
- Certain text appearing at Page 59, lines 8, 11, and 11–24;
- Certain text appearing at Page 61, lines 15–16;
- Certain text appearing at Page 62, line 6;
- Certain text appearing at Page 84, lines 14–20; and
- Certain text appearing at Page 85, lines 3–6.

ENTERED:

Dated: 1/29/2025

Hon. Jeffrey T. Gilbert