# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **Jacqueline Huskey and Riian Wynn, on behalf of themselves and all others similarly situated,** | Case No.: 22-cv-7014 |
| *Plaintiffs*, | Hon. Jeffrey I. Cummings |
| v. | Magistrate Judge Jeffrey T. Gilbert |
| **State Farm Fire & Casualty Company,** | |
| *Defendant.* | |

## JOINT STATUS REPORT PER JANUARY 14, 2025 ORDER

Plaintiffs Jaqueline Huskey and Riian Wynn ("Plaintiffs") and Defendant State Farm Fire and Casualty Company ("Defendant" or "State Farm"), by and through their respective counsel, submit this Joint Status Report. Following a discovery hearing on January 14, 2025, the Court ordered the Parties to meet and confer, and to file a joint status laying out the following:

(1) A date by which Defendant will complete its supplementation of its responses to Plaintiffs' Phase I discovery requests consistent with the Court's rulings and guidance during today's hearing; (2) Confirmed or proposed dates for Rule 30(b)(6) depositions that Plaintiffs will be taking during the first phase of discovery ; and (3) If the parties still disagree about either the supplementation of State Farm's discovery responses or the Rule 30(b)(6) topics, then the parties should outline those disagreements in the status report and set forth both parties' positions. Dkt. 144.

The Parties have met and conferred in accordance with the Court's order.

### I. Completion of Defendant's Supplementation of Discovery Responses

The parties agree that Defendant will substantially complete its supplemental Phase I discovery productions, consistent with the Court's rulings and guidance during the January 14, 2025 hearing, by March 3, 2025. Any documents that remain outstanding as of this date will be produced as soon as practicable.

### II. Dates for Rule 30(b)(6) Depositions

Two witnesses will be deposed in Chicago during the week of April 14. Two additional witnesses will be deposed in Phoenix on April 24 and 25, 2025.

1

### III. Outstanding Disputes Regarding the Supplementation of State Farm's Discovery Responses and the Rule 30(b)(6) Topics

Following their conferral, the parties have reached agreement for present purposes on most outstanding issues related to Phase I document production and the upcoming 30(b)(6) depositions. Plaintiffs, however, reserve their right to raise concerns about the completeness of State Farm's forthcoming productions and/or seek additional documents and information based on further discovery.

There are two outstanding disagreements concerning the scope of the forthcoming discovery and depositions:

*First*, the parties disagree about whether State Farm must designate a 30(b)(6) witness on State Farm's process for handling homeowners insurance claims beyond the subject of how State Farm used or uses the tools State Farm has identified as falling within the scope of Phase I.

*Second*, the parties dispute whether State Farm must search for and produce: (1) its contracts with external vendors who provide algorithmic tools to State Farm; and (2) materials that are used to train State Farm personnel on State Farm's claims process.

The parties intend to raise these issues before the Court at the upcoming status conference, scheduled for February 5, 2025, at 11:00 a.m.

Dated: January 29, 2025

| | |
|---|---|
| /s/ David Tracey | /s/ Sondra A. Hemeryck |
| **SANFORD HEISLER SHARP, LLP** | **RILEY SAFER HOLMES & CANCILA LLP** |
| David Tracey (*Pro Hac Vice*) | Patricia Brown Holmes |
| Albert Powell (*Pro Hac Vice*) | Joseph A. Cancila, Jr. |
| Sharon Kim (*Pro Hac Vice*) | Sondra A. Hemeryck |
| Emma Stanton (*Pro Hac Vice*) | Lauren Abendshien |
| 17 State Street, 37th Floor | 1 South Dearborn Street, Suite 2200 |
| New York, NY 10004 | Chicago, IL 60603 |
| Phone: (646) 402-5667 | Phone: 312-471-8700 |
| dtracey@sanfordheisler.com | pholmes@rshc-law.com |
| apowell@sanfordheisler.com | jcancila@rshc-law.com |
| sharonkim@sanfordheisler.com | shemeryck@rshc-law.com |
| estanton@sanfordheisler.com | labendshien@rshc-law.com |
| | |
| **FAIRMARK PARTNERS, LLP** | *Counsel for Defendant State Farm Fire and Casualty Company* |
| Jamie Crooks (*Pro Hac Vice*) | |
| Amanda Vaughn (*Pro Hac Vice*) | |
| Michael Lieberman (*Pro Hac Vice*) | |
| 1001 G Street, NW, Ste. 400E | |

Washington, DC 20001
Phone: (301) 458-0564
jamie@fairmarklaw.com
amanda@fairmarklaw.com
michael@fairmarklaw.com

**CENTER ON RACE, INEQUALITY, AND THE LAW
AT NEW YORK UNIVERSITY SCHOOL OF LAW**
Deborah N. Archer (*Pro Hac Vice*)
Jason D. Williamson (*Pro Hac Vice*)
139 MacDougal Street
New York, NY 10012
Phone: (212) 998-6882
deborah.archer@nyu.edu
jason.williamson@nyu.edu

*Counsel for Plaintiffs and the Proposed Class*