UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)
Eastern Division

Jacqueline Huskey, et al.
                                             Plaintiff,

v.                                                                  Case No.: 1:22–cv–07014
                                                                               Honorable Jeffrey I Cummings

State Farm Fire & Casualty Company
                                             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, February 5, 2025:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Status hearing held on 2/5/25. Defendant State Farm shall complete its production of documents responsive to Plaintiffs' Phase 1 discovery requests by 3/12/25 consistent with the Court 9;s previous order entered 1/14/25 [144]. The Court addressed the disputes set forth in the parties' last Joint Status Report [146]. For the reasons stated on the record, State Farm is not required to designate a Rule 30(b)(6) witness on State Farm's process for handling homeowners insurance claims. The witnesses State Farm produces pursuant to Rule 30(b)(6), however, should be prepared to provide relevant background, context, and foundational information about State Farm's claims process to the extent necessary to allow Plaintiffs to discover and understand how State Farm processes, routes, and evaluates claims as high risk or complex using algorithmic tools, and related matters. For the reasons stated on the record, the Court will not require State Farm to produce its contracts with external vendors who provide algorithmic tools to State Farm or the materials that are used to train State Farm personnel on State Farm's claims process at this time. The parties anticipate four witnesses will be deposed in April 2025. The parties shall file an updated joint status report by 4/30/25 that contains at least the following information: (a) the parties' progress with the first phase of discovery in this case including, without limitation those depositions; (b) whether State Farm will be making any supplemental production(s) of documents based on or after those depositions and the timing of those productions; (c) whether the parties have any disputes that need to be raised with the Court after the depositions; and (d) any joint or separate proposal(s) about next steps in this case. If the parties need more time to file that joint status report, the Court is amenable to a reasonable extension of time upon request. Within 7 days of receipt of the transcript of this hearing, the parties shall meet and confer and submit an order that identifies any portion(s) of the transcript that need to be redacted due to confidential material. If there are no redactions necessary, the parties' report should say that as well. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of

Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.