# EXHIBIT A

## REDACTED VERSION

CONFIDENTIAL

Page 1

1                  UNITED STATES DISTRICT COURT
2              FOR THE NORTHERN DISTRICT OF ILLINOIS
3                       EASTERN DIVISION
4
5    Jacqueline Huskey and Riian       )
     Wynn, on behalf of themselves     )
6    and all others similarly          )
     situated,                         )
7                                       )
             Plaintiffs,               )
8                                       )
        vs.                            )  No. 22-cv-7014
9                                       )
     State Farm Fire & Casualty        )
10   Company,                          )
                                        )
11           Defendant.                )
                                        )
12   _____  )
13
14              C O N F I D E N T I A L
15      VIDEOTAPED DEPOSITION OF 30(b)(6) OF STATE FARM
16     FIRE & CASUALTY COMPANY FOR PHASE I OF DISCOVERY
17                    KERSTIN MARKWARDT
18                    Phoenix, Arizona
                      April 24, 2025
19                      9:00 a.m.
20
21
22                          VERITEXT LEGAL SOLUTIONS
                            RRF NO. 1061
23                          3101 North Central Avenue
     Reported by:          Suite 290
24   SHANNON STEVENSON,     Phoenix, Arizona 85012
     RPR, CCR               Phone (602) 254-4111
25   Certificate No. 50461  calendar-barteltnix@veritext.com

CONFIDENTIAL

Page 23

1    building the ███████████████, did Jingji or

2    Pat tell you anything else about their job

3    responsibilities?

4              MS. HEMERYCK:  Objection.  Compound.

5              THE WITNESS:  No, they did not.

6         Q    BY MR. TRACEY:  I see that you didn't speak

7    with anybody about the ████████████████████

8    ███, is that correct?

9         A    Correct.

10        Q    Why is that?

11        A    Because they were out sick.

12        Q    And who would you have spoken with about the

13   █████████, if they hadn't been out sick?

14        A    Guohui.

15        Q    Guohui?

16        A    Yes.

17        Q    How do you spell that?

18        A    I think it's G-U-A-H-O -- A-O.  I might not

19   have that right.

20             MS. HEMERYCK:  G-U-O-H-U-I maybe?

21             THE WITNESS:  Yes, thank you.  I told you I'm

22   not good on the names.

23        Q    BY MR. TRACEY:  What is Guohui's last name?

24        A    I don't remember.

25        Q    And what is Guohui's job title?

CONFIDENTIAL

Page 24

```
 1        A     He's also a lead data scientist.

 2        Q     Is he in the same department as Jingji and Pat?

 3        A     Yes.

 4        Q     Aside from the individuals listed on Exhibit 3,

 5   have you spoken with anyone else to prepare for today's

 6   deposition other than counsel?

 7        A     No.

 8        Q     Did you bring any other documents with you

 9   today other than the Exhibit 3?

10        A     I brought the email from Ms. Hemeryck and then

11   I also -- that was the only document I brought.

12        Q     Okay.  You have in front of you another

13   document?

14        A     Correct.

15        Q     What -- what's the other document you have in

16   front of you?

17        A     This is the State Farm & Fire Casualty

18   interrogatories.

19        Q     Okay.  What are those interrogatories dated

20   from?

21        A     This one is --

22              MS. HEMERYCK:  You'll never find it.

23              THE WITNESS:  Okay.  Thank you.  March 10,

24   2025.

25              MR. TRACEY:  Okay.  Why don't we --
```

CONFIDENTIAL

Page 31

```
 1        Q     BY MR. TRACEY:  Now, switching gears, you're
 2     familiar with ███████████████████████████████
 3     ███████████████████████████████, correct?
 4        A     Yes.
 5        Q     What is ███████?
 6        A     ██████████████████████████████████████████
 7     ████████████████████████████████████████████████
 8     ████████████████████████████
 9        Q     █████████████████████████████████████████
10        A     Yes.
11        Q     Which employees have control over ███████?
12              MS. HEMERYCK:  Objection.  Beyond the scope.
13              THE WITNESS:  I don't know who has the control
14     of...
15        Q     BY MR. TRACEY:  When did ███████ -- excuse me,
16     strike that.
17              When did State Farm begin using ███████?
18              MS. HEMERYCK:  Objection.  Beyond the scope.
19              You can answer if you know based on personal
20     knowledge.
21              THE WITNESS:  Hold on.  I'm looking at the
22     wrong one.
23              So the time frame in use is ██████████████
24     ███████.
25        Q     BY MR. TRACEY:  And you are reading from the
```

CONFIDENTIAL

Page 32

```
 1   interrogatory responses which are Exhibit No. 5?

 2       A    Correct.

 3       Q    Does State Farm still use ███████  today?

 4       A    Yes.

 5       Q    Now, does State Farm use ██████  for all

 6   homeowners insurance claims?

 7       A    ████ .

 8       Q    Does State Farm use ██████  for claims for losses

 9   and damage to private residences even if they're not

10   formally under a homeowners insurance policy?

11           MS. HEMERYCK:  Objection.  Vague and ambiguous.

12           THE WITNESS:  Can you restate?

13       Q    BY MR. TRACEY:  Sure.  For example, a condo

14   policy or a mobile home policy, does State Farm use ██████

15   for those policies ████████ ?

16           MS. HEMERYCK:  Objection.  Compound.

17           If you could ask policy by policy?

18           Do you understand the question?

19           THE WITNESS:  I don't understand the question.

20       Q    BY MR. TRACEY:  Does State Farm use ██████  for

21   condo policies?

22       A    ████ .

23       Q    Does State Farm use ██████  for mobile home

24   policies?

25       A    ████ .
```

CONFIDENTIAL

Page 34

1    that makes sense.

2                THE WITNESS:  I think where I'm getting --

3         Q    BY MR. TRACEY:  The fire line of business?

4         A    Yes.

5         Q    Fire line of business, what does that include?

6         A    Homeowners, manufactured homes, condos.  That's

7    all inclusive of the fire.

8         Q    Okay.

9         A    Sorry.

10        Q    This is what we're here for today.  It's very

11   helpful.  Thank you.

12                The fire line of business, does █████ operate

13   on all claims within the fire line of business?

14        A    ███.

15        Q    How did State Farm develop █████?

16                MS. HEMERYCK:  Objection.  Beyond the scope.

17                You can answer if you know based on personal

18   knowledge.

19                THE WITNESS:  I do not know.

20        Q    BY MR. TRACEY:  Who was involved in developing

21   ██████?

22                MS. HEMERYCK:  Same objection.  Beyond the

23   scope.

24                THE WITNESS:  I do not know.

25        Q    BY MR. TRACEY:  How did State Farm decide on

CONFIDENTIAL

Page 35

1   ████████████████████████████████████████?

2           MS. HEMERYCK:  Objection.  Beyond the scope.

3           THE WITNESS:  I do not know.

4     Q    BY MR. TRACEY:  What goals did State Farm have

5   for the  ████   tool?

6           MS. HEMERYCK:  Objection.  Beyond the scope of.

7           You can answer if you know.

8           THE WITNESS:  I do not know.

9           MR. TRACEY:  All right.  We're going to

10  introduce another exhibit.  We are on Exhibit 6 now.

11          (Deposition Exhibit No. 6 was marked for

12  identification and attached hereto.)

13          THE WITNESS:  I'm sorry, what exhibit?

14          MR. TRACEY:  I'm going to mark and introduce

15  Exhibit 6.

16          MS. HEMERYCK:  And I think you might have to go

17  back and refresh.

18          THE WITNESS:  Okay.

19          MS. HEMERYCK:  Once it's there, I'm not sure.

20  Okay.

21    Q    BY MR. TRACEY:  I've marked and introduced a

22  document that is Bates stamped

23  HUSKEYJAC00005913PROD.xlsx.  It's an Excel file, and I've

24  marked it as Exhibit 6.  Let me know when you see it.

25    A    I can see it.

CONFIDENTIAL

Page 43

1    one place.

2        Q    Okay.  We'll go through every single one then.

3    Where does State Farm get ████████ from?

4        A    I actually don't know where they get ████████

5    ████████████████████     ████████████████████     I

6    don't know where they get that ██████ from.

7        Q    Second, let's go from ████████.

8    ████████████████████████████, what is that

9    field?

10           MS. HEMERYCK:  Again, this is beyond the scope.

11   I object.  It's beyond the scope.

12           I mean, you are going to have a witness that is

13   going to talk about all the loss intake tools.

14           MR. TRACEY:  This is precisely how it operates.

15           MS. HEMERYCK:  No.  How it operates is --

16           MR. TRACEY:  Well, we'll let the witness --

17           MS. HEMERYCK:  Can I please finish.  Let me

18   finish my objection.

19           MR. TRACEY:  Your objection is a speaking

20   objection which is improper.

21           MS. HEMERYCK:  No.  But you -- no.  No.

22           MR. TRACEY:  If you have -- if you have an

23   objection, state the objection properly.  But a speaking

24   objection is not proper, especially when you are feeding

25   responses to the witness.

CONFIDENTIAL

Page 45

```
 1          MR. TRACEY:  Will he be prepared to testify
 2   about ████████████████████████████?
 3          MS. HEMERYCK:  ███████████████████████
 4   ████████████.
 5          MR. TRACEY:  How it ████████████████?  Will
 6   he be able to testify about how --
 7          MS. HEMERYCK:  I believe this witness can
 8   testify about that or he can.
 9       Q    BY MR. TRACEY:  How does ████████████████
10   ██████?
11       A    I already answered that.
12       Q    You don't know?
13       A    I don't know how it ████████████████.
14       Q    How does ██████████████████████████████
15   ████████████████████?
16       A    ██████████████████████████████████████
17   ████████████████████████  ████████████████████
18   ████████████████
19       Q    How does ████████████████████████████?
20       A    I don't know.
21          MS. HEMERYCK:  Objection.  Beyond the scope.
22       Q    BY MR. TRACEY:  █████████████████████████
23   ████████████████████?
24          MS. HEMERYCK:  Objection.  Beyond the scope.
25          THE WITNESS:  Again, I don't -- I don't know.
```

CONFIDENTIAL

Page 46

```
1       Q    BY MR. TRACEY:  Do you know what ████████████
2   ████  is?
3       A    Yes.
4       Q    What is it?
5       A    ███████████████████████████████████████
6   ████████████████████████████████████████████████████
7   ████████████████████████████████████████████████████
8       Q    How is ██████████████████████████████?
9            MS. HEMERYCK:  Objection.  Beyond the scope.
10           THE WITNESS:  I don't know that.
11      Q    BY MR. TRACEY:  How are ████████████████
12  ████████████?
13           MS. HEMERYCK:  Objection.  Beyond the scope.
14           THE WITNESS:  Can we take a break?
15           MS. HEMERYCK:  You have to answer that question
16  first, if you can.
17           THE WITNESS:  I thought I did.
18      Q    BY MR. TRACEY:  No.  There was no answer.
19      A    I'm sorry?
20      Q    The question is how are ████████████████
21  ████████████?
22           MS. HEMERYCK:  I said objection beyond the
23  scope.
24           THE WITNESS:  And I said I don't know how
25  they're determined.
```

CONFIDENTIAL

Page 52

1    ██████████████████████████████████████?

2        A    Uh-huh, correct.

3        Q    How -- how does -- ████████████████████

4    ████████████████████████████████████████████

5    ████████████████████████████████?

6        A    That, I do not know.

7        Q    Where are the various data fields that are

8    gathered for a particular claim recorded in State Farm's

9    systems?

10           MS. HEMERYCK:  Objection.  Beyond the scope.

11           You can answer if you know.

12           THE WITNESS:  I do not know.

13       Q    BY MR. TRACEY:  Just going back to ████████

14    ████████████.  Column C, OLR, do you know what that

15    column -- what that OLR ████████████ is?

16       A    Online -- online loss reporting.  So this is

17    when the policyholder reports a loss and provides the

18    information of their loss through the State Farm website.

19       Q    And I know we talked about HAART.  But do you

20    know what HAART is?

21       A    Yes.  HAART is our information gathering tool

22    where the State Farm staff takes at the time of loss is

23    reported ████████████████████ and collects the

24    information.

25       Q    And Column D says ████████████, what is the data

CONFIDENTIAL

Page 56

1      A    Yes.

2      Q    And what does ██████████ mean in this context?

3      A    ████████████████████████████████████████

4  ████████████████████████████████████████████

5      Q    So █████████████████████████████████

6  █████████████████████████████████████████████████

7  ██████████████████████████████████████, correct?

8      A    Correct.

9      Q    And █████████████████████████████████████

10  ███████████████████████████?

11      A    Correct.

12      Q    Now, what is a function?

13      A    I think we talked about it.  Function has to do

14  with ████████████████████████████████████████████

15  ███████████.

16      Q    Are there only ████ functions, ██████████?

17             MS. HEMERYCK:  Objection.  This is beyond the

18  scope.

19             But you can answer if you know.

20             THE WITNESS:  I don't know.

21      Q    BY MR. TRACEY:  In the fire line of business,

22  that's the correct term, right?

23      A    Yes.

24      Q    In the fire line of business, are ██████████

25  the only ████ functions?

CONFIDENTIAL

1       A    Yes.

2       Q    What are areas?

3            MS. HEMERYCK:  Again, beyond the scope.

4            You can answer if you know based on personal

5       knowledge.

6            THE WITNESS:  We have different areas based on

7       ██████████████████████████████████.  That's what

8       that means by area, ████████.

9       Q    BY MR. TRACEY:  And what does environment mean?

10           MS. HEMERYCK:  Again, objection.  Beyond the

11      scope.

12           You can answer if you know.

13           THE WITNESS:  Personally, it's -- it's the --

14      we have a ████████ group, we have ████████████████.

15      Those are the different environments.  ████████,

16      ████████.

17      Q    BY MR. TRACEY:  Okay.  Is each claim -- strike

18      that.

19           Does ████████████████████████████████████

20      ████████████████████████████████████████?

21      A    So yes, but I'm going to throw a caveat because

22      ████████████████████████.

23      Q    And what do you mean by ████████?

24      A    So when we were talking about ████████████████

25      ████████████████████████████████████████████

CONFIDENTIAL

Page 59

1 ███████████████████████████████████████████

2     A    If --

3     Q    Can you explain why ██████████████████?

4     A    I do not know.

5     Q    Who would you ask to figure out why ██████████

6 ████████?

7     A    Who would I ask?

8     Q    Yes.  Who would you ask to figure out why

9 ████████████████████████?

10     A    I would ask Denise Beal and Mike Green.

11     Q    Now, at the far left there is ████████████

12 ████████   ████████████████████████████████?

13     A    Yes.

14     Q    What does ████████ mean?

15     A    I do not know.

16     Q    Would you ask Denise or --

17     A    Yes.

18     Q    Or Mike --

19     A    Yes.

20     Q    -- to figure out what that means?

21     A    Yes.

22     Q    Now, we mentioned environments.  I want to make

23 sure we're -- we have our terminology sorted out because

24 it's important.

25         You mentioned ████████ as an environment,

CONFIDENTIAL

Page 60

```
 1   correct?
 2        A    Correct.
 3        Q    And ████████████████████████████
 4   ████████, is that right?
 5        A    Correct.
 6        Q    Those two are synonyms?
 7        A    Yes.
 8        Q    And then ██████████ is another environment?
 9        A    Yes.
10        Q    And then you mentioned ███████████ as
11   another environment, correct?
12        A    Yes.
13        Q    Is that sometimes called ██████████?
14        A    Some can, yes.
15        Q    The term fire in that refers to the fire line
16   of business, correct?
17        A    Correct.
18        Q    Doesn't refer to only claims involving a
19   physical fire?
20        A    Correct.
21        Q    What does it mean concretely?  Like what is the
22   concrete result of ████████████████████████
23   ███████████████?
24             MS. HEMERYCK:  Objection.  Vague and ambiguous
25   and beyond the scope.
```

CONFIDENTIAL

Page 61

1          THE WITNESS:  I don't know.

2      Q    BY MR. TRACEY:  What happens as the result of ████

3 ████████████████████████████████████████████ or --

4 strike that.

5          What happens as a result of ███████████████

6 ███████████████████████████.

7          MS. HEMERYCK:  Objection.  Vague and ambiguous.

8          Do you understand the question?

9          THE WITNESS:  I don't understand the question.

10     Q    BY MR. TRACEY:  Well, ██████████████████████

11 ████████████████████, correct?

12     A    Correct.

13     Q    What happens next?

14     A    The claim starts getting handled by the

15 appropriate handler.

16     Q    And the purpose of ████████████████████████

17 ████████████████████ is to ██████████████████████

18 ██████████████████, is that right?

19     A    ███████████████████.

20     Q    Well, let me ask a better question.  What is

21 the purpose of ████████████████████████████████

22 ███████████?

23     A    ██████████████████████████████████████████

24 ███████████████

25     Q    And why is it important to ██████████████████

CONFIDENTIAL

Page 62

1    ███████████████████████████████?

2         A    Because we want to take care of our customers

3    by ██████████████████████████████████ most

4    efficiently.

5         Q    And why is it important to ████████████████

6    ██████████████████ most efficiently?

7              MS. HEMERYCK:  Objection.  Beyond the scope.

8              You can answer.

9              THE WITNESS:  Personally, █████████████

10   ██████████████████████████████████████████████

11   ██████████████████████████████████████████████

12   █████████

13        Q    BY MR. TRACEY:  So ████████████ means greater

14   efficiency in handling the claim?

15        A    Yes.

16        Q    And ████████████████ means less efficiency in

17   handling the claim?

18              MS. HEMERYCK:  Objection.

19              THE WITNESS:  No.

20              MS. HEMERYCK:  Go ahead.

21              THE WITNESS:  No, I never said about the

22   handling part.  I'm saying about █████████████████

23   ████████████  ██████████████████████████████

24   ███████████████████ doesn't mean it's going to be

25   handled not efficient.

CONFIDENTIAL

Page 73

1      Q    Now, under ██████████ I see a heading that says

2   ████████████, if you go further on the page

3   ████████████, if you go to the next page, you see one

4   that says ████████████.  Do you know what the function

5   of the ████████████████████?

6      A    Yeah.  So if you go down to I'm on Page 10,

7   there starts to be █████████████████████

8   ████████████.  So the easiest way to say it is it

9   ████████████████████████

10  ██████████████████████████

11  ████████████████████████

12  ████████████████████████████  ██████████████████

13  ████████████████████████████

14  ██████████████████

15            ████████████████████████████

16  ████████████████████████████

17  ██████████

18      Q    Why are there ██████████████████████?

19      A    Just based on what business asked or the

20  request -- these come from our business partners of how

21  they want things ████████████████, if you will.

22      Q    So ████████████, it lists -- I'm looking at

23  the table of contents now.  ████████████████████

24  ████████████████████████████

25  ████████████████████████████

CONFIDENTIAL

Page 74

1     ■■■■■■■■■■■■■■■■■■

2     A    Right.

3     Q   ■■■■■■■■■■■■■■■■■■■■■■■■  And it ends

4 with ■■■■■■■■■■■■■■■■■■■■■■■■■■■■

5 Do you know why business wanted to ■■■■■■■■■■■■

6 ■■■■■■■■■■■■?

7         MS. HEMERYCK:  Objection.  Scope.

8         THE WITNESS:  I do not.

9     Q   BY MR. TRACEY:  What is the impact ■■■■

10 ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

11 ■■■■■■■■?

12     A   Again, I don't -- I don't KNOW.

13     Q   Does the ■■■■■■■■■■■■■■■■■■■■■■

14 ■■■■■■■■?

15     A   I do not know.

16     Q   How would I determine the impact of like --

17 strike that.

18         How would I determine -- how would I go about

19 determining whether ■■■■■■■■■■■■■■■■■■■

20 ■■■■■■■■■■■■■■■?

21     A  ■■■■■■■■■■■■■■■■■■■■■■■■■■

22 ■■■■■■■■■■■■■■■■■■■■■ ■■■■

23 ■■■■■■■■■■■■■■■■■■■■■■■■■

24 ■■■■■■■■■■■■■■■■■■■■

25 ■■■■■■■■■■■■■■■■■■■

CONFIDENTIAL

Page 114

1      A    Correct.

2      Q    And █████████████████████████████████

3      █████████████, correct?

4      A    Correct.

5           MS. HEMERYCK:  Not sure there is ██████████

6      but...

7           MR. TRACEY:  Okay.

8      Q    BY MR. TRACEY: ███████████████████████████

9      ███████████████████  correct?

10     A    Yes.

11     Q    Okay.  You say, just looking on your first page

12     here of notes, developers inherited ██████████ years

13     ago.  What did developers inherit ███████████ years ago?

14     A    You specifically asked me a question if

15     Michael Green was the one to talk to.  He was not one of

16     the developers on it.

17     Q    Do you we know who the developers were?

18     A    I do not.

19     Q    Mike didn't know who the developers were?

20     A    I didn't -- I don't know if they're even still

21     around.  We have developers who inherit.  Michael

22     inherited this from someone else.

23     Q    And Mike is a developer?

24     A    He is a software engineer.  He's not the

25     developer of it, he's just the engineer that inherited,

CONFIDENTIAL

Page 124

1  statement is I thought it only pertained a different way.

2  ██████████████████████████████.

3      Q    Okay.  And then █████, what do you -- what did

4  he tell you about ██████?  The bottom, the very bottom of

5  the second page of your notes.

6      A    I'm going back to that area, hold on.  I don't

7  remember why I wrote that.

8      Q    It says ████████████████████████.

9      A    Right.

10     Q    You don't know what that means?  You don't

11 remember?  You don't remember?

12     A    I do not.

13     Q    Going to the next page, you have notes on

14 ████████████████?

15     A    Okay.

16     Q    And that appears on Page 5 of Exhibit 8,

17 correct?

18     A    Correct.

19     Q    What did he tell you about ██████ -- what did

20 Mike Green tell you about █████████████?

21     A    That basically it's ████████████████████

22 ████████████████████████████████████████████

23 ████████████████████████  ██████████████████████████████

24 ██████████████████

25     Q    And what is ████████████████████████?

CONFIDENTIAL

Page 125

1          MS. HEMERYCK:  Objection.  Beyond the scope.

2          THE WITNESS:  Yeah.  I can't explain it.

3     Q    BY MR. TRACEY:  Okay.  Well, ███████████████

4     █████████████████████████████, correct?

5     A    He referred to ████████████████, yes.

6     Q    But we don't know exactly what ██████████████

7     ██████ is?

8     A    I do not.

9     Q    And you said ████.  What does ████ refer to?

10    A    He used -- he used the term █████████████████

11    ██████.

12    Q    Is it ████████████████████████████████████

13    ██████████?

14    A    I do not know.

15    Q    And so the ████████████████████████████████

16    ████████████████████████████████████, is that

17    right?

18    A    He just gave me the example ████████████████████

19    ████████████████████.  I don't know if it ████████████████

20    ██████.  It's just -- that was the example he gave me.

21    Q    Did he tell you how ████████████████████████

22    ████████████████████████████████████?

23          MS. HEMERYCK:  Objection.  Assumes facts not in

24    evidence.

25    Q    BY MR. TRACEY:  He told you ████████████████████

CONFIDENTIAL

Page 127

```
 1        Q    Okay.  Let's look at the -- I see here also it
 2   says ███████████████████████████, is that what
 3   that acronym is, ███?
 4        A    Yes, that's the acronym.
 5        Q    What is ████████████████████?
 6        A    I -- I don't remember.  I don't remember how I
 7   correlated it, but I just wrote it down.
 8        Q    Do you know what the term means?
 9        A    No.
10        Q    Okay.  █████████████, that's the next one,
11   right?
12        A    Yes.  Basically, that's -- you asked about that
13   one.  That's ████████████████████████
14   █████████████████.
15        Q    What █████████████████ are we talking about?
16        A    ████████████████████████████████
17   ██████████.
18        Q    He didn't tell you ███████████████████?
19        A    No.
20        Q    Does ████████████████████████
21   ████████████████████████████████████
22   ████████████████████████████?
23        A    I don't -- I don't know what those -- I don't
24   know what the ████████████████ are.
25        Q    Do you know how ████████████████████
```

CONFIDENTIAL

Page 128

1   ██████████   ████████████████████████████████?

2        A     I do not.

3        Q     I think the next bullet point you have here is

4   ████████████████████.  Does that refer to Page 6 of

5   102 on Exhibit 8 where it says ██████████████████

6   ████████?

7        A     I'm sorry, which one are you referring back to?

8        Q     I see on your notes, I see ████████.  Page 3 of

9   your notes, I see ████████████████████████████.

10        A     Yes.  And you are referring to Page 6?

11        Q     Yes.  If we look on Page 6 of 102 in Exhibit 8,

12   there is ████████████████████████████████

13   ██████?

14        A     Yes.  And I -- I missed what he said with that

15   one.  If that one was ████████████████████████████

16   ████████████████████, I didn't catch that.

17        Q     Okay.  The next is ████████████████████████

18   ████████████████.

19        A     ████████████████████████████████████

20   ████████████████████   ████████████████████████

21   ████████████████████████

22        Q     What other ████████████████████ --

23        A     He didn't --

24        Q     -- are you referring to?

25        A     I do not know.  He did not specify.

CONFIDENTIAL

Page 148

1   together on how ███████████████ .

2       Q    And when we're talking about █████ here, are we

3   talking about how a ██████████████████████████████

4   ███████████ ?

5       A    Yeah. █████████████████████████████ ████████

6   ████████████████████████████████████████████████

7   ██████████████████████ ███████████████████

8   ██████████████████████████████████████████████████████

9   ███████████████████████████████████████████████████

10  ████████████████████

11      Q    Okay.  Just looking at this █████ that we were

12  looking at, the ██████████ .

13      A    Uh-huh.

14      Q    It says ████████████████████████████████

15  █████████████████████ ██████████████████████████████

16  ██████████████████ ████████████████ I'm on the last page of

17  the document.

18      A    Okay.  I was just going to say I was higher up.

19  Okay.

20      Q    Okay.

21      A    ████████████

22      Q    ████████ Then it says ████████████████████████

23  ████████████  Do you know what ████████████ refers to?

24      A    I do not.

25      Q    What ████████████████ refers to?

CONFIDENTIAL

Page 149

1      A    I do not.

2      Q    Okay.  Let's look at another one of these

3  documents.  I'm going to introduce Exhibit 10.

4           (Deposition Exhibit No. 10 was marked for

5  identification and attached hereto.)

6           THE WITNESS:  I have it.

7           MS. HEMERYCK:  Are you able to see it?

8           THE WITNESS:  It's still coming.

9           MS. HEMERYCK:  I got it.

10     Q    BY MR. TRACEY:  Okay.  Has it populated for

11  you?

12     A    It's populated.

13     Q    So Exhibit 10 is another business rule report,

14  right?

15     A    It's a newer version of what we looked at.

16     Q    Okay.  And it's the version as of 3/20/2023?

17     A    Correct.

18     Q    And if we scroll down to Page 9123, so way at

19  the bottom, it's at -- it starts on Page 112 of 121, so

20  it starts on 9122.

21     A    9112?

22          MS. HEMERYCK:  9122.

23     Q    BY MR. TRACEY:  9122, Page 112.  Are you there?

24     A    Yes.

25     Q    This is the ███████████ , right?

CONFIDENTIAL

Page 154

1   that routes claims of black claimants differently from

2   other claimants?

3          MS. HEMERYCK:  Objection.  Beyond the scope.

4          THE WITNESS:  I do not know.

5     Q   BY MR. TRACEY:  Do you know whether State Farm

6   has conducted any analysis to determine whether the

7   ███████ result in different outcomes depending on the

8   race of the claimant?

9          MS. HEMERYCK:  Objection.  Beyond the scope.

10        THE WITNESS:  Do not know.

11    Q   BY MR. TRACEY:  Let's talk about ████

12  ████████████████████.  Now, I think you

13  previously testified that ███████████████

14  ████████████████, is that right?

15    A   ██████████████████████

16  ███████████████████████████

17  ███████████.

18    Q   So ██████████████████

19  ███████████████████████████

20  ███████████████████████████

21  ██████?

22         MS. HEMERYCK:  Can you read that question back.

23        (Record read.)

24        THE WITNESS:  ████████████████

25  ██████████

CONFIDENTIAL

Page 155

1      Q    BY MR. TRACEY:  Let's do this.  Let's look at

2  the interrogatory responses which are Exhibit 3, I

3  believe -- no.  Exhibit 5.  And I want to look at page --

4  the chart at the end of the interrogatories.  Do you know

5  what I'm referring to?

6      A    Yes.

7      Q    Starts on Page 17 of the document.

8      A    Yes.

9      Q    Okay.  Let's start with ████████████████████

10 ██████████████████████████████████  Here it

11 says ██████████████████████████████

12 ████████████████████████████████████

13 █████████████████████████████████████████

14 ████████████████████████████████████████

15 ███████████████████████████████████████

16 ██████████████████

17         Is that an accurate description of the ████

18 tool?

19     A    Yes.

20     Q    What ██████████████████████  is used to ████████

21 ██████████████████████████?

22     A    So for the ██████████████  , we used ████████████

23 ███████████████████

24     Q    And what ██████████████████████████  did you

25 look at?

CONFIDENTIAL

Page 156

```
 1     A     ██████████████████████████████
 2     ████████████████████████████
 3     Q     So can you can you repeat that last piece
 4     there?
 5     A     ██████████████████████████████
 6     ████████████████████████████████████
 7     ████████████████████████████████████
 8     ████████████████████
 9     Q     Okay.  So you are looking at ████████
10     ██████████████████████████████████████
11     ██████████████████████████████████CS
12     ████████?
13     A     Correct.
14     Q     And so you looked at ████████████████
15     ██████████████████████████?
16     A     Yes, one element.
17     Q     Did you look also at ███████████████
18     ██████████████████████?
19     A     That was part of ██████████████████
20     ██████████████████████████████
21     ████████████
22     Q     So part of the ██████████████████████
23     ████████████████████████████
24     ████████████████████████████
25     ██████████████?
```

CONFIDENTIAL

Page 157

```
 1       A    Correct.
 2       Q    What other ████████████ did you look at?
 3       A    Also looked at ████████████████████
 4    ██████████████████.
 5       Q    And you looked at ███████████████████
 6    ████████████████████?
 7       A    Correct.
 8       Q    And the ██████████████████████████
 9    ████████████████████████████████████████████
10    ████████████?
11       A    ████████████████████.
12       Q    Okay.  So, approximately, ████████████████
13    ████████████████?
14       A    ████████████████  ████████████████████.
15       Q    What were the ████████ that were looked at?
16       A    I think ████████████████████.  I might be a
17    little off.
18            MS. HEMERYCK:  That can't be right.
19            THE WITNESS:  That's not right.  I know -- I
20    don't have the dates off the top of my head.
21       Q    BY MR. TRACEY:  All right.  It seems like can't
22    be right because this tool was deployed in ██████████
23    ██?
24       A    That's why I was like wait a minute.  I have
25    ████████████.
```

CONFIDENTIAL

Page 159

```
1        Q    Okay.  How were those ███████████████████
2   ████  evaluated █████████████████████?
3             MS. HEMERYCK:  Again, objection.  Vague and
4   ambiguous as to how.
5             THE WITNESS:  Yeah.  I don't know what you mean
6   by how.
7        Q    BY MR. TRACEY:  What's the purpose of looking
8   at the ███████████████████████ata?
9        A    The purpose of looking at ████████████████████
10  ███████████████████████████████████████████████████
11  ███████████████████████████████████████████
12  ████████████████████████████████████████████████████
13       Q    Why did you want to ███████████████████████████
14  ████████████████?
15       A    Because we wanted to impact ██████████████████
16  ██████████████████████████████.
17       Q    You wanted to ██████████████████████████████
18  █████████████████████████████?
19       A    Right.  We wanted to █████████████████████████
20  ███████████████████.
21       Q    Because that would facilitate the resolution of
22  the claim?
23       A    The claims process much better for the
24  customer.
25       Q    It's more efficient?
```

CONFIDENTIAL

Page 160

1        A    It's more efficient.

2        Q    So in looking at the ████████████████

3    ████, did State Farm identify ways in which it could make

4    the process more efficient?

5             MS. HEMERYCK:  Objection.  Vague and ambiguous.

6             THE WITNESS:  What do you mean "the process"?

7        Q    BY MR. TRACEY:  ██████████████████.  Looking

8    at the ██████████████████████, did State Farm

9    identify ways to improve ██████████████████████?

10       A    We improved ████████████████████████████

11   ████████████████.

12       Q    Right.  So looking at the ██████████████

13   ██████████████, did State Farm identify ways to improve

14   ██████████████████?

15       A    Yes.

16       Q    What features of the ██████████████ -- strike

17   that.

18            Was there an analysis of ████████████████████

19   ██████████████ that allowed you to identify a more

20   efficient way of ██████████████?

21            MS. HEMERYCK:  Objection.  Vague and ambiguous.

22            THE WITNESS:  I think I've already answered

23   that too.  That's why ████████████████████████.

24       Q    BY MR. TRACEY:  So what did the ████████████

25   tell you about ██████████████████████████?

CONFIDENTIAL

Page 161

1     A     ████████████████████████████████

2     ████████████████████     ████████████████

3     ████████████████████████████████████

4     ████████████████████████████

5     ████████████████████████████████

6     ████████████████████████████████

7     Q     ████████████████████████████

8     ████████████████████████████████

9     ████████████████

10    A     ████

11    Q     ████████████████████

12    ████████████████████

13    A     ████████████████████████████

14    ████████████████████████

15    Q     Okay.  And I want to make sure we're using the

16    same terms here.

17          So looking at the ████ , you noticed after

18    reviewing the ████████████████████████████

19    ████████████████████████████████

20    ████████████████ .

21    A     Correct.

22    Q     ████████████████████████████ I know you

23    say looking at the ████ , but what analysis was conducted

24    in looking at the ████████████████████ ?

25          MS. HEMERYCK:  Objection.  Beyond the scope.

CONFIDENTIAL

Page 168

```
 1              MS. HEMERYCK:  And just objection.  Are you
 2      talking about ███████████?
 3              MR. TRACEY:  Yeah.  The ████████████████
 4      ████████  on -- on Slide 4.
 5              MS. HEMERYCK:  Okay.  Just checking.
 6              Can I have the question back?
 7      Q    BY MR. TRACEY:  I'll just ask a new question.
 8              Do you know ████████████████████████████
 9      ████████████████  that's presented on Slide 4 of
10      Exhibit 11?
11              MS. HEMERYCK:  Objection.  Beyond the scope.
12              THE WITNESS:  I do not know.
13      Q    BY MR. TRACEY:  This ██████████████████ --
14      on Slide 4 Exhibit 11 ██████████████████████████
15      █████████████████████████████████, correct?
16              MS. HEMERYCK:  Objection.  Assumes facts not in
17      evidence.
18              You can answer.
19              I think you misunderstand what this slide
20      shows.  You might want to ask her what this slide shows.
21      Q    BY MR. TRACEY:  Okay.  First of all, let's
22      answer the pending question.  Can you answer the pending
23      question?
24      A    What was the question?
25              MS. HEMERYCK:  What was the question?
```

CONFIDENTIAL



Page 169

1          (Record read.)

2          THE WITNESS: ████████████████████

3   ████████████████████████████

4     Q    BY MR. TRACEY:  Okay.  Fair.  Why don't you

5   tell me what ████████████ that was -- that is presented on

6   Slide 4.

7     A    So what this is representing -- representing is

8   ████████████████████████████████████

9   ████████████████████  ████████████████

10  ████████████████████████████████████

11  ████████████████████████████████████

12  ████████  ████████████████████████████

13  ████████████████████████████

14  ████████████

15    Q    Okay.  So ████████████████████████

16  ████████████████████████████████████

17  ████, correct?

18    A    Correct, they are ████████████████.

19    Q    I thought ████████████████████████

20  ████████████████?

21    A    ██████  ████████████████████████

22  ████████████████████████████████████

23  ████████████████████████████████████

24  ████████  ████████████████████████████

25  ████████████████████████████████████

CONFIDENTIAL

Page 172

1  ███████████████████████████████

2  █████████████████████████████████████

3  ████████████████, right?

4       A    Uh-huh, yes.

5       Q    So ███████████████, I'm just trying to figure

6  out ███████████████████████████████

7  ████████████████████?

8       A    Yes.  ████████████████████████

9  ████████████████████████████████

10 █████████████████████████████████████

11 ██████████    ████████████████████

12 ████████████████████████████████

13 █████████████████████████████████████

14 ████████████████████████████████

15 █████████████████    ████████████████

16 █████████████████████████████████████

17 ████████████████

18      Q    Was this ██████████████████████

19 ███████████████████████?

20      A    Essentially, yes.

21      Q    Okay.  ███████████████████████

22 ████████████████████████████████████

23 ██████████

24      A    ████████████████████████

25 ████████████████████████████

CONFIDENTIAL

Page 185

1          (Deposition Exhibit No. 13 was marked for

2     identification and attached hereto.)

3          Q     BY MR. TRACEY:  Please take a look at

4     Exhibit 13 and let me know if this is a subsequent

5     iteration of the ████ presentation?

6          A     This is not the one I was talking about.

7          Q     What is this presentation that's marked as

8     Exhibit 13?

9          A     This presentation is ████████████████████

10    ████████████████████████████.

11         Q     ██████████████████████████████

12         A     ████████████████████████████   ███████████

13    ████████████████████████████████████████████████████

14    ██████████████████████████████████████████████████████

15    ██████████████████████████████████████████████████████

16    ██████████████████████████████████████████████████████

17    █████████████████

18         Q     ███████████████████████████████████

19         A     Yes.

20         Q     Okay.  Slide 3, ██████████████████████

21    ███████████████   ████████████████████████████████

22    ██████████████████████████   ██████████████████████████

23    ██████████████████████████████████████████████████████

24    █████████████   ████████████████████████████████████

25    ████████████████

CONFIDENTIAL

Page 191

1      Q    BY MR. TRACEY:  It's a PowerPoint if you want

2  to download that.  You with me?

3      A    Yes.

4      Q    Is this a presentation that describes ███████

5  ████████████?

6      A    Yes, it is.

7      Q    When was ████████████████████ created?

8  You won't see it on the rogs because it's not there.

9      A    ████████████.

10      Q    And is the first -- high level, what does ███

11  ████████ do?

12      A    ████████████████████████ █████

13  ████████████████████████████████

14  ████████████ ████████████████████

15  ██████████████████████████

16  ██████████████ ████████████████

17  ████████████████████████

18  ████████████████████████

19  ████████████████

20      Q    And did State Farm look at ████████████ to

21  make a determination about whether efficiencies could be

22  gained by ████████████████████

23  ████████████████████

24  █████████?

25      A    Yes.

CONFIDENTIAL

Page 192

1    Q    And what was the scope of ████ that State Farm

2    looked at?

3    A    ████████████████████████████████████

4    ████████████████████████████████████

5    ████████████████████████████████████████

6    ████████████████████████████████████

7    Q    So ████████████████████████████████

8    ████████████████████████████████████

9    ██████████████████████, right?

10   A    Correct.

11   Q    Okay.  And looking at ████████████████

12   ████████████████████████████████████

13   ████████████████████████████████

14   ████████████████████████████████

15   ████████████, is that right?

16   A    Yes.

17   Q    And so the purpose of this ██████████ tool

18   was to ████████████████████████████████████

19   ██████████████████████?

20   A    Correct.

21   Q    And to ████████████████████████████████

22   ██████████████████?

23   A    Right.

24   Q    Because that would result in more efficiencies?

25   A    Correct.

CONFIDENTIAL

Page 203

1    be precise.  Functions, right, yes, there are different

2    functions.

3              Is there anything else in the ███ function

4    that goes to ███ function that's ███████████████

5    ███████████?

6              MS. HEMERYCK:  Objection.  Beyond the scope.

7              You can answer if you know.

8              THE WITNESS:  I don't know.

9        Q    BY MR. TRACEY:  Okay.  Now, was ███████████

10   created around the same time as ███████████?

11       A    ███ was later.  It went into production

12   ███████████.

13       Q    Okay.  About ███████ after --

14       A    ███████ after.

15       Q    -- ███ ?

16       A    Yes.

17       Q    Did a ███████████ -- excuse me.  Strike

18   that.

19              Did ███████████████ inform the

20   creation of ███████████?

21       A    Yes.

22       Q    And did that ███████████ show

23   that ███████████████████

24   ███████████████████?

25              MS. HEMERYCK:  Objection to ███████.

CONFIDENTIAL



Page 204

```
 1            THE WITNESS:  Yeah.
 2       Q    BY MR. TRACEY:  Was it showing that -- what did
 3  the ███████████ -- strike that.
 4            How many ████████████████████████?
 5       A    This one was ██████████████████████████.
 6       Q    Okay.  And that was all ████████████████████
 7  ██████████████████████████
 8       A    Yes.
 9       Q    ██████████████████?
10       A    Yes.
11       Q    Okay.  For ███████████████████████?
12       A    Yes.
13       Q    What did that ████████████████████ show that
14  informed the creation of ████████████████?
15       A    █████████████████████████████████████████████
16  ████████████████████    █████████████████████████████████
17  ██████████████████████████████
18       Q    █████████████████████████████████████████████
19  ████████████████████████████████████████████████████████████
20  █████████████████████████████████████████████
21  ████████████, is that right?
22       A    Yes.
23       Q    And that was inefficient?
24       A    Inefficient.
25       Q    And the purpose of ████████████████████ was to make
```

CONFIDENTIAL

Page 205

1    that process more efficient?

2       A    Correct.

3       Q    Okay.  Now, I understand that the ███ tool

4    ███████████████████████████████████████

5    ███████, is that right?

6       A    Correct.

7       Q    Okay.  ████████████████████████████

8    ███████████████████████████████████████

9    ███████████, right?

10      A    Correct.

11      Q    How did State Farm ████████████████████

12   ██████████████████████?

13      A    I don't recall how ████████████████████

14   ████████.

15      Q    Aside from ████████████████████████

16   ███████████████████████████████████████

17   ███████████████████████████, are there

18   any other differences between ████████████ and the ███

19   ████?

20      A    Again, I think ████████████ ██████████

21   ███████████████████████████████████████

22   ████████████

23      Q    Okay.  Let's look at those ████████.  That's

24   on -- those ████████ are on Slide 4, right?

25      A    Yes.

CONFIDENTIAL

Page 226

1               MS. HEMERYCK:  Objection.  Beyond the scope.

2               You can answer based on your personal knowledge

3       if you know.

4               THE WITNESS:  I do not.

5           Q    BY MR. TRACEY:  Is one way of describing what

6       ████  does ████████████████████████████?  Is that

7       one way of describing it, if you know?

8           A    I do not know.

9           Q    Okay.  You see the end here is something called

10      ████████████████.  Are you familiar with the term

11      ████████████?  Are you familiar with the term ████████████?

12              MS. HEMERYCK:  Objection.  Beyond the scope.

13              THE WITNESS:  I do not know.

14          Q    BY MR. TRACEY:  Close out that exhibit.

15              Has State Farm conducted any analysis as to

16      whether ████████████████████████ has differential

17      impacts on claimants of different races?

18              MS. HEMERYCK:  Beyond the scope.

19              You can answer if you know based on your

20      personal knowledge.

21              THE WITNESS:  I do not know.

22          Q    BY MR. TRACEY:  Has State Farm conducted any

23      analysis to determine whether ████████████████████████

24      ████████  has differential impacts on claims filed by

25      people of different races?

CONFIDENTIAL

Page 227

```
 1              MS. HEMERYCK:  Same objection.

 2              THE WITNESS:  I do not know.

 3       Q    BY MR. TRACEY:  Has State Farm conducted any

 4    evaluation of ████████████████████  to determine

 5    whether it has differential impacts on particular racial

 6    groups?

 7              MS. HEMERYCK:  Same objection.

 8              THE WITNESS:  Do not know.

 9       Q    BY MR. TRACEY:  Are you aware whether State

10    Farm has conducted a bias audit on any of the tools that

11    we've discussed today?

12              MS. HEMERYCK:  Objection.  Beyond the scope.

13              You can answer if you know based on your

14    personal knowledge.

15              THE WITNESS:  I do not know.

16              MR. TRACEY:  With that, I will thank you for

17    your time and will cede the floor to my esteemed

18    colleague.

19              MS. HEMERYCK:  Well, sadly you are stuck with

20    me.  Okay.

21              MR. TRACEY:  Although, I may have questions

22    after she goes.

23              MS. HEMERYCK:  I will try to keep it short.

24              MR. TRACEY:  I don't want to get your hopes up.

25              THE WITNESS:  I'm on the time clock myself at
```