# EXHIBIT G
## REDACTED VERSION

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2         FOR THE NORTHERN DISTRICT OF ILLINOIS
 3                    EASTERN DIVISION
 4
    Jacqueline Huskey and Riian  ) Case No.: 22-cv-7014
 5  Wynn, on behalf of           )
    themselves and all others    )
 6  similarly situated,          )
                                 )
 7            Plaintiffs,        )
                                 )
 8  vs.                          )
                                 )
 9  State Farm Fire & Casualty   )
    Company,                     )
10            Defendants.        )
                                 )
11  _____)
12
13
14        VIDEOTAPED DEPOSITION OF CHUCK GOLDEN
15                   PHOENIX, ARIZONA
                     April 25, 2025
16                     8:58 A.M.
17
18
19
20
21  Prepared by:
    JEFFREY W. BARTELT, CR, RPR
22  Certified Court Reporter
    Certificate No. 50363
23
24
25
```

Page 34

1  you know, kind of how their tool can work.  Again,
2  another PowerPoint that I alluded to earlier that
3  was on the implementation of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
4  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.  I mentioned the data
5  dictionary was reviewed.  I mentioned some of the
6  other legal documents, notice of deposition, things
7  like that that were reviewed.  That's about -- I
8  mean, there may have been others.  Again, that all
9  had Bates numbers.  I just can't recall what others
10 there may have been.
11     Q.  Did you review any documents for SAS
12 tools?
13     A.  Not specifically the SAS tool.  I don't
14 remember like any promotional documentation or
15 anything like that that we reviewed.  There was some
16 documentation that was reviewed and how those tools
17 are applied with respect to some reporting, but
18 that's all I can recall.  There may have been, but I
19 just don't recall.
20     Q.  Did you review any documents with respect to
21 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓?
22     A.  Yes.  There was a document that we reviewed
23 that outlined some of the technical documentation on
24 that process.
25     Q.  Did you review any documents with respect to

Page 66

1   question?
2        Q.   Yes.
3        A.   No, they are not models.
4        Q.   Does SAS ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ have the
5   capability to detect bias in the data that is being
6   queried?
7            MS. HEMERYCK:  Objection; beyond the scope
8   and vague and ambiguous.
9            THE WITNESS:  I don't know what other
10  capabilities SAS, the SAS programs have other than
11  kind of my experience in using them, which -- so I
12  don't know the answer to that.
13       Q.   BY MS. KIM:  Do you know who would know?
14           MS. HEMERYCK:  Same objection; vague and
15  ambiguous and beyond the scope.
16           THE WITNESS:  I don't.  Based on my
17  experience, the determination of bias is -- I mean,
18  you could programmatically do it.  Again, whether
19  the tool is capable of doing that, whether it has
20  the functionality to enable someone to be able do
21  that, I'm not aware, but the determination of bias
22  would usually, in my experience or based on
23  education, be done by evaluation of output by an
24  individual, not necessarily by a programmatic
25  process, but, again, that's just based on my

Page 70

1  that.
2      Q.   BY MS. KIM:  Going down the list here, on
3  page 2, do you know if any of these features have
4  been used as part of State Farm's homeowners' claims
5  process --
6           MS. HEMERYCK:  So vague.
7      Q.   BY MS. KIM:  -- with SAS ▮▮▮▮▮▮▮▮▮▮▮▮?
8           MS. HEMERYCK:  So vague and ambiguous.
9  Beyond the scope.  Vague and ambiguous as to
10 homeowners' claims process.  Beyond the scope and
11 compound.
12          It's a long list.  You can answer if you
13 can.  If you understand it, you can answer based on
14 your personal knowledge.
15          THE WITNESS:  Based on my knowledge and
16 experience with SAS ▮▮▮▮▮▮▮▮▮▮ and the list of
17 functionality or capabilities that are listed on
18 this document on page 2, to my knowledge, I'm only
19 aware of, in the first bullet, descriptive reports,
20 so more so basic listing summary statistics and
21 tables as well as graphs, so basic line charts, bar
22 charts, things like that.  That is the extent of my
23 knowledge as to how the tool has been used.
24     Q.   BY MS. KIM:  So predictive models,
25 regression models and, for instance, multi-variat

Page 71

1  relationship models could be used, but you don't
2  know whether they actually are?
3          MS. HEMERYCK:  Objection; vague and
4  ambiguous and beyond the scope.
5          THE WITNESS:  Yeah.  I don't know what the
6  SAS tool, SAS ▮▮▮▮▮▮▮▮▮▮▮▮ is used holistically
7  at State Farm.  This document outlines its
8  capabilities.  Whether or not those capabilities are
9  used, I'm not sure.
10     Q.  BY MS. KIM:  Do you know whether SAS
11  ▮▮▮▮▮▮▮▮▮▮▮▮ has been used with SAS rapid
12  predictive modeler?
13         MS. HEMERYCK:  Objection; beyond the scope.
14         THE WITNESS:  I don't know.  I have never
15  heard that term before.
16     Q.  BY MS. KIM:  Do you work with models as part
17  of your responsibilities at State Farm?
18         MS. HEMERYCK:  Objection; vague and
19  ambiguous and beyond the scope.
20         But you can answer if you understand based
21  on your personal knowledge.
22         THE WITNESS:  I do not work with models.
23     Q.  BY MS. KIM:  Who works with models at State
24  Farm?
25         MS. HEMERYCK:  Objection; beyond the scope

Page 72

1  and vague and ambiguous.  And, again, you haven't
2  limited even to the fire side.
3      Q.  BY MS. KIM:  Have you worked with models at
4  State Farm with respect to the fire side?
5          MS. HEMERYCK:  And still vague and
6  ambiguous.  Beyond the scope.
7          THE WITNESS:  My experience is that data
8  scientists would work with models.  They would be
9  responsible for models.
10     Q.  BY MS. KIM:  What is SAS ▮▮▮▮▮▮▮▮▮?
11     A.  SAS ▮▮▮▮▮▮▮▮ would be similar to SAS
12 ▮▮▮▮▮▮▮▮▮▮▮▮▮, a product provided by SAS as a
13 company to perform a variety of analytic
14 functions.
15     Q.  BY MS. KIM:  And how are the features of SAS
16 ▮▮▮▮▮▮▮▮ different from those of SAS ▮▮▮▮▮▮▮
17 ▮▮▮?
18         MS. HEMERYCK:  Objection; beyond the
19 scope.
20         THE WITNESS:  I'm not familiar with all the
21 features of SAS ▮▮▮▮▮▮▮▮, nor SAS ▮▮▮▮▮▮▮
22 ▮▮▮, so I don't know what the differences are.
23     Q.  BY MS. KIM:  Why did State Farm use SAS ▮▮
24 ▮▮▮▮ if they have SAS ▮▮▮▮▮▮▮▮▮▮▮▮▮ as a
25 tool?

Page 73

1        MS. HEMERYCK: Objection; beyond the scope.
2        But you can answer if you know.
3        THE WITNESS: I don't know why decisions are
4   made to shift tools or implement one tool versus the
5   other.
6        Q. BY MS. KIM: But SAS ███████ is also a
7   data interface tool that can be used to query data
8   and report the results; correct?
9        A. I believe that's what it says on the amended
10  interrogatory table, yes.
11       Q. So doesn't SAS ███████ and SAS
12  ███████ serve the same function?
13       MS. HEMERYCK: Objection; beyond the scope.
14       But you can answer, if you know.
15       THE WITNESS: My understanding is that they
16  do serve the same function, or similar functions,
17  potentially.
18       Q. BY MS. KIM: Is it your understanding that
19  SAS ███████ is still used at State Farm at
20  this point in time?
21       A. I don't know if SAS ███████ is used
22  at the company -- at State Farm holistically. I
23  don't know.
24       Q. Do you know if models can be built with SAS
25  ███████?

```
                                              Page 102
 1   detect bias in how data is managed as part of its
 2   homeowners' insurance claims process?
 3            MS. HEMERYCK:  Objection; beyond the scope.
 4   Calls for speculation.
 5            THE WITNESS:  Again, as I stated before, its
 6   my personal understanding that the determination of
 7   bias and evaluation of bias is done by an individual
 8   with the support of a tool.  Could SAS ███████
 9   ███ or ██████████ be used?  I'm not sure if
10   that's used in that process or not.
11       Q.   BY MS. KIM:  Does SAS Viya have bias
12   detection capabilities?
13            MS. HEMERYCK:  Objection; beyond the scope.
14   Calls for speculation.  Lack of foundation.
15            THE WITNESS:  Again, SAS Viya is not being a
16   tool, but the tools within the suite of tools within
17   SAS Viya.  I mean, my understanding.  Could that
18   happen?  I'm not aware.
19       Q.   BY MS. KIM:  I'm going to go to a new
20   document to be marked as Exhibit 8.
21               (Deposition Exhibit No. 8 was marked for
22               identification.)
23            THE WITNESS:  I see that document.
24       Q.   BY MS. KIM:  Okay.  What does this document
25   appear to be?
```

```
                                                    Page 105
 1            THE WITNESS:  Same answer.
 2       Q.   BY MS. KIM:  And same answer with respect to
 3   model performance monitoring; correct?
 4       A.   Again --
 5            MS. HEMERYCK:  Sorry.  Same objections.
 6            Go ahead.
 7            THE WITNESS:  Same answer.
 8       Q.   BY MS. KIM:  Okay.  Could we go to page 12.
 9   Let me know when you're there.
10       A.   I am on page 12.
11       Q.   Okay.  I am focused on the right side of the
12   page, the second paragraph.  It notes SAS also
13   supports responsible innovation through the
14   trustworthy AI features of SAS Viya, including bias
15   detection, explainability, decision auditability and
16   model monitoring governance and accountability that
17   helps organizations identify potential bias during
18   data management and modeling.
19            Do you see that?
20       A.   I see that wording, yes.
21       Q.   How does State Farm use SAS Viya to identify
22   potential bias during data management and modeling
23   as relevant to the homeowners' insurance claims
24   process?
25            MS. HEMERYCK:  Objection; assumes facts not
```

Page 106

1 in evidence. Homeowners' claims process is vague
2 and ambiguous and beyond the scope. Lack of
3 foundation. Calls for speculation.
4          THE WITNESS: I don't know.
5     Q. BY MS. KIM: And you're not prepared to
6 testify about what types of analysis or variance
7 predictive models are used as part of State Farm's
8 homeowners' insurance claims process; correct?
9          MS. HEMERYCK; objection. Beyond the scope.
10 That's not a topic.
11          MS. KIM: I'm asking the deponent.
12          MS. HEMERYCK: And I'm making my objection
13 that that's not a topic and you suggested it was, so
14 he has no obligation to be prepared to testify about
15 that.
16          Can I hear it back, by the way? Can I hear
17 it back, Jeff?
18          (Questioned read back.)
19          MS. HEMERYCK: Also, vague and ambiguous and
20 assumes facts not in evidence.
21          THE WITNESS: I have no knowledge. I don't
22 know.
23     Q. BY MS. KIM: And is your answer the same
24 with respect to how regression models are used at
25 State Farm as part of its homeowners' insurance