# EXHIBIT H

## REDACTED VERSION

Page 1

1                  UNITED STATES DISTRICT COURT
               FOR THE NORTHERN DISTRICT OF ILLINOIS
2                        EASTERN DIVISION
3     JACQUELINE HUSKEY and )
      RIIAN WYNN, ON BEHALF )
4     OF THEMSELVES AND ALL )
      OTHERS SIMILARLY       )
5     SITUATED,             )
                            )
6            Plaintiffs,    ) Case No.: 22-cv-7014
                            )
7     VS.                    ) Hon. Jeffrey I. Cummings
                            )
8     STATE FARM FIRE &      )Magistrate Judge Jeffrey T. Gilbert
      CASUALTY COMPANY,      )
9                            )
             Defendants.     )
10
11                     - CONFIDENTIAL -
12                   ATTORNEYS' EYES ONLY
13
14
         The deposition of STATE FARM FIRE & CASUALTY
15    COMPANY, BY REPRESENTATIVE DEPONENT, ADRIAN SMOOT,
      taken at the instance of the Plaintiffs, herein,
16    pursuant to Notice as to time and place, pursuant to
      Fed. R. Civ. P. 30(b)(6), before Dawn M. Iseminger,
17    Registered Professional Reporter (RPR), via Zoom
      Video/Teleconference, and in person at RILEY SAFER
18    HOLMES & CANCILA, LLP, 1 South Dearborn Street,
      Suite 2200, Chicago, Illinois, on April 29th, 2025,
19    commencing at the hour of 9:30 a.m.
20
21
22
23
24
25

Page 73

```
 1          information regardless of where it's reported
 2          through, does it all go to the same place after
 3          it comes in?
 4               MS. HEMERYCK:  Objection.  Vague and
 5          ambiguous.  You can answer if you know.
 6     A    I would have to ask for clarification of what do
 7          you mean "it goes to the same place."
 8               If you're talking about the process of a
 9          claim has been established or if a claim has
10          been established, the process is the same, but
11          the claim will go to a claim handler, or claim
12          representative.
13     Q    (BY MS. VAUGHN) So even before that, so let's
14          start with HAART.  A claim is reported ████████
15          ████, it's recorded in HAART.  Does it at some
16          point move through ██████████████?
17     A    Yes.
18     Q    Walk me through step-by-step how it gets from
19          being recorded in HAART to ████████████████?
20               MS. HEMERYCK:  Objection.  Beyond the scope.
21     A    If you're referring to once the information --
22          once the customer has reported the claim and
23          provided the information through -- in this case,
24          you said HAART -- once that process is complete,
25          that information ██████████████████, and then
```

```
                                                    Page 81
 1         has reported when they reported the claim?
 2              MS. HEMERYCK:  Objection.  Vague and
 3         ambiguous.  And asked and answered several times
 4         now about ████████████████████████████████████
 5         ████████████.
 6    A    Again, the information that is gathered through
 7         the tool -- in this case we're still talking about
 8         HAART.  The HAART tool would include ████████████
 9         ████████████████████████████████████████████████
10         ████████████████████████████████████████████████
11         ████████████.
12    Q    (BY MS. VAUGHN) All right.  And what is the
13         purpose of ██████████████████████████████████████
14         ██████████████████████████████████?
15              MS. HEMERYCK:  Objection.  Asked and
16         answered.  But you can answer again.
17    A    Sure.  It's to ████████████████████████████████
18         ████████████████████████████.
19    Q    (BY MS. VAUGHN) And what factors ████████████████
20         ██████████████████████████████████████████ for
21         a claim?
22              MS. HEMERYCK:  Objection.  Beyond the scope.
23         You can answer based on your personal knowledge if
24         you know.
25    A    You know, the entire concept of being what we
```

```
                                                    Page 93
 1        that's part of what would be anything to do with

 2        our SIU team.

 3   Q    Okay.  So is centralized investigation basically a

 4        synonym for SIU, or could it include other things

 5        too?

 6   A    Again, that's outside of the area of a -- you

 7        know, ███████████████████████ is part of

 8        SIU or SIU is a part of ████████████████████

 9        ████, I believe you have opportunity to speak with

10        someone at SIU.

11   Q    All right.  And do you know what the one above

12        that, ████████████ is reference to?

13   A    From this point of date, I do not know what

14        ████████████ includes.

15   Q    Okay.  Today is there also a ████████████

16        Environment?

17   A    Yes.

18   Q    How long has that Environment existed?

19             MS. HEMERYCK:  Objection.  Beyond the scope.

20        You can answer if you know.

21   A    I don't know how long the ████████████ has been in

22        place.  It could have been possibly 2018, 2020.

23   Q    (BY MS. VAUGHN) Okay.  And what is the

24        difference between a ████████████ versus a

25        ████████████ or a ████████████?
```

```
                                                    Page 98
 1    A     And what do you mean by "caseload"?
 2    Q     (BY MS. VAUGHN) Do claim handlers in the
 3          ████████ Environment have about the same
 4          number of claims they're handling as a claim
 5          handler in the ████████████ Environment?
 6                MS. HEMERYCK:  Objection.  Beyond the scope.
 7          You can answer if you know.
 8    A     The claim inventories is what you're referring
 9          to -- excuse me -- can vary even within a
10          particular Environment.  But there can be, you
11          know, higher number of claims that individual has
12          which could be less complex, or, you know, involve
13          scenarios that lend themselves to being able to be
14          resolved without taking the time to go to a
15          physical inspection, per se.
16                So the claim -- their inventory is what I
17          will refer to -- can vary just depending on
18          specific job functions and specific types of
19          claims that they're handling.
20    Q     (BY MS. VAUGHN) So it might be that a claim
21          handler in the ████████████Environment has the
22          same number of claims they're handling at any
23          time as the ████████████ Environment; it just
24          depends on the specifics of the claims?
25                MS. HEMERYCK:  Objection.  Beyond the scope.
```

```
                                              Page 110
 1    A    So they are evaluating the damages.  They're

 2         evaluating the extent of the damages.  The

 3         estimate may be a reflection of that complexity of

 4         the loss.

 5    Q    I see.

 6    A    ███████████████████████████████████████████

 7         claim is moved to another area.

 8    Q    Got it.  Thank you that was helpful.

 9              Are there any other tools that claim

10         handlers use to conduct their investigation of

11         a claim besides Xactimate?

12              MS. HEMERYCK:  Objection.  Vague and

13         ambiguous.  Beyond the scope and way overbroad.

14    A    You'll have to narrow that down for me, please.

15    Q    (BY MS. VAUGHN) So we've talked about ██████,

16         we've talked about Xactimate.  Are there any

17         tools that help claim handlers conduct

18         inspections?

19    A    There are many tools that a claim handler may

20         utilize in which to conduct an inspection.  When

21         you say "tools to conduct an inspection," that

22         could encompass safety gear.  That could encompass

23         ladders to access areas that aren't visible from

24         the ground.  That could encompass, from the

25         standpoint of again some customers, Hey, I don't
```

1          want you in the house, or, Hey, my time -- can we

2          just do this by phone and do the, you know, the

3          live streaming or whatever you --

4     Q    FaceTime?

5     A    Yeah, FaceTime, whatever the terminology is used,

6          to indicate that a person is using their mobile

7          device in which to, you know, demonstrate or to --

8          the damage -- could be photography, if they want

9          to send us in pictures.  So that's a broad --

10    Q    How about are there any tools that do any kind of

11         prediction modeling that assist claim handlers in

12         conducting their investigation?

13    A    "Any tools that perform predictive modeling" and

14         you said "in their investigation claim handling"?

15    Q    Uh-huh.

16    A    No.  There are no tools that have predictive

17         modeling in the claim investigation.

18    Q    Do you know whether Xactimate uses any predictive

19         modeling?

20         MS. HEMERYCK:  Objection.  Beyond the scope.

21    A    Again, I'm not an employee of Xactware, and I do

22         not have any control over what's in their

23         software.

24         To my knowledge, there is no predictive

25         modeling in that application.  It's simply

```
 1          taking the aspects such as material price,
 2          labor, contractor's overhead, profit, all those
 3          items, into play.
 4     Q    (BY MS. VAUGHN) I guess to know for sure we
 5          would have to just ask Xactware?
 6     A    Correct.
 7     Q    Okay.  All right.  And then, so when a claim
 8          handler decides that a claim would be more
 9          efficiently dealt with in a different environment,
10          what is the process for identifying what
11          environment it might need to be moved to?
12              MS. HEMERYCK:  Objection.  Vague and
13          ambiguous.  And assumes facts not in evidence.
14     A    And, again, I will state that it is claim
15          management that will make the decision of whether
16          or not --
17     Q    (BY MS. VAUGHN) Okay.
18     A    -- the claim is moved to an area that's more
19          efficient in handling it.
20              And as I identified before, some of the
21          variables that may come into that scenario,
22          because each claim is different, may be the
23          facts of loss as initially reported by the
24          customer have changed in such that it's handled
25          in another Environment differently.
```

```
                                                    Page 134
 1    Q    (BY MS. VAUGHN) And over the course of the time
 2         that State Farm was using Duck Creek, did State
 3         Farm make changes to how it operated?
 4              MS. HEMERYCK:  Objection.  Beyond the scope.
 5         You can answer if you know.
 6    A    I don't know.
 7    Q    (BY MS. VAUGHN) Do you know what team at State
 8         Farm would have been responsible for making any
 9         changes, if they did?
10              MS. HEMERYCK:  Objection.  Beyond the scope.
11         You can answer if you know.
12    A    I do not know.
13    Q    (BY MS. VAUGHN) All right.  So I think you said
14         that State Farm purchased it.  So was it like a
15         one-time purchase or did State Farm have some
16         kind of ongoing contract with Duck Creek to use
17         the tool?
18              MS. HEMERYCK:  Objection.  Beyond the scope.
19    A    I do not know.
20              MS. VAUGHN:  All right.  If we could bring up
21         Tab 14, which we'll have marked as Exhibit 6.
22                        (Plaintiffs' Smoot Exhibit 6
23                         marked for identification.)
24    Q    (BY MS. VAUGHN) Mr. Smoot, have you seen this
25         document before today?
```

Page 194

```
 1    A    ███████████████████████████████████
 2         ██████████████████████  ███████████████████
 3         ████████████████████████████████████████████
 4         ██████████████████████████████████████
 5         ██████████████████████████
 6    Q    All right.  Okay.  You can put that aside.  Do you
 7         know whether HAART has any interaction with the
 8         ████████████████████████████ tool, or ████?
 9              MS. HEMERYCK:  Objection.  Beyond the scope.
10         But you can answer if you know.
11    A    I do not know.
12    Q    (BY MS. VAUGHN) Okay.
13              MS. HEMERYCK:  I'm sorry.  You said ██████?
14              MS. VAUGHN:  Yeah, I'm just asking if HAART
15         has any interaction with that.
16              MS. HEMERYCK:  Just pause one second.
17              MS. VAUGHN:  I know Mr. Biddlecome was
18         talking about ██████████.
19              MS. HEMERYCK:  (Indicating.)
20    Q    (BY MS. VAUGHN) Other than this presentation
21         that we were just looking at, if someone at
22         State Farm needs to understand how the HAART
23         tool fits into the claim process, are there any
24         other documents they can look at to understand
25         that?
```

Page 209

1    ███████████████████████████████████████

2    ████████████████████████████   █████████

3    ████████████████████████████████████████

4    ██████████████████████████

5    Q    Okay.  And information that's taken in on ███,

6         where is that stored?

7              MS. HEMERYCK:  Objection.  Beyond the scope.

8    A    Again, I don't know that it is stored anywhere.

9    Q    (BY MS. VAUGHN) Where does that information --

10        what database or system does that information

11        sit in before it moves on to the next step with

12        █████?

13             MS. HEMERYCK:  Objection.  Beyond the scope.

14   A    Again, I'm not familiar with any database that may

15        or may not be used.

16   Q    (BY MS. VAUGHN) And so you don't know one way

17        or another whether it sits in some database

18        before it goes on to █████?

19   A    As I stated, I'm not aware if there is a database

20        or -- may or may not.

21   Q    Okay.

22   A    I've explained that the information, whether

23        through the Loss Intake Tool, whether through the

24        home and auto reporting tool, the mobile app, is

25        ████████████████████████████████████

```
                                                        Page 231

 1    Q      (BY MS. VAUGHN) Okay.  And does ████  contribute

 2           to or influence the sorting of claims in any

 3           way?

 4                  MS. HEMERYCK:  Objection.  "Sorting" is vague

 5           and ambiguous.

 6    A      And I would ask you, could you explain what you

 7           mean by "sorting"?

 8    Q      (BY MS. VAUGHN) Well, sorting in common

 9           parlance.  You know, if I sort my pens in the

10           different buckets; things like that.

11                  Does ████  contribute or influence sorting

12           of claims in any way?

13                  MS. HEMERYCK:  Objection.  That question is

14           vague and ambiguous.

15    A      Again, sorting of -- I'm trying to understand your

16           question as far as the sorting of the claims.

17           ████████████████████

18           ███████████████████████████████████

19           ██████████████████████  ████████████

20           ████████████████████████████████████

21           █████████████████████████

22    Q      (BY MS. VAUGHN) Did State Farm use any

23           third-party products or services to build ████?

24    A      ████  is State Farm built.

25    Q      What team in State Farm built ████?
```

```
 1              MS. HEMERYCK:  Objection.  Beyond the scope.
 2     A    Yeah, I do not know -- know the team that built
 3          State Farm -- excuse me, that built ███.
 4     Q    (BY MS. VAUGHN) And if any changes are made to
 5          ███, do you know what team makes those
 6          changes?
 7              MS. HEMERYCK:  Objection.  Beyond the scope.
 8          You can answer if you know based on your personal
 9          knowledge.
10     A    I do not know.
11     Q    (BY MS. VAUGHN) I'm pulling up Tab 68.  For the
12          record, it's HUSKEYJAC 14654 marked as Smoot
13          Exhibit 14.
14                      (Plaintiffs' Smoot Exhibit 14
15                       marked for identification in
16                       electronic format.)
17     Q    (BY MS. VAUGHN) Mr. Smoot, have you seen Smoot
18          Exhibit 14 before today?
19     A    If I can have an opportunity to review this.
20              (Reviews the document.)
21              Yes, I have seen this.
22     Q    Okay.  And what is this document?
23     A    Well, as the document is titled, ██████████
24     ████████████████████████████████████
25          ███████████████
```

Page 235

1   A   Correct.

2   Q   All right.  And how does ███ determine the

3       severity of a claim?

4           MS. HEMERYCK:  Objection.  Assumes facts not

5       in evidence.

6           MS. VAUGHN:  Scratch -- strike that question.

7   Q   (BY MS. VAUGHN) ████████████████████████

8       ████████████████████████████████

9       ██████████████████████████████████████

10      ████████████████████████████████████

11      ██████████████████████████████████████

12      ██████████████████████████████████

13  A   Yeah, correct. ██████████████████████████

14      ████████████   ██████████████████████████████

15      ████████████████████

16  Q   (BY MS. VAUGHN) Okay.

17  A   █████████████████████████████████████████

18      ████████████████████████████████████

19      ██████████████████

20  Q   ████████████████████████████████

21      ████████████████████

22  A   For claims that came through HAART, ██████████

23      ██████████████████████████████████████████

24      ████████████████████████

25  Q   Okay.  And you said ██████████ -- you mean, the

Page 236

1   ██████████████ ?

2   A   Correct, ████████ .

3   Q   And then for claims that come in through the

4       mobile apps, the severity is selected by the

5       customer reporting the claim; is that right?

6   A   Correct.  The mobile app, the customer selected or

7       identified the severity.

8   Q   ████████████████████████████████████████████

9       ███████████████████████████████████████████

10      ████████████

11  A   Correct.  From the standpoint of, again, with all

12      of the claims that are reported, whether they are

13      identified as ██████████████████████████ or

14      any loss that is reported through the initial

15      investigation and conversation with the customer,

16      if that changes, it will be identified.

17  Q   Okay.  And so ██████████████████████████████

18      ████████ , does that mean claim handlers will

19      address more severe claims first before they get

20      to less severe claims?

21  A   ███████████████████████████████████████████

22      █████████████████████████████████████████

23      ██████████████████████████████

24          ████████████████████████████████████████

25      ████████████████████████████████████████████

Page 238



8   Q    Okay.  So how does ▮▮▮▮ help claim handlers -- or

9        does ▮▮▮▮ help claim handlers do their job more

10       efficiently?

11  A

Page 241

1 ▬▬▬▬▬▬▬

2 Q   Yes.

3 A   ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

4 ▬▬▬▬▬▬▬▬▬  ▬▬▬▬▬

5 ▬▬▬▬▬▬▬▬▬▬▬▬▬▬

6 ▬▬▬▬▬▬▬▬▬▬▬

7 ▬▬▬▬▬▬▬▬▬▬▬▬▬

8 ▬▬▬  the claim handler is going to have an idea

9 of what their inventory is and know the work that

10 needs to be done on the claim.

11         ▬▬▬▬▬▬▬▬

12 ▬▬▬▬▬▬  There are any number of

13 events that can happen during the course of the

14 day, such as a customer calls and is speaking

15 to the claim handler, ▬▬▬▬▬▬▬

16 ▬▬▬▬▬▬▬▬▬▬▬

17 ▬▬▬▬▬▬▬▬▬▬▬▬

18 ▬▬▬▬▬▬▬▬▬▬

19 ▬▬▬▬▬▬▬▬▬▬▬

20 ▬▬▬  ▬▬▬▬▬▬▬▬▬

21 ▬  ▬▬▬▬▬▬▬▬

22 ▬▬▬▬▬▬▬▬▬▬▬

23 ▬▬▬▬▬▬▬▬▬▬▬

24 ▬▬▬▬▬▬

25   ▬▬▬▬▬▬▬▬▬▬

Page 242

1　　████████████████████████████

2　　██████████████████████████████

3　　████████

4　Q　I see.　██████████████████████

5　　█████████████████████████████

6　　████████

7　　　　MS. HEMERYCK:　Objection.　Misstates the

8　　testimony.

9　A　██████████████████████████████

10　　█████████████████████████████

11　　█████████████████████████████

12　　███████████████████████████████

13　　█████████████████████████████

14　　███████████████████████████████

15　　████████████████████████████

16　　███████████

17　Q　(BY MS. VAUGHN) Do claim handlers use ████ from

18　　the time they get a claim to the time that it's

19　　resolved?

20　A　You mean, are they using ████?　The claim handlers

21　　that utilize ███████████████████

22　　████████████████, that is their tool that

23　　they use for work since ██████ became active in

24　　████.

25　Q　And do all fire property claim handlers use ████?

Page 244

```
 1    Q    Okay.  Are there any SAS platforms or tools that
 2         are used to sort homeowners claims?
 3              MS. HEMERYCK:  Objection.  "Sort" is vague
 4         and ambiguous.  And this is beyond the scope.
 5    A    When you say "sort claims"?
 6    Q    (BY MS. VAUGHN) I want to put aside potential
 7         sorting for complexity and getting it to a
 8         claims handler.
 9              Are there any SAS platforms or tools that
10         are used?
11              MS. HEMERYCK:  Objection.  Beyond the scope.
12    A    Again, I'm not understanding your definition of
13         "sort."  I've identified the tools to ███████
14         ██████.  And I am unfamiliar with -- you said
15         "SAS"?
16    Q    (BY MS. VAUGHN) Uh-huh.
17    A    I am unfamiliar with SAS.
18    Q    Okay.  Have you ever heard of anything called
19         "Pitney Bowes Data"?
20              MS. HEMERYCK:  Objection.  Beyond the scope.
21    A    I've heard of Pitney Bowes Company.
22    Q    (BY MS. VAUGHN) Are you aware of any tools or
23         services that State Farm uses from Pitney Bowes
24         in routing or sorting claims?
25              MS. HEMERYCK:  Again, objection to "sorting"
```

Page 291

```
 1        special investigative unit, but the question is --
 2        going back to the question, is there a tool that
 3        dictates whether inspection is to be completed or
 4        not?  No, there is not.
 5   Q    Okay.
 6   A    As I stated earlier.
 7   Q    All right.  And Miss Hemeryck asked you whether
 8        there were computer-based tools that direct a
 9        claims handler in how to handle a property claim,
10        and you said, "No."  Do you recall that?
11   A    Yes, I do recall that.
12   Q    But I just want to clarify that I understood you
13        earlier.  ████████████████████████████████████
14        ██████████████████; is that right?
15   A    Those are two different things.  So the ██████████
16   ███████████████████████████████████████████████████
17   ██████████████████████
18   Q    Okay.
19   A    It doesn't dictate a task.
20   Q    Okay.  And just looking at Exhibit 17, that
21        Miss Hemeryck --
22   A    Yes.
23   Q    -- asked you about.  I just want to confirm that I
24        understood what you were saying.
25             For all of these data fields where it says
```