# EXHIBIT I
## REDACTED VERSION

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

```
            UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF ILLINOIS
                    EASTERN DIVISION
  JACQUELINE HUSKEY and  )
  RIIAN WYNN, ON BEHALF  )
  OF THEMSELVES AND ALL  )
  OTHERS SIMILARLY       )
  SITUATED,              )
                         )
         Plaintiffs,     ) Case No.: 22-cv-7014
                         )
  VS.                    ) Hon. Jeffrey I. Cummings
                         )
  STATE FARM FIRE &      )Magistrate Judge Jeffrey T. Gilbert
  CASUALTY COMPANY,      )
                         )
         Defendant.      )
```

                    - CONFIDENTIAL -
                  ATTORNEYS' EYES ONLY

     The deposition of STATE FARM FIRE & CASUALTY
COMPANY, BY REPRESENTATIVE DEPONENT, SCOTT BIDDLECOME,
taken at the instance of the Plaintiffs, herein,
pursuant to Notice as to time and place, pursuant to
Fed. R. Civ. P. 30(b)(6), before Dawn M. Iseminger,
Registered Professional Reporter (RPR), via Zoom
Video/Teleconference, and in person at RILEY SAFER
HOLMES & CANCILA, LLP, One South Dearborn Street, Suite
2200, Chicago, Illinois, on April 30th, 2025,
commencing at the hour of 9:00 a.m.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 2

```
 1              A P P E A R A N C E S
 2     FAIRMARK PARTNERS, LLP
       BY AMANDA R. VAUGHN
 3     JAMIE CROOKS and KRITIKA DEB, appearing via Zoom
       MATTHEW LEACH, paralegal
 4     400 7th Street Northwest, Suite 304
       Washington, DC  20004
 5     amanda@fairmarklaw.com
                 On behalf of the Plaintiffs
 6
 7     RILEY SAFER HOLMES & CANCILA, LLP
       BY SONDRA A. HEMERYCK
 8     LAUREN ABENDSHIEN, appearing via Zoom
       One South Dearborn Street, Suite 2200
 9     Chicago, Illinois  60603
       shemeryck@rshc-law.com
10                  On behalf of the Defendant
11
       NICK PAGE, Legal Videographer
12     VERITEXT LEGAL SOLUTIONS
13
14
15
16
17
18
19
20
21
22
23
24
25
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 22

```
 1    Q    (BY MS. VAUGHN) Like if the tool isn't working,
 2         or you need the tool to do something and it's
 3         not doing it, who would -- is that the
 4         department you would call?
 5              MS. HEMERYCK:  Same objection.  Beyond the
 6         scope.  And compound.  And assumes facts not in
 7         evidence.
 8    A    Potentially, if it's an issue that we believe is
 9         on the State Farm side.
10    Q    (BY MS. VAUGHN) Okay.  What if it's an issue on
11         the ███ side, who do you call?
12              MS. HEMERYCK:  Again, beyond the scope.  And
13         assumes facts not in evidence.  But you can answer
14         based on your personal knowledge.
15    A    We have a -- I believe it's a -- customer service
16         manager, I believe, is the actual title, at ███
17         that we direct any questions to if we believe
18         there's an issue on the ███ side.
19    Q    (BY MS. VAUGHN) And is that the same with
20         Verisk and ███?  Or ███?
21              MS. HEMERYCK:  Objection.  Compound.  And
22         beyond the scope.
23    A    No.  Any questions -- any questions relative to
24         ███, those will be directed to Lindsey.
25    Q    (BY MS. VAUGHN) Okay.  The department you
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 59

1  ▮
2       the screeners are responsible -- again, so my
3       group specifically is responsible for auto, auto
4       and fire property damage claims, and identity
5       theft, synthetic identity theft, and they're also
6       responsible for specific jurisdictional areas.
7            MS. HEMERYCK:  I'm going to remind you to
8       slow down for Dawn, because you're going real
9       fast.
10  A   Sorry.  ▮
11  ▮
12      If they accept the claim, then obviously it will
13      come into SIU.  But if they do not accept that
14      claim, ▮
15  ▮
16  ▮
17  Q   (BY MS. VAUGHN) I see.  ▮
18  ▮          Would there be any record ▮
19  ▮    that ▮
20      SIU didn't accept it?
21           MS. HEMERYCK:  Objection.  Calls for
22      speculation.  Beyond the scope.
23  A   ▮
24  ▮
25  Q   (BY MS. VAUGHN) Okay.  So ▮ might have a

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 60

| | | |
|---|---|---|
| 1 | | record that █████████████████████ |
| 2 | | ████████████████████████████████████ |
| 3 | | ████████? |
| 4 | | MS. HEMERYCK: Objection. Calls for |
| 5 | | speculation. Beyond the scope. |
| 6 | A | Yes. |
| 7 | Q | (BY MS. VAUGHN) All right. And then what is |
| 8 | | MCIU? |
| 9 | A | We don't use that term anymore. |
| 10 | Q | Okay. |
| 11 | A | But "MCIU" stood for "Multi-Claim Investigative |
| 12 | | Unit," and that is specific to project claims and |
| 13 | | auto related -- auto-claim related. |
| 14 | Q | Okay. And so does it have any relation to fire |
| 15 | | property claims? |
| 16 | A | I've never seen a fire property claim project. |
| 17 | Q | Okay. You said MCIU doesn't exist anymore. It |
| 18 | | just has a different name? |
| 19 | | THE REPORTER: Please repeat. Is it M -- |
| 20 | | MS. VAUGHN: MCIU. |
| 21 | | THE REPORTER: Does it exist anymore? |
| 22 | Q | (BY MS. VAUGHN) Yeah. You said MCIU does not |
| 23 | | exist anymore, or it just has a different name? |
| 24 | | MS. HEMERYCK: Objection. He said the term |
| 25 | | is not used anymore. |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 198

| | | |
|---|---|---|
| 1 | A | This appears to be accurate, yes. |
| 2 | Q | And have there been any additional searches that |
| 3 | | have been available in the years 2018 to now that |
| 4 | | are not in blue on this list? |
| 5 | | MS. HEMERYCK: Objection. Beyond the scope. |
| 6 | A | That, I do not know. |
| 7 | Q | (BY MS. VAUGHN) Okay. Would -- does State Farm |
| 8 | | have a record anywhere of other searches it may |
| 9 | | have previously had access to through Accurint? |
| 10 | | MS. HEMERYCK: Objection. Beyond the scope. |
| 11 | A | That, I do not know. |
| 12 | Q | (BY MS. VAUGHN) When a screener or an SIU |
| 13 | | claims specialist runs a search through |
| 14 | | Accurint, does the resulting report become a |
| 15 | | part of the claim file? |
| 16 | A | It does. |
| 17 | Q | So if someone wanted to know all the searches that |
| 18 | | were run through Accurint for a particular claim, |
| 19 | | would they be able to figure that out by looking |
| 20 | | at the Accurint reports in the claim file? |
| 21 | A | Can you state that again? Make sure I understand |
| 22 | | it. |
| 23 | Q | If someone wanted to know all of the Accurint |
| 24 | | searches that had been run in relation to a |
| 25 | | particular claim, let's say by a screener, how |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 227

1  Q   All right.  And did any other teams outside of SIU
2      use TAC for any reason with respect to handling
3      fire property claims?
4  A   No.
5  Q   And would TAC, a screener that was using TAC, is
6      that something they're checking regularly?  Or
7      does TAC give them an alert that let's them know
8      they need to go into the system?
9  A   I'll answer the second question first.  ▮
10 ▮
11     ▮
12     ▮
13     ▮
14     ▮
15     ▮
16     ▮
17     ▮
18     ▮
19     ▮
20     ▮
21     ▮
22 Q   ▮
23 A   ▮
24 Q   ▮
25     ▮

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 228

```
 1        ▮▮▮▮▮▮▮
 2    A   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
 3        ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
 4        ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
 5        ▮▮▮▮▮▮▮   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
 6        ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
 7        ▮▮▮▮▮▮▮
 8    Q   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
 9        ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
10    A   ▮▮
11    Q   And did TAC -- ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
12        ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, did TAC give
13        them any other information about those claims to
14        assist the screeners in reviewing them?
15    A   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
16        ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
17        ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
18        ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
19        ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
20        But the screeners would actually review the claim
21        or screen the claim within our ECS claim
22        application.
23    Q   And would TAC identify any specific indicators of
24        fraud on a particular claim for a screener?
25    A   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
```

Veritext Legal Solutions
212-267-6868   www.veritext.com   516-608-2400

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 233

1   A   It's my understanding that ███████████
2       ███████████
3       ███████████
4       ███████████
5   Q   Okay.  Does every fire property claim that comes
6       in ███████████?
7   A   That is my understanding.
8   Q   And then once it ███████████
9       ███████████
10   A   No.
11   Q   ███████████
12   A   ███████████
13       ███████████
14       ███
15   Q   ███████████
16       ███████████
17   A   I have no idea --
18   Q   Okay.
19   A   ███████████
20   Q   So once a claim -- ███████████
21       how does that impact what happens next to that
22       claim?
23           MS. HEMERYCK:  Objection.  Vague and
24       ambiguous.
25   A   ███████████

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 239

```
 1    Q    Okay.  And has State Farm ever done any analysis
 2         to see if the use of the ████ tools leads to
 3         different outcomes for black policyholders and
 4         white policyholders?
 5              MS. HEMERYCK:  Objection.  "Outcomes" is
 6         vague and ambiguous.  And beyond the scope.
 7    A    So there's no racial information in ECS that goes
 8         to them, that goes to ████.  And I'm not aware of
 9         any analysis having been done.
10    Q    (BY MS. VAUGHN) Are you aware of any Shift
11         Technologies products called "Force Fraud
12         Detection"?
13              MS. HEMERYCK:  Objection.  Beyond the scope.
14    A    That specific term, I don't recall hearing.
15    Q    (BY MS. VAUGHN) Okay.  So do you know if State
16         Farm uses any tools from Shift Technologies
17         called "Force Fraud Detection"?
18              MS. HEMERYCK:  Objection.  Beyond the scope.
19         You can answer based on your personal knowledge if
20         it's used in respect to identification or
21         investigation of potentially fraudulent claims.
22    A    Specific to that term, I am not -- again, I'm not
23         aware of that term.  ████████████████████████████
24         ████████████████████████████████████████████████
25         ██████████████████████████████████████
```