# EXHIBIT 2

## REDACTED VERSION

CONFIDENTIAL

Page 1

1  UNITED STATES DISTRICT COURT
2  FOR THE NORTHERN DISTRICT OF ILLINOIS
3  EASTERN DIVISION
4
5  Jacqueline Huskey and Riian    )
   Wynn, on behalf of themselves  )
6  and all others similarly       )
   situated,                      )
7                                 )
          Plaintiffs,              )
8                                 )
     vs.                           )  No. 22-cv-7014
9                                 )
   State Farm Fire & Casualty     )
10 Company,                       )
                                  )
11         Defendant.              )
                                  )
12 _____)
13
14           C O N F I D E N T I A L
15   VIDEOTAPED DEPOSITION OF 30(b)(6) OF STATE FARM
16   FIRE & CASUALTY COMPANY FOR PHASE I OF DISCOVERY
17              KERSTIN MARKWARDT
18              Phoenix, Arizona
                April 24, 2025
19                 9:00 a.m.
20
21
22                         VERITEXT LEGAL SOLUTIONS
                           RRF NO. 1061
23                         3101 North Central Avenue
   Reported by:            Suite 290
24 SHANNON STEVENSON,      Phoenix, Arizona 85012
   RPR, CCR                Phone (602) 254-4111
25 Certificate No. 50461   calendar-barteltnix@veritext.com

CONFIDENTIAL

Page 2

**I N D E X**

| (WITNESS) | PAGE | LINE |
|---|---|---|
| KERSTIN MARKWARDT | | |
|     Examination by Mr. Tracey............ | 7 | 11 |
| | 237 | 21 |
|     Examination by Ms. Hemeryck.......... | 228 | 5 |

\* \* \*

**E X H I B I T S**

| NO. | DESCRIPTION | PAGE | LINE |
|---|---|---|---|
| Exhibit 2 | Amended Notice of Rule 30(b)(6) Deposition of State Farm Fire & Casualty Company for Phase I of Discovery | 9 | 21 |
| Exhibit 3 | List of contacts provided by the witness | 15 | 1 |
| Exhibit 4 | March 12, 2025 email | 25 | 8 |
| Exhibit 5 | State Farm Fire and Casualty Company's Supplemental Response to Plaintiff's Amended First Set of Interrogatories | 25 | 10 |
| Exhibit 6 | Excel file, Bates No. HUSKEYJAC00005913PROD.lsx | 35 | 11 |
| Exhibit 7 | State Farm P&C Claims Operating Model Overview, Bates. Nos. HUSKEYJAC00014687PROD through HUSKEYJAC00014710PROD | 63 | 16 |

CONFIDENTIAL

Page 191

1   Q   BY MR. TRACEY: It's a PowerPoint if you want
2   to download that. You with me?
3   A   Yes.
4   Q   Is this a presentation that describes ▮▮▮▮
5   ▮▮▮▮▮▮▮▮?
6   A   Yes, it is.
7   Q   When was ▮▮▮▮▮▮▮▮▮▮ created?
8   You won't see it on the rogs because it's not there.
9   A   ▮▮▮▮▮▮.
10  Q   And is the first -- high level, what does ▮
11  ▮▮▮▮▮▮ do?
12  A   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
13  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
14  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
15  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
16  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
17  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
18  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
19  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮.
20  Q   And did State Farm look at ▮▮▮▮▮▮ to
21  make a determination about whether efficiencies could be
22  gained by ▮▮▮▮▮▮▮▮▮▮▮▮
23  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
24  ▮▮▮▮▮▮?
25  A   Yes.