**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Jacqueline Huskey, et al.
                                        Plaintiff,

v.                                                                Case No.: 1:22–cv–07014
                                                                  Honorable Jeffrey I Cummings

State Farm Fire & Casualty Company
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 10, 2025:

MINUTE entry before the Honorable Jeffrey T. Gilbert: Status hearing held on 6/10/25. The parties should refer to the hearing transcript for a complete record of the proceedings. The Court reviewed the parties' Joint Status Report [168]. For the reasons discussed on the record, discovery will proceed in this case. Plaintiffs shall serve their next round of written discovery and any oral discovery being sought at this juncture on Defendant State Farm consistent with the discussion during today's hearing by 7/7/25. Defendant shall respond to Plaintiff's discovery requests by 8/7/25 in accordance with the Federal Rules of Civil Procedure. The parties also should meet and confer about any written discovery requests previously served to which either side has not yet fully responded and, to the extent either side needs to amend or supplement previously served responses, that should happen without further order of the Court. By 8/21/25, the parties shall file a short joint status report summarizing the parties' progress with written discovery to that date. The Court acknowledges that this date is just two weeks after responses to new discovery requests are due to be served, so if the parties need more time to file a joint status report, they should move for an extension of the schedule set here. In light of issues both sides articulated in connection with the preparation of their last joint status report, the Court sets the following procedure for the parties to follow when they do file a comprehensive status report on discovery progress so the report accurately sets forth the perspectives of both sides on the matters discussed, and the parties have time to confer about the report before it is filed. Plaintiffs shall send a first draft of the joint status report to Defendant a week before it is due. Defendant shall send to Plaintiffs its comments on and additions to the joint status report within 3 business days of its receipt of Plaintiffs 9; draft. Plaintiff shall respond to Defendant's comments and additions within 2 business days of receipt from Defendant. The parties can modify this schedule by agreement as they see fit. A status hearing is set for 8/26/25 at 10:00 a.m. in Courtroom 1386 assuming the parties file a joint status report by 8/21/25. The transcript of today's proceeding is sealed at Defendant's request and without objection from Plaintiffs. The transcript shall remain sealed until further order of the Court. Within 7 days of receipt of the transcript of today's hearing, Defendant shall provide to Plaintiffs' counsel the redactions it proposes to make in the transcript when it is filed of record. Plaintiff shall respond to Defendant&#0;39;s proposed redactions within 7 days. Within 7 days thereafter, the parties shall submit an order to the Court that identifies the portions of the transcript that

must be redacted due to references to confidential material. No transcript shall be filed on CM/ECF until the Court enters an order with respect to the redactions. Thereafter, the complete transcript shall be filed under seal, and a redacted transcript will be filed on the public record. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.