**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JACQUELINE HUSKEY and RIIAN WYNN, on behalf of themselves and all others similarly situated, | Case No. 22-cv-07014 |
| Plaintiffs, | Hon. Jeffrey I. Cummings |
| v. | Magistrate Judge Jeffrey T. Gilbert |
| STATE FARM FIRE & CASUALTY COMPANY, | |
| Defendant. | |

**ORDER SEALING PORTIONS OF TRANSCRIPT**

Pursuant to the Confidentiality Order entered in this matter (Dkt. 65) and the Court's order dated June 10, 2025 (Dkt. 173), and on Defendant State Farm Fire and Casualty Company's unopposed request, it is hereby **ORDERED** that, as the transcript of the discovery hearing on June 10, 2025, contains information that State Farm maintains is sensitive, technical and confidential, portions of said transcript shall be sealed in accordance with the redactions proposed by State Farm. The portions of the transcript to be sealed are as follows:

- Certain text appearing at Page 8, lines 7–17, 19–21, and 23–24;

- Certain text appearing at Page 9, lines 13–14;

- Certain text appearing at Page 10, lines 9–10, 12–17, and 20–21;

- Certain text appearing at Page 11, lines 6–10, 13–16, and 19–25;

- Certain text appearing at Page 12, lines 3–4, 6–7, 13–16, and 19;

- Certain text appearing at Page 13, lines 3 and 24–25;

- Certain text appearing at Page 14, lines 5–6, 11–17, 20–22, and 25;

- Certain text appearing at Page 15, lines 5 and 10–12;

- Certain text appearing at Page 16, lines 11–13;

- Certain text appearing at Page 17, lines 7–9 and 15–23;

- Certain text appearing at Page 18, line 5;

- Certain text appearing at Page 19, lines 1, 8–9, 11–13, 15–16, 18–20, and 25;

- Certain text appearing at Page 20, lines 2–5 and 8–25;

- Certain text appearing at Page 21, lines 1, 8–9, 12–15, and 17–19;

- Certain text appearing at Page 22, line 19;

- Certain text appearing at Page 23, lines 5, 7–11, 15–19, and 22–23;

- Certain text appearing at Page 24, lines 18 and 22–25;

- Certain text appearing at Page 25, lines 1–5, 7–15, and 17–23;

- Certain text appearing at Page 26, lines 7, 20, and 22–24;

- Certain text appearing at Page 30, lines 20–21;

- Certain text appearing at Page 31, line 20;

- Certain text appearing at Page 32, lines 11, 17, and 22;

- Certain text appearing at Page 35, lines 15–16;

- Certain text appearing at Page 38, lines 11–12;

- Certain text appearing at Page 39, lines 4, 21–22, and 24–25;

- Certain text appearing at Page 40, lines 21 and 23–24;

- Certain text appearing at Page 41, line 13;

- Certain text appearing at Page 42, lines 7 and 10;

- Certain text appearing at Page 43, lines 5, 9, and 11;

- Certain text appearing at Page 44, lines 1–3, 5–6, and 21–22;

- Certain text appearing at Page 45, lines 1, 4, and 15–19;

- Certain text appearing at Page 46, lines 12–13;

- Certain text appearing at Page 47, lines 15 and 17–21;

- Certain text appearing at Page 48, lines 10, 12, 14–19, and 23–24;

- Certain text appearing at Page 49, line 23;

- Certain text appearing at Page 50, lines 14–16, 20, and 23–25;

- Certain text appearing at Page 53, lines 11, 13, and 24;

- Certain text appearing at Page 54, lines 2 and 4;

- Certain text appearing at Page 55, lines 18–25;

- Certain text appearing at Page 56, lines 1, 4–5, 10–11, 13–18, 20–21, and 23–24;

- Certain text appearing at Page 57, lines 23–25;

- Certain text appearing at Page 58, lines 9–10 and 13–14;

- Certain text appearing at Page 59, line 7;

- Certain text appearing at Page 64, lines 8, 15–17, 20, and 22–23;

- Certain text appearing at Page 65, lines 2–3, 5, 7–10, 15–21, and 23–25;

- Certain text appearing at Page 66, lines 1–2, 6–7, and 16–17;

- Certain text appearing at Page 67, lines 17 and 19–21;

- Certain text appearing at Page 69, lines 10–16 and 18–22;

- Certain text appearing at Page 70, lines 4–13 and 18–19;

- Certain text appearing at Page 71, line 2;

- Certain text appearing at Page 76, lines 22–23; and

- Certain text appearing at Page 77, line 18.

3

ENTERED:

Dated:  July 8, 2025

Hon. Jeffrey T. Gilbert