UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Jacqueline Huskey and Riian Wynn, on behalf of themselves and all others similarly situated,**<br><br>*Plaintiffs,*<br><br>v.<br><br>**State Farm Fire & Casualty Company,**<br><br>*Defendant.* | Case No.: 22-cv-7014<br><br>Hon. Jeffrey I. Cummings<br><br>Magistrate Judge Jeffrey T. Gilbert |

## CASE MANAGEMENT ORDER

In accordance with the Court's statements and guidance as provided during the discovery status hearing on December 11, 2025, Plaintiffs Jacqueline Huskey and Riian Wynn ("Plaintiffs") and Defendant State Farm Fire and Casualty Company ("Defendant"), by and through their respective counsel, submit the following proposed case management schedule in this matter:

1. **Identification of Asserted Statistical Disparity (or Disparities).** Plaintiffs shall provide responses to State Farm's Second Set of Interrogatories identifying the specific statistical disparity (or disparities), as determined from their preliminary analysis of Defendant's produced claims data, that they contend violate(s) Section 3604(b) of the Fair Housing Act by **February 27, 2026**.

2. **Substantial Completion of Document Production.** The deadline for substantial completion of document and data productions for discovery requests issued *before* March 2, 2026, is **June 3, 2026**. The deadline for substantial completion of document and data productions for discovery requests issued *on or after* March 2, 2026, is **July 15, 2026**.

3. **Addition of Parties and Amendment of Pleadings.** The deadline to add parties to or amend the pleadings in this action is **June 30, 2026**.

4. **Discovery Motion Deadline.** The deadline for discovery motions for discovery requests issued *before* March 2, 2026, is **July 15, 2026**. The deadline for discovery motions for discovery requests issued *on or after* March 2, 2026, is **October 2, 2026**.

5.     **Deadline for Discovery Requests.** The last day to serve discovery requests, except as permitted by the Court upon motion and a finding of good cause, is **August 3, 2026**.

6.     **Fact Discovery Deadline.** Fact discovery will close on **December 18, 2026**.

7.     **Expert Discovery.** Plaintiffs shall serve their expert disclosures and affirmative expert reports by **February 5, 2027**. Defendant shall serve its responsive expert disclosures and/or rebuttal expert reports by **March 19, 2027**. Plaintiffs shall serve their rebuttal expert disclosures by **April 18, 2027**. Expert discovery shall close on **May 28, 2027**.

8.     **Dispositive Motion Deadlines.** The deadline for all dispositive motions is **July 30, 2027**. The deadline for any opposition to a dispositive motion is **September 24, 2027**. The deadline for any reply in support of a dispositive motion is **October 22, 2027**.

9.     **Class Certification Deadlines.** The deadline for Plaintiffs' motion for class certification is **July 30, 2027**. The deadline for Defendant's opposition to class certification is **September 24, 2027**. The deadline for Plaintiffs' reply in support of class certification is **October 22, 2027**.

10.     **Rule 702 Motion Deadlines.** The deadline for any motions to strike expert designations or to preclude expert testimony pursuant to Federal Rule of Evidence 702 is **July 30, 2027**. The deadline for any opposition to such a motion is **September 24, 2027**. The deadline for any reply in support of such a motion is **October 22, 2027**.

IT IS SO ORDERED.

Dated: December 18, 2025

_____
U.S. Magistrate Judge Jeffrey T. Gilbert

| | |
|---|---|
| /s/ Emma Stanton | /s/ Sondra A. Hemeryck |
| **SANFORD HEISLER SHARP MCKNIGHT, LLP** | **RILEY SAFER HOLMES & CANCILA LLP** |
| David Tracey (*Pro Hac Vice*) | Patricia Brown Holmes |
| Albert Powell (*Pro Hac Vice*) | Joseph A. Cancila, Jr. |
| Sharon Kim (*Pro Hac Vice*) | Sondra A. Hemeryck |
| Emma Stanton (*Pro Hac Vice*) | Lauren Abendshien |
| 17 State Street, 37th Floor | 1 South Dearborn Street, Suite 2200 |
| New York, NY 10004 | Chicago, IL 60603 |
| Phone: (646) 402-5667 | Phone: 312-471-8700 |
| dtracey@sanfordheisler.com | pholmes@rshc-law.com |
| apowell@sanfordheisler.com | jcancila@rshc-law.com |
| sharonkim@sanfordheisler.com | shemeryck@rshc-law.com |
| estanton@sanfordheisler.com | labendshien@rshc-law.com |
| | |
| **FAIRMARK PARTNERS, LLP** | *Counsel for Defendant State Farm Fire and Casualty Company* |
| Jamie Crooks (*Pro Hac Vice*) | |
| Amanda Vaughn (*Pro Hac Vice*) | |
| Michael Lieberman (*Pro Hac Vice*) | |
| Kritika Tara Deb (*Pro Hac Vice*) | |
| 400 7th Street NW | |
| Washington, DC 20004 | |
| Phone: (301) 458-0564 | |
| jamie@fairmarklaw.com | |
| michael@fairmarklaw.com | |
| kritika@fairmarklaw.com | |
| amanda@fairmarklaw.com | |

**CENTER ON RACE, INEQUALITY, AND THE LAW AT NEW YORK UNIVERSITY SCHOOL OF LAW**
Deborah N. Archer (*Pro Hac Vice*)
139 MacDougal Street
New York, NY 10012
Phone: (212) 998-6882
deborah.archer@nyu.edu

*Counsel for Plaintiffs and the Proposed Class*